## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Civil Case Number:** _____

ANDREA ROSSI, individually; and )
LEONARDO CORPORATION, a Florida )
corporation, )
                 )
        Plaintiffs, )
                 )
v. )
                 )
THOMAS DARDEN, individually; )
JOHN T. VAUGHN, individually; )
INDUSTRIAL HEAT, LLC, a Delaware )
limited liability company; IPH )
INTERNATIONAL B.V., a Netherlands )
company; and CHEROKEE )
INVESTMENT PARTNERS, LLC, a )
Delaware limited liability company, )
                 )
        Defendants. )
_____/

## SUMMONS IN A CIVIL ACTION

To:     **THOMAS DARDEN**
          **Industrial Heat, LLC**
          **111 East Hargett St, Suite 300**
          **Raleigh, NC  27601**

        A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **John W. Annesser, Esq.**
        **The Silver Law Group, P.A.**
        **P.O. Box 710**
        **Islamorada, FL 33036**
        **jannesser@silverlawgroup.com**

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                 *CLERK OF COURT*

Date:_____      _____
                   *Signature of Clerk or Deputy Clerk*