# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Civil Case Number:** _____

| | |
|---|---|
| ANDREA ROSSI, individually; and LEONARDO CORPORATION, a Florida corporation, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| THOMAS DARDEN, individually; JOHN T. VAUGHN, individually; INDUSTRIAL HEAT, LLC, a Delaware limited liability company; IPH INTERNATIONAL B.V., a Netherlands company; and CHEROKEE INVESTMENT PARTNERS, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) / |

## SUMMONS IN A CIVIL ACTION

To:   **JOHN T. VAUGHN**
     **Industrial Heat, LLC**
     **111 East Hargett St, Suite 300**
     **Raleigh, NC  27601**

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     **John W. Annesser, Esq.**
     **The Silver Law Group, P.A.**
     **P.O. Box 710**
     **Islamorada, FL 33036**
     **jannesser@silverlawgroup.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____

_____
*Signature of Clerk or Deputy Clerk*