UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

ANDREA ROSSI, individually; and )
LEONARDO CORPORATION, a Florida )
corporation, )
)
      Plaintiffs, )
)
v. )
)
THOMAS DARDEN, individually; )
JOHN T. VAUGHN, individually; )
INDUSTRIAL HEAT, LLC, a Delaware )
limited liability company; IPH )
INTERNATIONAL B.V., a Netherlands )
company; and CHEROKEE )
INVESTMENT PARTNERS, LLC, a )
Delaware limited liability company, )
)
      Defendants. )
_____ /

## SUMMONS IN A CIVIL ACTION

To: **INDUSTRIAL HEAT, LLC**
**ATTN: Corporate Representative/Managing Member**
**111 East Hargett St, Suite 300**
**Raleigh, NC 27601**

    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    **John W. Annesser, Esq.**
    **The Silver Law Group, P.A.**
    **P.O. Box 710**
    **Islamorada, FL 33036**
    **jannesser@silverlawgroup.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:_____    _____

*Signature of Clerk or Deputy Clerk*