## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Civil Case Number:** _____

ANDREA ROSSI, individually; and )
LEONARDO CORPORATION, a Florida )
corporation, )
                                    )
       Plaintiffs, )
                                    )
v. )
                                    )
THOMAS DARDEN, individually; )
JOHN T. VAUGHN, individually; )
INDUSTRIAL HEAT, LLC, a Delaware )
limited liability company; IPH )
INTERNATIONAL B.V., a Netherlands )
company; and CHEROKEE )
INVESTMENT PARTNERS, LLC, a )
Delaware limited liability company, )
                                    )
      Defendants. )
                                    /

## SUMMONS IN A CIVIL ACTION

To:    **IPH INTERNATIONAL B.V.**
         **ATTN: Corporate Representative**
         **Kepler 34**
         **1171CD Badhoevedorp, Netherlands**

      A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      **John W. Annesser, Esq.**
      **The Silver Law Group, P.A.**
      **P.O. Box 710**
      **Islamorada, FL 33036**
      **jannesser@silverlawgroup.com**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:_____          _____
                                                *Signature of Clerk or Deputy Clerk*