UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ANDREA ROSSI and LEONARDO CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS DARDEN; JOHN T. VAUGHN; INDUSTRIAL HEAT, LLC; IPH INTERNATIONAL B.V.; and CHEROKEE INVESTMENT PARTNERS, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. 1:16-cv-21199-CMA |

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants THOMAS DARDEN; JOHN T. VAUGHN; INDUSTRIAL HEAT, LLC ("IH"), a Delaware limited liability company; IPH INTERNATIONAL B.V. ("IPH"), a Netherlands private limited liability company; and CHEROKEE INVESTMENT PARTNERS, LLC ("CHEROKEE"), a North Carolina limited liability company, hereby submit this Certificate of Interested Parties and Corporate Disclosure Statement.

**CERTIFICATE OF INTERESTED PARTIES**

Defendants certify that the following persons and legal entities have a financial interest in the outcome of this case:

Plaintiff Andrea Rossi

Plaintiff Leonardo Corporation

The Silver Law Group, P.A., Counsel for Plaintiffs

Defendant Thomas Darden

Defendant John T. Vaughn

Defendant Industrial Heat, LLC

Defendant IPH International B.V.

Defendant Cherokee Investment Partners, LLC

Jones Day, Counsel for Defendants

IH Holdings International Limited, a United Kingdom private limited company

IPHBV Holdings Ltd, a United Kingdom private limited company

## CORPORATE DISCLOSURE STATEMENT

1. Parent Companies:

    a. The parent company of IH is IH Holdings International Limited.

    b. The parent company of IPH is IPHBV Holdings Limited.

    c. There is no parent company of Cherokee.

2. Publicly Held Companies Owning 10% or More Stock: There are no publicly held companies owning 10% or more of IH, IPH, or Cherokee.

Dated: June 29, 2016

Respectfully submitted,

*/s/ Christopher R. J. Pace*
Christopher R.J. Pace
cpace@jonesday.com
Florida Bar No. 721166
Christopher M. Lomax
clomax@jonesday.com
Florida Bar No. 56220
Christina T. Mastrucci
Florida Bar No. 113013
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Tel: 305-714-9700
Fax: 305-714-9799

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on June 29, 2016 on all counsel or parties of record.

*/s/ Christopher Lomax*
Christopher Lomax