# EXHIBIT 4

Now, at 08.16 a.m. of Wednesday Sept 16 the 1 MW E-Cat is stable; the E-Cat X is resisting at very promising levels, but we have to wait to know if we reached the necessary reliability.

### September 13, 2015 (Day 202)

Right now it is 11.59 p.m. inside the computers container: we have just finished an important reparation to a reactor. The 1 MW is working at 3/4 of its power in this moment, but we are confident it will recover soon.
The E-Cat X continues to be very promising and extremely interesting. Now it seems much more robust and we'll see what will happen next...

### September 10, 2015 (Day 202)

All right, let's put down at work: now, at 09.13 p.m. of Sept 10 I am inside the computers container, looking at the cover of ribbon of the USPTO, while the plant is well and stable.

### September 7, 2015 (Day 199)

Now at 10.30 a.m. of Monday September 07 ( Labor Day in the USA: greetings to all the workers of the USA!) the situation is: 1 MW E-Cat: stable and well, all data normal E-Cat X: is in operation.

### September 5, 2015 (Day 197)

Now, at 08.20 a.m. of Saturday September 5th, the 1 MW plant is working well and stable but at 3/4 of its power, because we are making maintainance to a

| Privacy & Cookies Policy |

reactor. The "voice" is good, we are relatively calm.

### September 3, 2015 (Day 195)

Today Sept 03 at10 a.m.: E-Cat X in preparation, should start Sunday. 1 MW E-Cat stable.

### September 2, 2015 (Day 194)

Now, at 07.53 p.m. inside the 1 MW plant the situation is normal; the E-Cat X is still in construction. I am working on new patents.

### September 1, 2015 (Day 193)

Right now in the plant it's 10.05 p.m. of September 1. The 1 MW E-Cat is working at 3/4 of the power because we have problems in one reactor, The other 3 reactors are stable and well.

### August 28, 2015 (Day 189)

Today, at 09.10 a.m. of Friday Aug 28th, the 1MW E-Cat is stable, the E-Cat X is in construction. No troubles, so far.

### August 22, 2015 (Day 183)

Now it's 08.05 p.m. inside the plant, it is working stable: I am working here with my great Team. The E-Cat X is in re-construction and I am convinced we have resolved the problem. If God wants, we should be close ...it is very promising.

### August 18, 2015 (Day 179)

Privacy & Cookies Policy