# EXHIBIT 6

**United States Patent and Provisional Patent Applications**

US 12/736,193

US 13/420,109

US 14/262,740

US 61/818,553

US 61/819,058

US 61/821,914

US 62/060,215

**Patent Cooperation Treaty Applications**

PCT/US14/35588

PCT/US15/42353

PCT/IT2008/000532

**Foreign Applications**

Italian Patent App. No. MI2008A0629

European Patent App. No. EP 08873805.9