# EXHIBIT 8

## CERTIFICATE

The undersigned, **LEONARDO CORPORATION**, a New Hampshire corporation ("Leonardo"), and **ANDREA ROSSI** ("Rossi") each hereby certifies to **IPH INTERNATIONAL, B.V.**, an entity organized under the laws of The Netherlands (the "Company"), that the representations and warranties of Leonardo and Rossi contained in the License Agreement dated October 26, 2012, by and between Leonardo, Rossi, Industrial Heat, LLC and AmpEnergo, Inc., as amended (the "Agreement"), based on a current review of such representations and warranties, are true and correct as of the date of this Certificate, as if made on the date hereof, and further, that such representations and warranties will remain true and correct on and as of the date US $10,000,000 is delivered to the Escrow Agent as provided in Section 3.2(b) of the Agreement. Capitalized terms used herein without definition shall have the meanings given them in the Agreement.

**IN WITNESS WHEREOF**, the undersigned has caused this certificate to be executed as of this 29th day of April, 2013.

**LEONARDO CORPORATION**

By: ANDREA ROSSI

Name: _[signature]_

Title: CEO AND PRESIDENT

**ROSSI**

_[signature]_
Andrea Rossi

349409_1.DOCX