# EXHIBIT 9

>------Original Message------
>From: eon3333@tiscali.it
>To: Thomas F. Darden
>To: JT Vaughn
>ReplyTo: eon3333@tiscali.it
>Subject: To Tom Darden
>Sent: Apr 23, 2013 10:23 AM
>
>----Messaggio originale----
>Da: eon333@libero.it
>Data: 23/04/2013
>12.11
>A: <eon3333@tiscali.it>
>Ogg: Andrea Rossi
>
>Dear All,1- Next
>Friday April 26 I will receive the report: as agreed with the 3rd
>Indipendent Party I am entitled to read it before the pending
>publication, even if I have not the right to ask for modification (
>that had been foreseen because in case of a negative result I would
>have needed the time to organize a defense). The report is very good, I
>got confirmation. It will be registered and deposited in the Library of
>the Swedish Academy of Science Friday 26, pending the publicationin a
>scientific magazine in May. Is an official document. I think it will
>help ypour Investors.
>2- This morning I had a meeting with the Health
>Office of the Province of Ferrara, which has to authorize the 24 hours
>test ( it is unthinkable to make it without authorization, we could be
>stopped by the police upon a phone call due to the noise of the air
>escape of the condensers, because we must dissipate the energy not
>having any possible utilization for it ).We found an acceptable
>solution.He explained to me that the Italian law "DPR ( Decreto del
>Presidente della Repubblica) # 551- Dec. 21 1999 requests an
>authorization for any plant that makes more than 35 kWh/h and this
>authorization takes at least 6 months. But we are advantaged, because
>LENR do not exist in the known technology, therefore when we say 35 kWh
>we say kWh consumed, because plants that produce more than the energy
>they consume "do not exist".Now, 35 x 6 = 210 kWTherefore if we can
>consume up to 35 kWh/h without authorization, this implies that in out
>LENR case I can produce up to 210 kWh/h, which is a consistent amount

>of energy. I will steal something ( maybe the COP will be more). In
>this case we do not need any authorization and the amount of power is
>relevant and respects the fact to be consistent, as requested in the
>Agreement.  Same thing for the Hot Cats. I will activate only 1/4 of
>the reactors, and I think it will not be a problem, since if 1/4 of the
>reactors work, there is no reason that the other won't work ( unless
>they have mechanical things to repair, but the issue is not there).
>
>Warmest Regards,Andrea
>
>
>
>Invita i tuoi amici e Tiscali ti premia! Il consiglio di un amico vale più di uno spot in TV. Per ogni nuovo abbonato 30 € di premio per te e per lui! Un amico al mese e parli e navighi sempre gratis: http://freelosophy.tiscali.it/
>