# EXHIBIT 12

From: **eon333@libero.it** <eon333@libero.it>
Date: Monday, September 10, 2012
Subject: I: Fwd: Fw: Our latest on the E-cat: 'Swedish investment in E-cat halted after test'
To: tdarden@cherokeefund.com, jvaughn@cherokeefund.com

Dear Tom,
mission accomplished.
With this company Hydrofusion we had agreed upon a draft to sell them IP, know how and manufacturing license for Europe but Germany, France and Italy. By our law, if you send a proposal you are engaged to accept if the proposee accepts all the conditions of the proposal. After receiving your last text at the end of August I decided to go ahead with you, therefore I had to get rid of this engagement . The only way out was to invite them to a test, ask them to bring with them their consultant. I made the test abort, maintaining the temperatures below the starting limit. Then I made up some discussions, I said they made a wrong test, they escaped, I am free.
We did not have damages of image, because, knowing what was on the road, I had made before their test a disclaimer, saying that the Hot temperature E-Cat was just a prototype, still under test and validation and subject to modification, thing that I am repeating everywhere. Now I am publishing that I am surprised of all this ado for nothing, since I already said that for the Hot Cat we needed more tests before saying it is a product ready for the market.
At this point we can organize with Cherokee a world strategy, since all the other licensees are just commercial: for example in Africa we will have just to pay a roialty to the local agent upon our sale price , but they all are very good and they can sell either energy or plants. Nobody has rights upon the IP, know how, manufacturing and so on.
Warmest Regards,
Andrea