# EXHIBIT 13

From: **eon333@libero.it** <eon333@libero.it>
Date: Mon, Sep 10, 2012 at 6:50 PM
Subject: R: Re: Andrea Rossi
To: tdarden@cherokeefund.com, jimcompton@mindspring.com, rickbauman14u@yahoo.com, jvaughn@cherokeefund.com
Cc: ccassarino@lti-global.com


Thank you, Tom: on the 23rd I will return with the agreement signed by me, probably the same text you sent me, we will just adjust some particulars.

I got rid of the European big clicense I had to sign. I made a masterpiece making them go voluntarily...I will explain personally.

About the commercial licensees: Cherokee will direct them , I made up a very good organization that can be useful.

Enjoy Paris!

Warmest Regards,

Andrea



----Messaggio originale----
Da: tdarden@cherokeefund.com
Data: 10/09/2012 23.37
A: <eon333@libero.it>, <jimcompton@mindspring.com>, <rickbauman14u@yahoo.com>, <jvaughn@cherokeefund.com>
Cc: <ccassarino@lti-global.com>
Ogg: Re: Andrea Rossi


Good to hear from you. I am in France, but I would prefer to be in Bologna right now talking business, that's for sure.

I am glad JT Vaughn was able to come to your conference. I have not seen the online reports but will try to get an internet connection to do so.

I look forward to hearing more and to seeing you when you return. We look forward to the growth and development of your great technology.
Thomas F Darden
Cherokee
www.cherokeefund.com
919 743 2506 w
919 522 4095 c

**From**: eon333@libero.it <eon333@libero.it>
**To**: tdarden@cherokeefund.com <tdarden@cherokeefund.com>; jimcompton@mindspring.com <jimcompton@mindspring.com>; rickbauman14u@yahoo.com <rickbauman14u@yahoo.com>; jvaughn@cherokeefund.com <jvaughn@cherokeefund.com>
**Cc**: ccassarino@lti-global.com <ccassarino@lti-global.com>
**Sent**: Mon Sep 10 13:36:58 2012
**Subject**: Andrea Rossi

Dear Tom:
I am back from Zurich.
Before contacting your attorneys we want to complete the study of the document you sent . I want to tell you that so far we have not changements to make. It is good.
For this reason I have put on hold everything else and I am downplaying all the talks here.

I explained well to John in Zurich what I am doing.
On the 22nd I will be in Miami, so that we could make a meeting immediately after to initial a final draft.
The first plant could be put in Africa do desalinate water: wecould put it there to work for free, making good making well: millions of units could be sold after that. We have a new technology to desalinate very cheap using the 1 MW E-Cat.
Warmest Regards,
Andrea
p.s. did you see Zurich on the Internet?