# EXHIBIT 15

06/27/2014  14:39  9547552280                    TITLE                    PAGE 1 of 2
Division of Corporations



# Florida Department of State
## Division of Corporations
### Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H14000155256 3)))

H140001552563ABC$

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

```
To:
        Division of Corporations
        Fax Number    : (850)617-6381

From:
        Account Name   : LAW OFFICE OF HENRY W. JOHNSON
        Account Number : I20130000002
        Phone          : (561)672-7264
        Fax Number     : (561)235-5416
```

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

Email Address: _____

## FLORIDA PROFIT/NON PROFIT CORPORATION
### J.M. Chemical Products, Inc.

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 01 |
| Estimated Charge | $70.00 |


06/30/14

Electronic Filing Menu        Corporate Filing Menu                Help

https://efile.sunbiz.org/scripts/efilcovr.exe                      6/27/2014

06/27/2014  14:33    9547552430                NOVATITLE                           PAGE  02

(((H14000155256 3)))

# ARTICLES OF INCORPORATION
# OF
# J.M. CHEMICAL PRODUCTS, INC.

## ARTICLE I. NAME

The name of this corporation is J.M. Chemical Products, Inc.

## ARTICLE II. DURATION

This corporation shall have perpetual existence commencing upon the filing of these Articles.

## ARTICLE III. PURPOSE

This corporation is organized for the purpose of transacting any or all lawful business.

## ARTICLE IV. CAPITAL STOCK

This corporation is authorized to issue 1,000 shares ($1.00) par value common stock which shall be designated "Common Shares."

## ARTICLE V. PRE-EMPTIVE RIGHTS

The shareholders of the corporation shall have no pre-emptive right to acquire unissued or treasury shares of the corporation.

## ARTICLE VI. PRINCIPAL OFFICE

The principal place of business/mailing address is: 7900 Glades Road, Suite 530, Boca Raton, Florida 33434.

## ARTICLE VII. REGISTERED AGENT

The name and street address of the initial registered office of this corporation is Henry W. Johnson, 7900 Glades Road, Suite 530, Boca Raton, Florida 33434.

## ARTICLE VIII. INITIAL DIRECTORS/OFFICERS

The names and addresses of the members of the initial Board of Directors and officers of this corporation are:

**NAME**          **ADDRESS**

(((H14000155256 3)))

1

H14000155256 3

D/P/S/T     Henry W. Johnson     7900 Glades Road, Suite 530, Boca Raton, Florida 33434

### ARTICLE IX. INCORPORATOR

The name and address of the incorporator is:

**NAME**                              **ADDRESS**

Henry W. Johnson     7900 Glades Road, Suite 530, Boca Raton, Florida 33434

### ARTICLE X. INDEMNIFICATION

The corporation shall indemnify any officer or director, or any former officer or director, to the full extent permitted by law.

### ARTICLE XI. AMENDMENT

This corporation reserves the right to amend or repeal any provision contained in these Articles of Incorporation, or any amendment hereto; and any right conferred upon the shareholders is subject to this reservation.

### ACCEPTANCE OF REGISTERED AGENT

Having been named as registered agent to accept service of process for the above stated corporation at the place designated in this certificate, I am familiar with and accept the appointment as registered agent and agree to act in this capacity. I submit this document and affirm that the facts stated herein are true. I am aware that the false information submitted in a document to the Department of state constitutes a third degree felony as provided for in s817.155, F.S.

7/24/2014

Henry W. Johnson, Registered Agent
Incorporator

FILED 14 JUN 27 AM 11:25 SECRETARY OF STATE TALLAHASSEE, FLORIDA

2

H140001552563