# EXHIBIT 16

**Sent:** Saturday, July 05, 2014 at 10:36 PM
**From:** "Andrea Rossi" <ar.123@mail.com>
**To:** "Tom Darden" <tdarden@industrialheat.co>, "Joe Pike" <jpike@evofem.com>, "John Mazzarino" <jmazzarino@industrialheat.co>, "JT Vaughn" <jvaughn@industrialheat.co>, "Elizabeth Darden Wooten" <edarden@gmail.com>, "T. Barker Dameron" <tbdameron@gmail.com>
**Subject:** Andrea Rossi- next important step

Dear All:
In the incoming meeting we will have next week, please allow me to encourage you to take a decision regarding where to put at work our 1 MW plant. I really and strongly hope you will consider the solution I found, to rent it to JM, in its factory in Florida where they will use it to process their chemical products. Please think carefully before losing them. They are positive to us, but in September must start and they must know asap if they have to use our plant or provide otherwise. This solution will:
1- allow to Industrial Heat to say to the Investors that they are getting 360,000 dollars per year of rental, with a payback of a plant like this, whose construction cost is 200,000 $, in less than 6 month
2- allow to your Customer-Investors-Visitors to hear from a real Customer that he is making money with our plant
3- allow us to start in September the operation of the plant, with no further loss of time
4- allow us not to expose the know how, since the maintainance of the plant is made by us and the plant remains our property: a rental is not a sale
5- allow us to make all the Authorities make all the measurements necessary to get the Authorizations for the next plants
6- allow you to get orders to supply for rent thousands of plants
7- allow the plant work for 24 hours per day for 360 days per year, while if used as a room heater it could work only 4 months, not per 24 hours per day, with obvious loss of profit.
Your proposal to put the plant in a factory owned by yourself at least until recently is dramatically less convincing.
Let me do this and I will make a masterpiece ( half masterpiece has already been done finding the Customer as a Chemival Industry and getting the authorization from the Florida State Radiation Control Office).
Fulvio is completing the control system, made by 110 computers interconnected. Also that is a masterpiece.
Warmest Regards to all,
Andrea