# EXHIBIT 18

**J.M. Products, Inc.**
**"Advanced Derivatives of Johnson Matthew Platinum Sponges"**
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON                                      TELEPHONE   (786)631-4676
mailto:hjohnson@hwjlaw.net                            TELECOPIER  (786)631-4741


July 1, 2015


Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:    J.T. Vaughn
              Vice President

Dear Mr. Vaughn:

During the month of June in our Doral factory we received from your plant the amount of energy of 1 MWh/h, for a total of 624 MWh for 26 days, while for 4 days we received 750 kWh/h, for a total of 72 MWh    Please forward your invoice for the agreed daily amount of $1,000.00 per day for 26 days = $26,000.00 plus $750/day for 4 days=$3,000.00, for a total of $29,000.00.

                              Sincerely,

                              J.M. Products, Inc.


                              Henry W. Johnson
                              President

HWJ:ck

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON
mailto:hjohnson@hwjlaw.net

TELEPHONE (786)631-4676
TELECOPIER (786)631-4741

August 1, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:   J.T. Vaughn
             Vice President

Dear Mr. Vaughn:

During the month of July in our Doral factory we received from your plant the amount of energy of 1 MWh/h, for a total of 624 MWh for 26 days, while for 4 days we received 750 kWh/h, for a total of 72 MWh.   Please forward your invoice for the agreed daily amount of $1,000.00 per day for 26 days = $26,000.00 $ plus $750/day for 4 days=$3,000.00, for a total of $29,000.00.

Sincerely,

JM Products, Inc.

Henry W. Johnson
President

HWJ:ck

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON                                           TELEPHONE (786)631-4676
mailto:hjohnson@hwjlaw.net                                 TELECOPIER (786)631-4741

October 12, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:    J.T. Vaughn
              Vice President

Dear Mr. Vaughn:

    During the month of September in our Doral factory we received from your plant the amount of energy of:

    15 days @ 1 MWh/h
    15 days @ .75 MWh/h

                                               Sincerely,

                                               J.M. Products, Inc.

                                               Henry W. Johnson
                                               President

HWJ:ck

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

**HENRY W. JOHNSON**
mailto:hjohnson@hwjlaw.net

**TELEPHONE (786)631-4676**
**TELECOPIER (786)631-4741**

September 8, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:   J.T. Vaughn
             Vice President

Dear Mr. Vaughn:

During the month of August in our Doral factory we received from your plant the amount of energy of:

15 days @ 1 MWh/h
16 days @ .75 MWh/h

Please invoice to us as follows:

$ 1,000.00 x 15, total     $ 15,000.00
$   750.00 x 16, total     $ 12,000.00
Total amount:              $ 27,000.00

Sincerely,

J.M. Products, Inc.

Henry W. Johnson
President

HWJ:ck

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON
mailto:hjohnson@hwjlaw.net

TELEPHONE (786)631-4676
TELECOPIER (786)631-4741


January 4, 2016


Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:   J.T. Vaughn
             Vice President

Dear Mr. Vaughn:

During the month of December in our Doral factory we received from your plant the amount of energy of:

20 days @ 1 Mwh/h, 24 hours /day
11 days @ 750 kWh/h, 24 hours/day ( upon our request the power has been reduced due to our technical problems)

Sincerely,

J.M. Products, Inc.

Henry W. Johnson
President

HWJ:ck