# EXHIBIT 20

## J. M. Products, Inc



# James A. Bass

Director of Engineering

7861 N. W. 46th St
Doral, Florida  33166
786-631-4676