# EXHIBIT 23

# JONES DAY

600 BRICKELL AVENUE • BRICKELL WORLD PLAZA • SUITE 3300 • MIAMI, FLORIDA 33131
TELEPHONE: +1.305.714.9700 • FACSIMILE: +1.305.714.9799

Direct Number: (305) 714-9730
crjpace@jonesday.com

February 17, 2016

<u>Via E-Mail and US Mail</u>
John W. Annesser, Esq.
Silver Law Group
87889 Overseas Highway
P.O. Box 710
Islamorada, Florida 33036

John:

IPH International B.V. ("IPH"), pursuant to Section 10 of the License Agreement dated October 26, 2012 (the "Agreement"), is hereby requiring Leonardo Corporation and Andrea Rossi to assign to IPH the Licensed Patents (as defined in the Agreement) with respect to the Territory (as also defined in the Agreement). Section 10 of the Agreement states, in part, that "[u]pon the request of the Company, Leonardo and Rossi shall assign to the Company the Licensed Patents with respect to the Territory ...."

An assignment is enclosed with this letter. Please promptly either return the executed assignment to me or advise me that Leonardo Corporation and Andrea Rossi will not execute the assignment.

Respectfully,

Christopher R.J. Pace

cc: IPH International BV

Encl. Assignment

# ASSIGNMENT

THIS ASSIGNMENT, made by us, **Andrea Rossi**, a citizen of Italy, currently residing at 1331 Lincoln Road, Apt. 601, Miami Beach, Florida 33139, and **Leonardo Corporation**, a domestic corporation, currently having a principal place of business at 1331 Lincoln Road, Apt. 601, Miami Beach, Florida, 33139;

WITNESSETH: That,

WHEREAS, Andrea Rossi is the inventor listed in all the patent applications/patents contained in Exhibit A to this Assignment and all patents issued from such patent applications and all continuations, continuations-in-part, divisions, extensions, substitutions, reissues, re-examinations and renewals of any of the foregoing; and

WHEREAS, **IPH International B.V.**, a Netherlands company, having a registered address at Burgemeester des Tombeplein 97, 7311 AK, Apeldoorn, Netherlands, hereinafter referred to as Assignee, is entitled pursuant to an existing agreement between the parties to have assigned to it all (100%) of Andrea Rossi and Leonardo Corporation's rights, titles and interests in and to said inventions as described in said applications/patents, and in and to any and all Letters Patent which shall be granted therefor in the United States, the remainder of North America, Central America, Caribbean, South America, China, Russia, Saudi Arabia, or Arabian Emirates;

NOW, THEREFORE, To Whom It May Concern, be it known that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Andrea Rossi and Leonardo Corporation by these presents do hereby assign, transfer and convey unto said Assignee, its successors and assigns, the entire (100%) right, title, and interest in and to the said inventions and applications/patents, and in and to any and all continuations, continuations-in-part, divisions, or extensions thereof, and in and to any and all Letters Patent of the United States of America, the remainder of North America, Central America, Caribbean, South America, China, Russia, Saudi Arabia, or Arabian Emirates, reissues, reexaminations or other forms of protection thereof which may be granted therefor or thereon, for the full end of the term for which said Letters Patent may be granted along with any term extensions thereon or therefor, together with the right to claim the priority of said applications/patents in the United States, the remainder of North America, Central America, Caribbean, South America, China, Russia, Saudi Arabia, or Arabian Emirates in accordance with the International Convention, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Andrea Rossi and Leonardo Corporation if this assignment had not been made.

Andrea Rossi and Leonardo Corporation hereby request that said Letters Patent be issued in accordance with this assignment.

Andrea Rossi and Leonardo Corporation further covenant and agree that, at the time of the execution and delivery of these presents, Andrea Rossi and/or Leonardo Corporation possess full title to the inventions and applications/patents above-mentioned (except to the extent such title is already held by Assignee or Industrial Heat, LLC), and that Andrea Rossi and/or Leonardo Corporation have the unencumbered right and authority to make this assignment.

Andrea Rossi and Leonardo Corporation further covenant and agree to execute any additional papers which may be requested to confirm the right of the Assignee, its representatives, successors, or assigns to secure patent or similar protection for the said inventions in the United States, the remainder of North America, Central America, Caribbean, South America, China, Russia, Saudi Arabia, or Arabian Emirates and to vest in the Assignee complete title to the said inventions and Letters Patent, without further compensation, but at the expense of said Assignee, its successors, assigns, and other legal representatives; and we hereby instruct, and further covenant and agree to bind our heirs, legal representatives, and assigns, to do same, without further compensation, but at the expense of said Assignee or its representatives.

IN WITNESS WHEREOF, I have hereunto set my hand and seal on this _____ day of February, 2016.

_____
**Andrea Rossi**

IN WITNESS WHEREOF, I have hereunto set my hand and seal on this _____ day of February, 2016.

_____
**Leonardo Corporation**
Name: _____
Title: _____

WITNESSED BY:

_____   _____
Signature                                                  Date

_____   _____
Signature                                                  Date

## Exhibit A

1. All patent applications or patents that claim priority to Italian Patent No. IT1387256, entitled "Processo ed apparecchiatura per ottenere reaxioni esotermiche, in particolare da nickel ed idrogeno", that are filed and/or issued in North America, Central America, Caribbean, South America, China, Russia, Saudi Arabia, or Arabian Emirates

2. U.S. Patent Application No. 12/736,193, entitled "Method and Apparatus for Carrying Out Nickel and Hydrogen Exothermal Reaction"

3. All patent applications or patents that claim priority to European Publication No. EP2259998 published December 15, 2010, entitled "Method and Apparatus for Carrying Out Nickel and Hydrogen Exothermal Reaction", that are filed and/or issued in North America, Central America, Caribbean, South America, China, Russia, Saudi Arabia, or Arabian Emirates

4. U.S. Patent Application for particulars and theory

5. U.S. Patent Application for control systems

6. U.S. Patent Application for additives and catalyzers in process and apparatus

7. U.S. Patent Application for Hot Cat

8. U.S. Patent Application for direct conversion of photons into electric energy

9. U.S. Patent Application for particulars of the reactor

10. U.S. Patent No. 9,115,913, entitled "Fluid Heater"