# EXHIBIT 18

# J.M. Products, Inc.
## "Advanced Derivatives of Johnson Matthew Platinum Sponges"
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON
mailto:hjohnson@hwjlaw.net

TELEPHONE   (786)631-4676
TELECOPIER  (786)631-4741

July 1, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:     J.T. Vaughn
               Vice President

Dear Mr. Vaughn:

     During the month of June in our Doral factory we received from your plant the amount of energy of 1 MWh/h, for a total of 624 MWh for 26 days, while for 4 days we received 750 kWh/h, for a total of 72 MWh    Please forward your invoice for the agreed daily amount of $1,000.00 per day for 26 days = $26,000.00 plus $750/day for 4 days=$3,000.00, for a total of $29,000.00.

     Sincerely,

     J.M. Products, Inc.

     Henry W. Johnson
     President

HWJ:ck

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

**HENRY W. JOHNSON**                          TELEPHONE (786)631-4676
mailto:hjohnson@hwjlaw.net                    TELECOPIER (786)631-4741

August 1, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:     J.T. Vaughn
               Vice President

Dear Mr. Vaughn:

        During the month of July in our Doral factory we received from your plant the amount of
energy of 1 MWh/h, for a total of 624 MWh for 26 days, while for 4 days we received 750
kWh/h, for a total of 72 MWh.    Please forward your invoice for the agreed daily amount of
$1,000.00 per day for 26 days = $26,000.00 $ plus $750/day for 4 days=$3,000.00, for a total of
$29,000.00.

                        Sincerely,

                        J.M. Products, Inc.

                        Henry W. Johnson
                        President

HWJ:ck

# J.M. Products, Inc.

7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON                                    TELEPHONE (786)631-4676
mailto:hjohnson@hwjlaw.net                          TELECOPIER (786)631-4741

October 12, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:      J.T. Vaughn
                Vice President

Dear Mr. Vaughn:

During the month of September in our Doral factory we received from your plant the amount of energy of:

15 days @ 1 MWh/h
15 days@ .75 MWh/h

Sincerely,

J.M. Products, Inc.

Henry W. Johnson
President

HWJ:ck

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON                                                  TELEPHONE (786)631-4676
mailto:hjohnson@hwjlaw.net                                      TELECOPIER (786)631-4741


September 8, 2015


Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:        J.T. Vaughn
                        Vice President

Dear Mr. Vaughn:

        During the month of August in our Doral factory we received from your plant the amount of
energy of:

        15 days @ 1 MWh/h
        16 days@ .75 MWh/h

        Please invoice to us as follows:

        $ 1,000.00 x 15, total    $ 15,000.00
        $   750.00 x 16, total    $ 12,000.00
        Total amount:              $ 27,000.00

                                        Sincerely,

                                        J.M. Products, Inc.


                                        Henry W. Johnson
                                        President

HWJ:ck

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON                                     TELEPHONE (786)631-4676
mailto:hjohnson@hwjlaw.net                           TELECOPIER (786)631-4741

January 4, 2016

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:     J.T. Vaughn
               Vice President

Dear Mr. Vaughn:

        During the month of December in our Doral factory we received from your plant the amount of energy of:

        20 days @ 1 Mwh/h, 24 hours /day
        11 days @ 750 kWh/h, 24 hours/day ( upon our request the power has been reduced due to our technical problems)

                        Sincerely,

                        J.M. Products, Inc.

                        Henry W. Johnson
                        President

HWJ:ck