UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:16-CV-21199-CMA

ANDREA ROSSI, individually, and
LEONARDO CORPORATIONS, a
Florida corporation

    Plaintiff,

v.

THOMAS DARDEN, individually;
JOHN T. VAUGHN, individually;
INDUSTRIAL HEAT, LLC, a Delaware
limited liability company; IPH
INTERNATIONAL B.V., a Netherlands
company; and CHEROKEE
INVESTMENT PARTNERS, LLC, a
Delaware limited liability company,

    Defendants.
_____/

## MEDIATOR'S REPORT AND NOTICE OF IMPASSE

This case was mediated on Thursday, January 12, 2017. All parties and counsel were present. The participants negotiated in good faith. The parties were unable to resolve this case at this time. Therefore, the mediation resulted in an impasse. It is hoped by the undersigned and expressed to the parties that at the completion of discovery and motion practice, the parties consider undertaking further mediation efforts.

Respectfully submitted,

Thomas E. Scott, Esquire
MEDIATOR
COLE, SCOTT & KISSANE, P.A.
Cole, Scott & Kissane Building – Suite 1400
9150 South Dadeland Boulevard
Miami, Florida 33156
Phone: (305) 350-5300

By: /s/ Thomas E. Scott
THOMAS E. SCOTT (FBN: 149100)
Primary email: Thomas.scott@csklegal.com
Secondary email: renee.nail@csklegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system and will be furnished through the CM/ECF system on counsel of record this 13th day of January, 2017.

*/s/Thomas E. Scott*
Mediator

2