# EXHIBIT 25

Ronald:
That's in my dreams, yes. F8.
Warm Regards,
A.R.

5. Caterine
   April 14, 2016 at 12:25 PM

   Dear Dr Andrea Rossi:
   I read from your enemies that they do not accept the results of the ERV because they have made different measures: but this is ridiculous, it is as if a team refuses the results recorded by the official referee because they have a personal referee that has measured differently !!!
   Go ahead, Andrea, get rid of them and go on with the production of the E-Cat !
   Caterine

6. Andrea Rossi
   April 14, 2016 at 1:47 PM

   Caterine:
   You gave me a brilliant idea: the next time I will make a tennis match with my wife I will bring my personal referee.
   Thank you, that's genial. We use to bet pizza and beer, but next time if we will end up with the usual 6-0, 6-0, 6-0 for her, I will pull out the results got from my P.R.V.R. ( Personal Referee for Validation of Result ) and if the results of him will be that I won, I will not pay the pizza, let alone the beer !
   Warm Regards,
   A.R.

7. Bernie Koppenhofer
   April 14, 2016 at 12:38 PM

   Dr. Rossi: We have agreed on one issue for five years. Happy customers will ultimately decide the fate of your new fire. That is why I do not understand why you cannot persuade the customer of the year long test to come forward and give his opinion of his savings using the E-Cats.

8. Andrea Rossi
   April 14, 2016 at 1:44 PM

   Bernie Koppenhofer:
   You are too intelligent not to understand that a company cannot be happy of all the blogosphere hurricane around this issue. Our Customer spoke his satisfaction with facts, not words: he bought 3 units like the one he tested during this year with a company set up specifically for this purpose.
   Warm Regards,
   A.R.