# EXHIBIT 26





