# EXHIBIT 29

| | |
|---|---|
| **From:** | M.Eng. Fulvio Fabiani <fulvio.fabiani@mail.com> |
| **Sent:** | Monday, February 01, 2016 10:57 AM |
| **To:** | Wendy Carter; Trista Balmer; JT Vaughn |
| **Cc:** | tdarden |
| **Subject:** | January 2016 invoice & more |
| **Attachments:** | attachment-1.pdf |

Goodmorning,

as usual, you can find the January invoice 2016 attached to this mail.

In according to the agreements made with Mr. Tom, my contract to monitor E-cat plant in Miami is set to expire on 31 March 2,016.

Do you forecast to use me for future developments elsewhere or I must be free and look forward to another company?

I would have the best pleasure to continue working with you to the evolution of the E-cat in America.

Best regards

M.Eng. Fulvio Fabiani
+1(919)812-7863

1

IH-00016227

# United States Quantum Leap LLC

INVOICE N. **01/2016**

INVOICE DATE : **January 29, 2016**

BILL TO :  Industrial Heat  LLC
      c /o Paracorp Incorporated
        2140 South Dupont Highway
        Camden DE 19934 - USA
        TIN 46-2572003

DESCRIPTION :   Technical assistance and consulting

PERIOD : **January 2016**


   FEES                                                         USD 10,500.00
                                                                     ( ten thousand five hundred/00USD)
   REFUND OF APARTMENT RENTAL EXPENSES        USD   1,370.00
                                                   ( one thousand three hundred seventy/00USD)
                                                                     --------------------

   TOTAL AMOUNT                                          **USD 11,870.00**
                                                    ( eleven thousand, eight  hundred  Seventy/00USD )

PAYMENT DUE BY : before February 2016.

PLEASE SEND CHECK BY MAIL TO:

**US Quantum Leap LLC – Fulvio Fabiani**
**1331 Lincoln rd. Apt.401**
**33139 – Miami Beach**
**Florida - United States**


USQL LLC. 1331 Lincoln rd. Apt.401 – 33139 Miami Beach – Florida – USA