# EXHIBIT 18

# J.M. Products, Inc.
## "Advanced Derivatives of Johnson Matthew Platinum Sponges"
### 7861 46TH STREET
### DORAL, FLORIDA 33166

HENRY W. JOHNSON
mailto:hjohnson@hwjlaw.net

TELEPHONE   (786)631-4676
TELECOPIER   (786)631-4741

July 1, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:     J.T. Vaughn
               Vice President

Dear Mr. Vaughn:

During the month of June in our Doral factory we received from your plant the amount of energy of 1 MWh/h, for a total of 624 MWh for 26 days, while for 4 days we received 750 kWh/h, for a total of 72 MWh    Please forward your invoice for the agreed daily amount of $1,000.00 per day for 26 days = $26,000.00 plus $750/day for 4 days=$3,000.00, for a total of $29,000.00.

Sincerely,

J.M. Products, Inc.

Henry W. Johnson
President

HWJ:ck

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

**HENRY W. JOHNSON**
**mailto:hjohnson@hwjlaw.net**

**TELEPHONE (786)631-4676**
**TELECOPIER (786)631-4741**

August 1, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:    J.T. Vaughn
              Vice President

Dear Mr. Vaughn:

    During the month of July in our Doral factory we received from your plant the amount of energy of 1 MWh/h, for a total of 624 MWh for 26 days, while for 4 days we received 750 kWh/h, for a total of 72 MWh.    Please forward your invoice for the agreed daily amount of $1,000.00 per day for 26 days = $26,000.00 $ plus $750/day for 4 days=$3,000.00, for a total of $29,000.00.

                    Sincerely,

                    J.M. Products, Inc.

                    Henry W. Johnson
                    President

HWJ:ck

# J.M. Products, Inc.
### 7861 46TH STREET
### DORAL, FLORIDA 33166

**HENRY W. JOHNSON**                                              **TELEPHONE (786)631-4676**
mailto:hjohnson@hwjlaw.net                                         **TELECOPIER (786)631-4741**


October 12, 2015


Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:     J.T. Vaughn
               Vice President

Dear Mr. Vaughn:

During the month of September in our Doral factory we received from your plant the amount of energy of:

15 days @ 1 MWh/h
15 days@ .75 MWh/h

Sincerely,

J.M. Products, Inc.


Henry W. Johnson
President


HWJ:ck

**J.M. Products, Inc.**
7861 46ᵀᴴ STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON                                  TELEPHONE (786)631-4676
mailto:hjohnson@hwjlaw.net                        TELECOPIER (786)631-4741

September 8, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:      J.T. Vaughn
                Vice President

Dear Mr. Vaughn:

During the month of August in our Doral factory we received from your plant the amount of energy of:

15 days @ 1 MWh/h
16 days@ .75 MWh/h

Please invoice to us as follows:

$ 1,000.00 x 15, total    $ 15,000.00
$   750.00 x 16, total    $ 12,000.00
Total amount:             $ 27,000.00

Sincerely,

J.M. Products, Inc.

Henry W. Johnson
President

HWJ:ck

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON                              TELEPHONE (786)631-4676
mailto:hjohnson@hwjlaw.net                    TELECOPIER (786)631-4741

January 4, 2016

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:     J.T. Vaughn
               Vice President

Dear Mr. Vaughn:

During the month of December in our Doral factory we received from your plant the amount of energy of:

20 days @ 1 Mwh/h, 24 hours /day
11 days @ 750 kWh/h, 24 hours/day ( upon our request the power has been reduced due to our technical problems)

Sincerely,

J.M. Products, Inc.

Henry W. Johnson
President

HWJ:ck