# EXHIBIT 20



# J. M. Products, Inc

# James A. Bass



Director of Engineering

7861 N. W. 46th St

Doral, Florida  33166

786-631-4676