# EXHIBIT 29

| | |
|---|---|
| **From:** | M.Eng. Fulvio Fabiani <fulvio.fabiani@mail.com> |
| **Sent:** | Monday, February 01, 2016 10:57 AM |
| **To:** | Wendy Carter; Trista Balmer; JT Vaughn |
| **Cc:** | tdarden |
| **Subject:** | January 2016 invoice & more |
| **Attachments:** | attachment-1.pdf |

Goodmorning,

as usual, you can find the January invoice 2016 attached to this mail.

In according to the agreements made with Mr. Tom, my contract to monitor E-cat plant in Miami is set to expire on 31 March 2,016.

Do you forecast to use me for future developments elsewhere or I must be free and look forward to another company?

I would have the best pleasure to continue working with you to the evolution of the E-cat in America.

Best regards

M.Eng. Fulvio Fabiani
+1(919)812-7863

IH-00016227

# United States Quantum Leap LLC

INVOICE N. **01/2016**

INVOICE DATE : **January 29, 2016**

BILL TO :  Industrial Heat  LLC
      c /o Paracorp Incorporated
      2140 South Dupont Highway
      Camden DE 19934 - USA
      TIN 46-2572003

DESCRIPTION :   Technical assistance and consulting

PERIOD : **January 2016**

| | |
|---|---|
| FEES | USD 10,500.00 |
| | ( ten thousand five hundred/00USD) |
| REFUND OF APARTMENT RENTAL EXPENSES | USD  1,370.00 |
| | ( one thousand three hundred seventy/00USD) |
| | -------------------- |
| TOTAL AMOUNT | **USD 11,870.00** |
| | ( eleven thousand, eight  hundred  Seventy/00USD ) |

PAYMENT DUE BY : before February 2016.

PLEASE SEND CHECK BY MAIL TO:

**US Quantum Leap LLC – Fulvio Fabiani
1331 Lincoln rd. Apt.401
33139 – Miami Beach
Florida - United States**
USQL LLC. 1331 Lincoln rd. Apt.401 – 33139 Miami Beach – Florida – USA
IH-00016228