UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-21199-CIV-ALTONAGA

**ANDREA ROSSI**, *et al.*,

    Plaintiffs,

v.

**THOMAS DARDEN**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants' Motion for a Protective Order Relating to Attorney-Client Privileged Communications ("Motion") [ECF No. 138]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**. The parties are instructed to follow the procedures regarding discovery outlined in the Order Setting Trial [ECF No. 23].

**DONE AND ORDERED** in Miami, Florida, this 15th day of February, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record