# Exhibit 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| ANDREA ROSSI and LEONARDO CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:16-cv-21199-CMA |
| THOMAS DARDEN; JOHN T. VAUGHN, INDUSTRIAL HEAT, LLC; IPH INTERNATIONAL B.V.; and CHEROKEE INVESTMENT PARTNERS, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) ) | **EXPERT DISCLOSURE OF JOSEPH A. MURRAY** |
| —————————————— | ) | |
| INDUSTRIAL HEAT, LLC and IPH INTERNATIONAL B.V., | ) ) ) | |
| Counter-Plaintiffs, | ) ) | |
| v. | ) ) | |
| ANDREA ROSSI and LEONARDO CORPORATION, | ) ) ) | |
| Counter-Defendants, | ) ) | |
| and | ) ) | |
| J.M. PRODUCTS, INC.; HENRY JOHNSON; FABIO PENON; UNITED STATES QUANTUM LEAP, LLC; FULVIO FABIANI; and JAMES BASS, | ) ) ) ) ) ) | |
| Third-Party Defendants. | ) ) ) ) ) | |
| —————————————— | ) | |

<u>**EXPERT DISCLOSURE OF JOSEPH A. MURRAY**</u>

Defendants THOMAS DARDEN, JOHN T. VAUGHN, INDUSTRIAL HEAT, LLC ("IH"), IPH INTERNATIONAL B.V. ("IPH"), and CHEROKEE INVESTMENT PARTNERS, LLC (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 26 (a)(2)(C), hereby submit the expert disclosure of Joseph A. Murray:

## I.   <u>INTRODUCTION</u>

Joseph A. Murray, former Vice President of Engineering for Industrial Heat, LLC, shall be testifying as to his opinions concerning the accuracy and reliability of the report by Fabio Penon of the E-Cat plant as well as the performance of the E-cat plant itself.

## II.   <u>SUMMARY OF OPINIONS</u>

<u>**Comparisons Between Power Sold By Florida Power & Light Company to J.M. Products, Inc. and Power Reported As Absorbed By Fabio Penon and Fulvio Fabiani**</u>

Mr. Murray will describe how the data generated by Fabio Penon ("Penon") and Fulvio Fabiani ("Fabiani") pertaining to the power absorbed during the testing of the E-cat plant at ADDRESS OF DORAL LOCATION("JMP") is at odds with the  the amount of power used at Doral location as demonstrated by Florida Power & Light Company ("FPL") records. *See* **"Exhibit A."** Using the values of power absorption into the reactor reported by Penon to Industrial Heat, LLC, Mr. Murray compared these numbers to the actual power provided by FPL to the Doral location and found numerous inaccuracies reported by Penon and Fabiani.

Mr. Murray also compared Penon and Fabiani's data to the historical average amount of power that the Doral location used before and after the purported "guarantee performance test" (specifically before and after the reactor was turned on). Once again, Mr. Murray's analysis demonstrates that Penon and Fabiani's reports on the power absorbed into the E-cat plant are

inaccurate when measured against power provided by FPL to Doral location are riddled with inaccuracies when measured against the power actually provided by FPL to the plant. *See* **"Exhibit B."**

### Inverse Relationship of Power Input to Plant and Coefficient of Power

Using the values reported by Penon to Industrial Heat, Mr. Murray compared the reported power input to the E-cat plant reported by Penon  against the reported coefficient of power ("COP") reported by Penon as reflected in Figure *See* **"Exhibit C."** After comparing the two sets of numbers, Mr. Murray's results revealed an inverse relationship between the input power and the COP (i.e., when the plant draws less power, the COP of the E-cat plant increases). Mr. Murray will testify that there is no logical reason why the COP should be changing inversely to the amount of power inputted given that the same E-cat plant was used throughout the "guaranteed performance test."


### Heat Simulations

Mr. Murray will testify as to the heat simulations he ran to recreate the thermal conditions inside the Doral location The thermal simulation involved a 500 kw or 800 kw power source uniformly distributed in a container at the Doral location, 7861 NW 46th Street, Doral, FL 33166 and releasing heat into the ambient warehouse of the Doral location. Mr. Murray's simulation demonstrates how the heat would typically build over time to achieve a steady state temperature. *See* "*Thermal Simulations*" This means that the room would have been heated to a temperature unsuited for a human working environment.

**Water Flow**

Mr. Murray will be testifying as to the tests he conducted on the water flow into the E-cat plant. The results of Mr. Murray's test show that the measured flow meter used by Penon would report a much higher flow of water than was actually occurring. The purpose of the test was to determine how the flow meter used by Penon operated when a limited amount of water flowed through it. Murray's results showed that the water meter Penon used would show the results that Penon reported when in fact the actual water flowing through the meter was multiples less than what the meter showed. the behavior of the  flow meter when a very minimum amount of water was going through it.  *See "Water Flow Test Results".*

**QUALIFICATIONS**

Mr. Murray's educational background includes an ABD from University of Maryland, an M.S. from University of Utah and a B.S. from Michigan State University.

- 3 -

Dated:  January 30, 2017.                     Respectfully submitted,

                                              */s/ Christopher R.J. Pace*
                                              Christopher R.J. Pace
                                              cpace@jonesday.com
                                              Florida Bar No. 721166
                                              Christopher M. Lomax
                                              clomax@jonesday.com
                                              Florida Bar No. 56220
                                              Christina T. Mastrucci
                                              cmastrucci@jonesday.com
                                              Florida Bar No. 113013
                                              Erika S. Handelson
                                              ehandelson@jonesday.com
                                              Florida Bar No. 91133
                                              Michael A. Maugans
                                              mmaugans@jonesday.com
                                              Florida Bar No. 107531
                                              JONES DAY
                                              600 Brickell Avenue
                                              Brickell World Plaza
                                              Suite 3300
                                              Miami, FL 33131
                                              Tel: 305-714-9700
                                              Fax: 305-714-9799
                                              *Counsel for Defendants/Counter-Plaintiffs*
                                              *Third Party-Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail

on counsel of record this 30th day of January, 2017.

*/s/ Michael A. Maugans*
Michael A. Maugans

## <u>SERVICE LIST</u>

John W. Annesser, Esq.
Brian Chaiken
Paul D. Turner
D. Porpoise Evans
PERLMAN, BAJANDAS, YEVOLI &
ALBRIGHT, P.L.
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Tel.: (305) 377-0086
Fax: (305) 377-0781
jannesser@pbyalaw.com
bchaiken@pbyalaw.com
pturner@pbyalaw.com
pevans@pbyalaw.com
Counsel for Plaintiffs

Fernando S. Aran
ARAN, CORREA & GUARCH, P.A.
255 University Drive
Coral Gables, FL 33134-6732
Tel.: (305) 665-3400
Fax: (305) 665-2250
faran@acg-law.com
Counsel for JM Products, Inc., Henry Johnson and James Bass

Rodolfo Nuñez
RODOLFO NUNEZ, P.A.
255 University Drive
Coral Gables, Florida 33134
Tel: (305) 665-3400
Fax: (305) 665-2250
rnunez@acg-law.com
Counsel for United States Quantum Leap, LLC and Fulvio Fabiani

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C

INDUSTRIAL HEAT

