# Exhibit 7

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                    MIAMI DIVISION
               CASE NO. 1:16-cv-21199-CMA
 3
     ANDREA ROSSI, et al.,
 4
          Plaintiffs,
 5
     v.
 6
     THOMAS DARDEN, et al.,
 7
          Defendants.
 8   - - - - - - - - - - - - - - - - - - - - -x
     INDUSTRIAL HEAT, LLC, et al.,
 9
          Counter-Plaintiffs,
10
     v.
11
     ANDREA ROSSI, et al.,
12
          Counter-Defendants.
13   and
14   J.M. PRODUCTS, et al.,
15        Third-Party Defendants.
     - - - - - - - - - - - - - - - - - - - - -x
16
               600 Brickell Avenue, Suite 3300
17                    Miami, Florida
                 Friday, February 10, 2017
18                10:11 a.m. - 7:25 p.m.
19
            HIGHLY CONFIDENTIAL TRANSCRIPT
20               ATTORNEYS' EYES ONLY
21          VIDEO DEPOSITION OF ANDREA ROSSI
22
23
         Taken before Janet Baldauf, Registered
24   Professional Reporter and Notary Public in and for
     the State of Florida at Large, pursuant to Notice of
25   Taking Deposition filed in the above cause.
```

Veritext Legal Solutions

800-726-7007                                         305-376-8800

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Page 230

1  Q.  -- your testimony of that is that was steam
2  coming through?
3  A.  Yes, sir.
4  Q.  And then the steam would carry through these
5  insulated pipes?
6      MR. ANNESSER:  Object to form.
7  BY MR. PACE:
8  Q.  The four top insulated pipes in either the
9  form of steam or water?
10 A.  I do not understand the question.
11     MR. LEON DE LA BARRA:  Object to form.
12 BY MR. PACE:
13 Q.  Sure.  Looking at Exhibit 17.
14 A.  17, okay.
15 Q.  Your testimony is that at the very top, we
16 see a pipe at the very top of Exhibit 17.
17 A.  You know, let us number -- to allow me to
18 understand, you are talking about the first pipes from
19 the top, one, two, three, four, correct?
20 Q.  Correct.  So let's do that.  So the very top
21 pipe we'll say number one.  Steam comes into pipe
22 number one?
23 A.  Yes.
24 Q.  Correct?  Are the reactors placed in pipe
25 number one?

Page 231

1  A.  Yes.
2  Q.  The steam -- and this is -- all this piping
3  is insulated?
4  A.  Yes.
5  Q.  Did I understand correctly from -- I think
6  Jim Bass' testimony that there are also heat strips on
7  these pipes?
8      MR. ANNESSER:  Object to form.
9      MR. LEON DE LA BARRA:  Join.
10     THE WITNESS:  I did not understand your
11 question.  I'm sorry.
12 BY MR. PACE:
13 Q.  Were there heat strips on any these pipes?
14 A.  Strips?  What do you mean strips?
15 Q.  Heat strips through which you could send a
16 little current of heat up, potentially heat the outside
17 of the pipe?
18 A.  No, no, no.  Not strips.
19 Q.  Coils?
20 A.  I think I have understood.  I'm not sure,
21 but I think I have understood what you are referring
22 to.  I try to help you, so you tell me if I have
23 understood.
24 Q.  Okay.
25 A.  When you say strip, you mean that heating

Page 232

1  cable.  Okay.  It is called a heating cable.
2  Q.  Heating cable?
3  A.  Now I can understand.
4  Q.  So there's this heating cable in here
5  underneath this insulation?
6  A.  This is -- yes, between the insulation and
7  the pipe.
8  Q.  Understood.
9  A.  Do you want to know what it is for?
10     MR. ANNESSER:  Just wait for the question
11 please.
12 BY MR. PACE:
13 Q.  Do I want to know what it's called or what
14 it's for?
15 A.  Sorry.
16 Q.  Did you just say do I want to know what it's
17 called or what it's for?
18 A.  No.  What it is for.
19 Q.  I do in a second, but I just want to before
20 I get to that, the steam that comes into this pipe
21 number one, it becomes water before it goes out on
22 Exhibit 16 back on over to Leonardo side, correct?
23     MR. ANNESSER:  Object to form.
24     MR. LEON DE LA BARRA:  Join.
25     THE WITNESS:  You have skipped many

Page 233

1  passages.
2  BY MR. PACE:
3  Q.  I understand that.  I'm jumping from one to
4  the other so I understand that it's --
5  A.  What I can tell you is that what you have
6  inside the insulated pipes is steam.
7  Q.  Uh-huh.
8  A.  What you have inside the other insulating
9  pipes that return to the plant, that is water.
10 Q.  Right.  That's what we just said.
11 A.  Okay.
12 Q.  Now, I'm just trying to -- you might tell me
13 it's not in either of these pictures, but where in
14 these pictures does the steam convert to water?
15 A.  It's not here.
16 Q.  It's not in these pictures?
17 A.  No.
18 Q.  There's -- am I missing something in the
19 pictures?
20 A.  No, you are not missing anything of the
21 pictures, but these pictures do not explain where the
22 steam becomes water.
23 Q.  Why is that?
24 A.  Because --
25     MR. ANNESSER:  Why do the pictures not show

Page 234

1  that?
2      MR. PACE: Yes. I'm trying to understand.
3      THE WITNESS: You know, these picture are,
4  first of all --
5      MR. ANNESSER: Just answer his question if
6  you understand it. I'm going to object to the
7  form because I'm not sure I understand the
8  question.
9      THE WITNESS: The place where the steam
10 became water is not -- is not illustrated by these
11 photographs, Attorney.
12 BY MR. PACE:
13   Q.  But it did occur somewhere within the
14 container?
15     MR. LEON DE LA BARRA: Object to form.
16     THE WITNESS: Can you repeat the question.
17 BY MR. PACE:
18   Q.  But the conversion of steam to water
19 occurred in the container?
20     MR. ANNESSER: Object to form.
21     MR. LEON DE LA BARRA: Object to the form.
22     THE WITNESS: No.
23 BY MR. PACE:
24   Q.  Where did it occur, outside the container
25 then?

Page 235

1   A.  Yes.
2   Q.  Where outside the container?
3   A.  In a proper heat exchanger that was placed
4  not inside the container.
5   Q.  Where was the heat exchanger?
6   A.  The heat exchanger was in a proper room that
7  is not indicated in this photographs. The steam
8  through a pipe is gone in a heat exchanger that is not
9  here.
10  Q.  This heat exchanger, who installed that?
11  A.  I did.
12  Q.  Who helped you install it?
13  A.  Contractors.
14  Q.  Which contractors?
15  A.  Well, I use very much flying contractors
16 that in that industrial park everyday come to know if
17 you need something. I use it to many of them. The
18 heat exchanger that I have put down has been made by me
19 with their help.
20  Q.  Okay.
21  A.  So -- in -- sorry.
22  Q.  I'm sorry. I interrupted you that time.
23 Please finish your answer.
24  A.  I had finished.
25  Q.  Do you know their names? Do you know any of

Page 236

1  their names?
2   A.  No, I don't remember. We are talking of two
3  years ago, and they were just guys. In that area, if
4  you go there, they have the truck. It's people that
5  has a truck that is a small workshop. They have
6  everything there. You call them, and they are able to
7  do anything. They are able to do whatever you need.
8   Q.  Who removed it?
9   A.  Sorry.
10  Q.  Who removed this heat exchanger that you
11 built?
12  A.  It has been built by pipes --
13  Q.  No. I'm sorry. My question was who removed
14 it?
15     MR. LEON DE LA BARRA: Object to form.
16     THE WITNESS: I removed it with the help of
17 contractors.
18 BY MR. PACE:
19  Q.  Because it doesn't exist any longer at the
20 Doral plant?
21  A.  No because I have used the pieces of it to
22 do other things because now it was completely useless.
23  Q.  Well, it didn't exist at the Doral location
24 in February of 2016, did it?
25     MR. ANNESSER: Object to the form.

Page 237

1      THE WITNESS: Can you -- I did not
2  understand the question.
3  BY MR. PACE:
4   Q.  Sure. You remember seeing me at the Doral
5  warehouse in December 16 of 2016?
6   A.  I remember.
7   Q.  The heat exchanger you are talking about now
8  had been removed by then, correct?
9      MR. ANNESSER: Object to form.
10     MR. LEON DE LA BARRA: Join.
11     THE WITNESS: I don't understand the
12 English. This heat exchanger has been removed
13 after the end of the test.
14 BY MR. PACE:
15  Q.  Okay. So it was sometime after
16 February 2016?
17  A.  If this was the question, this is the
18 answer. Sorry.
19  Q.  I'm still a little lost and then we'll take
20 a quick break here because we have to move on to some
21 other subjects before we end, but you said in Exhibit
22 17 --
23  A.  Yes.
24  Q.  -- what comes into there, that top pipe,
25 what we labeled as pipe number one is steam, correct?

Page 238

```
 1   A.   I am very sorry.  I did not understand the
 2  question.
 3   Q.   Sure.  Let's go through this again.  In
 4  Exhibit 17 --
 5   A.   Yes.
 6   Q.   -- the top pipe in that picture.
 7   A.   The top pipe, number one, yes.
 8   Q.   What you call number one.
 9   A.   Yes.
10   Q.   You said what came in there was steam?
11   A.   Came in where was steam?  Was full of steam.
12   Q.   What came in this pipe was steam?
13   A.   Yes, yes.  It was full of steam.
14   Q.   So somewhere the steam had to exit -- your
15  testimony now is that somewhere the steam had to exit
16  this container and go to -- and the heat at least from
17  the steam had to exit the container and be dissipated
18  or sent out of the warehouse; is that correct?
19   A.   No.
20   Q.   Okay.  How would the steam be eliminated
21  from --
22   A.   With a heat exchanger.
23   Q.   Let me.  If steam came into the container --
24   A.   The steam enters in the container, goes in
25  these four pipes.  In this phase we were using only
```

Page 239

```
 1  four pipes.  In some other phases we use also the other
 2  pipes.  In this moment we were at the end of the job.
 3  We were -- we had in operation only the four pipes.  So
 4  the steam -- then the steam exited from the container
 5  inside a pipe, inside a system of pipe, and run through
 6  the place where the heat exchanger was.  The heat
 7  exchanger exchanged heat between air and steam and cool
 8  and the steam.
 9   Q.   Is it the other side -- then if I'm looking
10  at Exhibit 17, is where the heat -- is where the steam
11  is exiting this container somewhere on the other side
12  of those pipes?
13   A.   You -- you -- you can see because this
14  photography does not take the area where there was the
15  bypass.
16   Q.   There was a bypass?
17   A.   Yes, sir.
18   Q.   Where would that --
19   A.   Between the number 17 and the number 16, you
20  have a hole.  So the number 16 is not a continuation of
21  the 17 because if I look at the 17 and I look at the
22  16, I have -- first I have to put the 17, and then I
23  have to put the 16 because, as you can see, the 17 has
24  the left side that is the end -- the left end of the
25  container -- looking at the container from the point of
```

Page 240

```
 1  observation of this photography while the photograph in
 2  number 16 shows us the right end of the container.
 3   Q.   Uh-huh.
 4   A.   But attention, between the 17 and the 16,
 5  there is a piece of plant that has not been
 6  photographed, you understand.
 7   Q.   I understand.
 8   A.   In that area there was the bypass.
 9   Q.   Okay.  And I think we actually -- that's not
10  for this picture -- I've got pictures down the road,
11  but I just want to ask this before we take a break.
12   A.   No.  The number 18, you have to put the
13  number 18 to follow the logic at the left --
14       MR. ANNESSER:  Dr. Rossi, there is no
15   question.
16       THE WITNESS:  You are right and I am stupid.
17   I am very, very stupid.  I continue to make the
18   same mistake, and I don't know why.
19       MR. PACE:  Dr. Rossi, I'm just going to stop
20   you so that we can get to this and take a quick
21   break.  Let me just do this.  Exhibit 18.
22   (Thereupon, Photograph was marked for
23   identification as Defendant's Exhibit 18.)
24       THE WITNESS:  Okay.
25  BY MR. PACE:
```

Page 241

```
 1   Q.   When we look at Exhibit 17, we can see in
 2  the far left side tubing.
 3   A.   Exactly.  There --
 4   Q.   Exhibit 18 -- let me do this.
 5   A.   Sorry.
 6   Q.   Exhibit 18 is, in fact, the tubing that we
 7  see on the far left in Exhibit 17?
 8   A.   You are correct.
 9   Q.   So that was the point you were just making.
10   A.   Yes.
11   Q.   This tubing is for inserting water, correct?
12   A.   No.
13   Q.   Okay.  So what is it for inserting?
14   A.   Nothing.
15   Q.   Nothing.  So these tubes -- who put these
16  tubes in?
17   A.   When you say tubes, you mean these hoses?
18   Q.   Yes, sir.
19   A.   Because if you say tube, I think to the
20  steam.
21   Q.   Correct.  I'm sorry.  Let me use the phrase
22  you are using.  Hoses.
23   A.   The hoses are emergency hoses connected with
24  the hydraulic, the hydraulic center of the factory in
25  case of overheating.  We never use them in all the year
```

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Page 258

1   A.   Yes, sir.
2   Q.   -- you would look at the numbers on -- for
3   what?  You would look at the number for the flow meter?
4   A.   Yes.
5   Q.   And you would write that down?
6   A.   Yes.
7   Q.   And you maintain that record?
8   A.   Yes.
9   Q.   And then you don't really look at a thermal
10  couple, right?  Would you look at the computer?  How do
11  you know what's on the thermal couple?
12  A.   Because there was a manual instrument to
13  read the thermal -- to read the thermal couple.
14  Q.   Okay.
15  A.   And so I just looked at it and wrote down
16  the number.
17  Q.   And so that's a hand-held device, right?
18  A.   Yes, sir.
19  Q.   And you would write down that number and you
20  kept that log?
21  A.   Yes.
22  Q.   And then there's a -- there's a pressure
23  meter.  Is it called --
24  A.   Yes, the manometer.
25  Q.   How many of those existed?

Page 259

1   A.   Two.
2   Q.   Two.  And did you ever take readings from
3   the pressure meters?
4   A.   Yes, now and again also there.  But I did
5   not write down because it was pretty much constant.
6   The pressure did not change basically, so I did not
7   take record.  I don't remember if I put also the --
8   also the pressure or not, but you will see.  If you
9   show me my blog I can tell you.  I don't remember.
10  Q.   So there's a book that has this that would
11  have -- let me see if I can.  Thank you, sir.  I'm
12  going to mark this as Exhibit 19.
13       (Thereupon, Spreadsheet was marked for
14       identification as Defendant's Exhibit 19.)
15       THE WITNESS:  Thank you.
16  BY MR. PACE:
17  Q.   This is a document that you produced in
18  discovery or that your lawyers produced in discovery.
19  Is this --
20       MR. ANNESSER:  Are you sure we produced
21   this?
22       MR. PACE:  You did.
23       MR. ANNESSER:  I don't see a Bates number on
24   it.  That's why I asked.
25       MR. PACE:  You produced this and made a

Page 260

1   file.  You didn't put a number on it.  In fact, I
2   think Chris is going to have to contact you guys
3   or we'll talk about it afterwards because I think
4   part of it is corrupted.  But we'll talk to
5   Dr. Rossi and find out if that's right or not
6   because it might not be.  That's what we are about
7   to find out.
8       THE WITNESS:  I don't -- which is your
9   question?
10  BY MR. PACE:
11  Q.   Do you recognize this spreadsheet?
12  A.   I am very sorry.  No, I don't.
13  Q.   Okay.
14  A.   I don't.  It is not mine.
15  Q.   Do you know whether Fulvio Fabiani tracked
16  when the -- when different parts of the plant were
17  working or not working or had to be shut down for short
18  periods?
19  A.   I don't know exactly what Fulvio Fabiani was
20  making because he worked for Industrial Heat, by the
21  way.  And he also had the task from Industrial Heat to
22  help me if I had the troubles with electric stuff, but
23  I know nothing about this work of his.
24  Q.   Let me make sure I'm clear.  What we are
25  looking at here on Exhibit 19 is a spreadsheet that

Page 261

1   contains certain data information.  This is not your
2   log of the information you collected?
3   A.   It's nothing to do with it, no.
4       MR. ANNESSER:  Object to the form.
5   BY MR. PACE:
6   Q.   And you don't know about -- there's also
7   comments here about when different units in the plant
8   were started or stopped?
9   A.   I don't remember.  I don't remember this
10  events because, you know, we had a lot of event there.
11  I don't remember.
12  Q.   Okay.  Let me ask you, did you maintain any
13  log or record of when units, when E-Cat units at the
14  plant were operating or not operating?
15  A.   I did, yes.
16  Q.   You did?
17  A.   Yes.
18  Q.   How was that maintained?
19  A.   Manually by me.  I did it manually.  When
20  such events -- this is the log I was talking before to
21  you.
22  Q.   I'm sorry.  You just said exhibit -- were
23  you talking about this -- it's a handwritten log?
24  A.   Yes.
25  Q.   Okay.  And in that handwritten log, if there

Page 290

1  steam from the --
2  A. Which one, Counselor?
3  Q. Actually, all three show the same pipe,
4  correct?
5  A. No because --
6  Q. They are different angles?
7  A. -- here is also another one.
8  Q. Let me do it -- I appreciate that. In fact,
9  same thing on number 25 if you look at the bottom. In
10 24, 25 and 26 --
11 A. 24, 25, and 26 they have the common
12 denominator that is the steam pipe.
13 Q. And that's the silver encased piping?
14 A. It is correct.
15 Q. And that was designed to carry the steam
16 from the plant over to the JM Products container?
17 A. Yes.
18     THE VIDEOGRAPHER: We are at 7 minutes, sir.
19 BY MR. PACE:
20 Q. And this pipe has been -- I'm sorry?
21 A. It's okay.
22 Q. This piping has now been taken down at the
23 Doral warehouse, correct?
24 A. Yes.
25 Q. Who took it down?

Page 291

1  A. I did.
2  Q. When?
3  A. After the test, after the sealing of the
4  test.
5  Q. Do you know -- was it immediately after, if
6  you know?
7  A. I don't remember, but I --
8  Q. Who assisted?
9  A. Sorry.
10 Q. Did anyone assist you in taking down the
11 piping?
12 A. Can you repeat the question.
13 Q. Yes. It's kind of the last question. Did
14 anyone assist you in taking down the piping?
15 A. Yes.
16 Q. Who?
17 A. Contractors.
18 Q. Do you know their names?
19 A. No.
20     MR. PACE: I think I've run out of time.
21     THE VIDEOGRAPHER: Here marks the end of
22 videotape number eight and the deposition. We are
23 going off the record at 7:25 p.m.
24 (Thereupon, the taking of the deposition was
25   concluded at 7:25 p.m. Signature and
    formalities were not waived.)

Page 292

1  RE   : ROSSI v DARDEN
   DEPO OF: ANDREA ROSSI
2  TAKEN : 2-23-17
3
4       EXCEPT FOR ANY CORRECTIONS
        MADE ON THE ERRATA SHEET BY
5       ME, I CERTIFY THIS IS A TRUE
        AND ACCURATE TRANSCRIPT.
6       FURTHER DEPONENT SAYETH NOT.
7       _____
        ANDREA ROSSI
8
9
10 STATE OF FLORIDA  )
                    ) SS:
11 COUNTY OF        )
12
13     Sworn and subscribed to before me this
14 _____ day of _____ 2017.
15 PERSONALLY KNOWN _____ OR I.D._____
16
17
   _____
18 Notary Public in and for
   the State of Florida at Large.
19
20
21 My commission expires:
22
23
24
25

Page 293

1       ERRATA SHEET
2  RE   : ROSSI v DARDEN
   DEPO OF: ANDREA ROSSI
3  TAKEN : 2-23-17
4  DO NOT WRITE ON TRANSCRIPT, ENTER ANY CHANGES HERE
5  Page #| Line #|  Change           | Reason
6  _____|_____|_____|_____
7  _____|_____|_____|_____
8  _____|_____|_____|_____
9  _____|_____|_____|_____
10 _____|_____|_____|_____
11 _____|_____|_____|_____
12 _____|_____|_____|_____
13 _____|_____|_____|_____
14 _____|_____|_____|_____
15 _____|_____|_____|_____
16 _____|_____|_____|_____
17 _____|_____|_____|_____
18 _____|_____|_____|_____
19 _____|_____|_____|_____
20 _____|_____|_____|_____
21 State of Florida)
   County of      )
22
   Under penalties of perjury, I declare that I have
23 read by deposition transcript, and it is true and
   correct subject to any changes in form or
24 substance entered here.
   _____     _____
25 Date           ANDREA ROSSI

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Page 294

CERTIFICATE OF OATH OF WITNESS

STATE OF FLORIDA
    SS:
COUNTY OF MIAMI-DADE

    I, JANET BALDAUF, Registered Professional Reporter, Florida Professional Reporter and Notary Public in and for the State of Florida at Large, certify that the witness, ANDREA ROSSI, personally appeared before me on 2-23-17 and was duly sworn by me.

    WITNESS my hand and official seal this 23rd day of February 2017.

_____
JANET BALDAUF, RPR, FPR
Notary Public
State of Florida at Large

Notary # FF208072
My Commission Expires: 3-31-2019

---

Page 295

REPORTER'S DEPOSITION CERTIFICATE

    I, JANET BALDAUF, Registered Professional Reporter and Florida Professional Reporter, certify that I was authorized to and did stenographically report the deposition of ANDREA ROSSI, the witness herein on 2-23-17; that a review of the transcript was requested; that the foregoing pages numbered from 1 to 296 inclusive is a true and complete record of my stenographic notes of the deposition by said witness; and that this computer-assisted transcript was prepared under my supervision.

    I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action.

    DATED this 23rd day of February 2017.

_____
JANET BALDAUF
Florida Professional Reporter
Registered Professional Reporter

---

Page 296

VERITEXT LEGAL SOLUTIONS
One Biscayne Tower, Suite 2250
Two South Biscayne Boulevard
Miami, Florida 33131
(305) 376-8800

_____, 2017

ANDREA ROSSI
c/o JOHN W. ANNESSER, ESQUIRE
Perlman Bajandas Yevoli & Albright, P.L.
283 Catalonia Avenue, Suite 200
Coral Gables, Florida 33134

RE   : ROSSI v DARDEN
DEPO OF: ANDREA ROSSI
TAKEN  : 2-23-17
READ & SIGN BY:  Days

Attn: ANDREA ROSSI:

    This letter is to advise you that the transcript of the deposition listed above is completed and is available for reading and signing.

    PLEASE CALL THE ABOVE NUMBER TO MAKE AN APPOINTMENT to come to the Veritext office closest to you to read and sign the transcript. Our office hours are from 8:30 a.m. to 4:30 p.m., Monday through Friday. IN THE EVENT OTHER ARRANGEMENTS ARE MADE, please send us a list of any and all corrections, signed and notarized, noting page and line numbers and the reason for such changes, so we can furnish all counsel with a copy of same. If the reading and signing has not been completed prior to the referenced date, we shall conclude that you have waived the reading and signing of the deposition transcript. Your prompt attention to this matter is appreciated.

Sincerely,

JANET BALDAUF, RPR, FPR
cc: Counsel of Record

---

Page 297

VERITEXT LEGAL SOLUTIONS
One Biscayne Tower, Suite 2250
Two South Biscayne Boulevard
Miami, Florida 33131
(305) 376-8800

_____, 2017

CHRISTOPHER R.J. PACE, ESQUIRE
Jones Day
600 Brickell Avenue, Suite 3300
Miami, Florida 33131

RE   : ROSSI v DARDEN
DEPO OF: ANDREA ROSSI
TAKEN  : 2-23-17
READ & SIGN BY: 30 Days

Dear Counsel:

    The original transcript of the deposition listed above is enclosed for your file. The witness did not waive reading and signing and has been sent a letter notifying them to come in and read and sign their deposition transcript. The witness will be provided a copy of their deposition transcript for reading in our office should they come in to review the transcript, and we will forward to you any corrections made by the witness at that time, along with an original signature page which should be attached to the original transcript which is in your possession.

Sincerely,

JANET BALDAUF, RPR, FPR

```
                    VERITEXT LEGAL SOLUTIONS
             COMPANY CERTIFICATE AND DISCLOSURE STATEMENT
```

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.