# Exhibit 16

Agosto 2015

| Date | Time | Duration |
|---|---|---|
| 1. Aug. 2015 | 00:00 | 00:30 |
| 1. Aug. 2015 | 00:30 | 00:30 |
| 1. Aug. 2015 | 01:00 | 00:30 |
| 1. Aug. 2015 | 01:30 | 00:30 |
| 1. Aug. 2015 | 02:00 | 00:30 |
| 1. Aug. 2015 | 02:30 | 00:30 |
| 1. Aug. 2015 | 03:00 | 00:30 |
| 1. Aug. 2015 | 03:30 | 00:30 |
| 1. Aug. 2015 | 04:00 | 00:30 |
| 1. Aug. 2015 | 04:30 | 00:30 |
| 1. Aug. 2015 | 05:00 | 00:30 |
| 1. Aug. 2015 | 05:30 | 00:30 |
| 1. Aug. 2015 | 06:00 | 00:30 |
| 1. Aug. 2015 | 06:30 | 00:30 |
| 1. Aug. 2015 | 07:00 | 00:30 |
| 1. Aug. 2015 | 07:30 | 00:30 |
| 1. Aug. 2015 | 08:00 | 00:30 |
| 1. Aug. 2015 | 08:30 | 00:30 |
| 1. Aug. 2015 | 09:00 | 00:30 |
| 1. Aug. 2015 | 09:30 | 00:30 |
| 1. Aug. 2015 | 10:00 | 00:30 |
| 1. Aug. 2015 | 10:30 | 00:30 |
| 1. Aug. 2015 | 11:00 | 00:30 |
| 1. Aug. 2015 | 11:30 | 00:30 |
| 1. Aug. 2015 | 12:00 | 00:30 |
| 1. Aug. 2015 | 12:30 | 00:30 |
| 1. Aug. 2015 | 13:00 | 00:30 |
| 1. Aug. 2015 | 13:30 | 00:30 |
| 1. Aug. 2015 | 14:00 | 00:30 |
| 1. Aug. 2015 | 14:30 | 00:30 |
| 1. Aug. 2015 | 15:00 | 00:30 |
| 1. Aug. 2015 | 15:30 | 00:30 |
| 1. Aug. 2015 | 16:00 | 00:30 |
| 1. Aug. 2015 | 16:30 | 00:30 |
| 1. Aug. 2015 | 17:00 | 00:30 |
| 1. Aug. 2015 | 17:30 | 00:30 |
| 1. Aug. 2015 | 18:00 | 00:30 |
| 1. Aug. 2015 | 18:30 | 00:30 |
| 1. Aug. 2015 | 19:00 | 00:30 |
| 1. Aug. 2015 | 19:30 | 00:30 |
| 1. Aug. 2015 | 20:00 | 00:30 |
| 1. Aug. 2015 | 20:30 | 00:30 |
| 1. Aug. 2015 | 21:00 | 00:30 |
| 1. Aug. 2015 | 21:30 | 00:30 |
| 1. Aug. 2015 | 22:00 | 00:30 |
| 1. Aug. 2015 | 22:30 | 00:30 |
| 1. Aug. 2015 | 23:00 | 00:30 |
| 1. Aug. 2015 | 23:30 | 00:30 |
| 2. Aug. 2015 | 00:00 | 00:30 |
| 2. Aug. 2015 | 00:30 | 00:30 |
| 2. Aug. 2015 | 01:00 | 00:30 |
| 2. Aug. 2015 | 01:30 | 00:30 |
| 2. Aug. 2015 | 02:00 | 00:30 |
| 2. Aug. 2015 | 02:30 | 00:30 |
| 2. Aug. 2015 | 03:00 | 00:30 |

Agosto 2015

| | | |
|---|---|---|
| 2. Aug. 2015 | 03:30 | 00:30 |
| 2. Aug. 2015 | 04:00 | 00:30 |
| 2. Aug. 2015 | 04:30 | 00:30 |
| 2. Aug. 2015 | 05:00 | 00:30 |
| 2. Aug. 2015 | 05:30 | 00:30 |
| 2. Aug. 2015 | 06:00 | 00:30 |
| 2. Aug. 2015 | 06:30 | 00:30 |
| 2. Aug. 2015 | 07:00 | 00:30 |
| 2. Aug. 2015 | 07:30 | 00:30 |
| 2. Aug. 2015 | 08:00 | 00:30 |
| 2. Aug. 2015 | 08:30 | 00:30 |
| 2. Aug. 2015 | 09:00 | 00:30 |
| 2. Aug. 2015 | 09:30 | 00:30 |
| 2. Aug. 2015 | 10:00 | 00:30 |
| 2. Aug. 2015 | 10:30 | 00:30 |
| 2. Aug. 2015 | 11:00 | 00:30 |
| 2. Aug. 2015 | 11:30 | 00:30 |
| 2. Aug. 2015 | 12:00 | 00:30 |
| 2. Aug. 2015 | 12:30 | 00:30 |
| 2. Aug. 2015 | 13:00 | 00:30 |
| 2. Aug. 2015 | 13:30 | 00:30 |
| 2. Aug. 2015 | 14:00 | 00:30 |
| 2. Aug. 2015 | 14:30 | 00:30 |
| 2. Aug. 2015 | 15:00 | 00:30 |
| 2. Aug. 2015 | 15:30 | 00:30 |
| 2. Aug. 2015 | 16:00 | 00:30 |
| 2. Aug. 2015 | 16:30 | 00:30 |
| 2. Aug. 2015 | 17:00 | 00:30 |
| 2. Aug. 2015 | 17:30 | 00:30 |
| 2. Aug. 2015 | 18:00 | 00:30 |
| 2. Aug. 2015 | 18:30 | 00:30 |
| 2. Aug. 2015 | 19:00 | 00:30 |
| 2. Aug. 2015 | 19:30 | 00:30 |
| 2. Aug. 2015 | 20:00 | 00:30 |
| 2. Aug. 2015 | 20:30 | 00:30 |
| 2. Aug. 2015 | 21:00 | 00:30 |
| 2. Aug. 2015 | 21:30 | 00:30 |
| 2. Aug. 2015 | 22:00 | 00:30 |
| 2. Aug. 2015 | 22:30 | 00:30 |
| 2. Aug. 2015 | 23:00 | 00:30 |
| 2. Aug. 2015 | 23:30 | 00:30 |
| 3. Aug. 2015 | 00:00 | 00:30 |
| 3. Aug. 2015 | 00:30 | 00:30 |
| 3. Aug. 2015 | 01:00 | 00:30 |
| 3. Aug. 2015 | 01:30 | 00:30 |
| 3. Aug. 2015 | 02:00 | 00:30 |
| 3. Aug. 2015 | 02:30 | 00:30 |
| 3. Aug. 2015 | 03:00 | 00:30 |
| 3. Aug. 2015 | 03:30 | 00:30 |
| 3. Aug. 2015 | 04:00 | 00:30 |
| 3. Aug. 2015 | 04:30 | 00:30 |
| 3. Aug. 2015 | 05:00 | 00:30 |
| 3. Aug. 2015 | 05:30 | 00:30 |
| 3. Aug. 2015 | 06:00 | 00:30 |
| 3. Aug. 2015 | 06:30 | 00:30 |

| | | |
|---|---|---|
| 3. Aug. 2015 | 07:00 | 00:30 |
| 3. Aug. 2015 | 07:30 | 00:30 |
| 3. Aug. 2015 | 08:00 | 00:30 |
| 3. Aug. 2015 | 08:30 | 00:30 |
| 3. Aug. 2015 | 09:00 | 00:30 |
| 3. Aug. 2015 | 09:30 | 00:30 |
| 3. Aug. 2015 | 10:00 | 00:30 |
| 3. Aug. 2015 | 10:30 | 00:30 |
| 3. Aug. 2015 | 11:00 | 00:30 |
| 3. Aug. 2015 | 11:30 | 00:30 |
| 3. Aug. 2015 | 12:00 | 00:30 |
| 3. Aug. 2015 | 12:30 | 00:30 |
| 3. Aug. 2015 | 13:00 | 00:30 |
| 3. Aug. 2015 | 13:30 | 00:30 |
| 3. Aug. 2015 | 14:00 | 00:30 |
| 3. Aug. 2015 | 14:30 | 00:30 |
| 3. Aug. 2015 | 15:00 | 00:30 |
| 3. Aug. 2015 | 15:30 | 00:30 |
| 3. Aug. 2015 | 16:00 | 00:30 |
| 3. Aug. 2015 | 16:30 | 00:30 |
| 3. Aug. 2015 | 17:00 | 00:30 |
| 3. Aug. 2015 | 17:30 | 00:30 |
| 3. Aug. 2015 | 18:00 | 00:30 |
| 3. Aug. 2015 | 18:30 | 00:30 |
| 3. Aug. 2015 | 19:00 | 00:30 |
| 3. Aug. 2015 | 19:30 | 00:30 |
| 3. Aug. 2015 | 20:00 | 00:30 |
| 3. Aug. 2015 | 20:30 | 00:30 |
| 3. Aug. 2015 | 21:00 | 00:30 |
| 3. Aug. 2015 | 21:30 | 00:30 |
| 3. Aug. 2015 | 22:00 | 00:30 |
| 3. Aug. 2015 | 22:30 | 00:30 |
| 3. Aug. 2015 | 23:00 | 00:30 |
| 3. Aug. 2015 | 23:30 | 00:30 |
| 4. Aug. 2015 | 00:00 | 00:30 |
| 4. Aug. 2015 | 00:30 | 00:30 |
| 4. Aug. 2015 | 01:00 | 00:30 |
| 4. Aug. 2015 | 01:30 | 00:30 |
| 4. Aug. 2015 | 02:00 | 00:30 |
| 4. Aug. 2015 | 02:30 | 00:30 |
| 4. Aug. 2015 | 03:00 | 00:30 |
| 4. Aug. 2015 | 03:30 | 00:30 |
| 4. Aug. 2015 | 04:00 | 00:30 |
| 4. Aug. 2015 | 04:30 | 00:30 |
| 4. Aug. 2015 | 05:00 | 00:30 |
| 4. Aug. 2015 | 05:30 | 00:30 |
| 4. Aug. 2015 | 06:00 | 00:30 |
| 4. Aug. 2015 | 06:30 | 00:30 |
| 4. Aug. 2015 | 07:00 | 00:30 |
| 4. Aug. 2015 | 07:30 | 00:30 |
| 4. Aug. 2015 | 08:00 | 00:30 |
| 4. Aug. 2015 | 08:30 | 00:30 |
| 4. Aug. 2015 | 09:00 | 00:30 |
| 4. Aug. 2015 | 09:30 | 00:30 |
| 4. Aug. 2015 | 10:00 | 00:30 |

Agosto 2015

| | | |
|---|---|---|
| 4. Aug. 2015 | 10:30 | 00:30 |
| 4. Aug. 2015 | 11:00 | 00:30 |
| 4. Aug. 2015 | 11:30 | 00:30 |
| 4. Aug. 2015 | 12:00 | 00:30 |
| 4. Aug. 2015 | 12:30 | 00:30 |
| 4. Aug. 2015 | 13:00 | 00:30 |
| 4. Aug. 2015 | 13:30 | 00:30 |
| 4. Aug. 2015 | 14:00 | 00:30 |
| 4. Aug. 2015 | 14:30 | 00:30 |
| 4. Aug. 2015 | 15:00 | 00:30 |
| 4. Aug. 2015 | 15:30 | 00:30 |
| 4. Aug. 2015 | 16:00 | 00:30 |
| 4. Aug. 2015 | 16:30 | 00:30 |
| 4. Aug. 2015 | 17:00 | 00:30 |
| 4. Aug. 2015 | 17:30 | 00:30 |
| 4. Aug. 2015 | 18:00 | 00:30 |
| 4. Aug. 2015 | 18:30 | 00:30 |
| 4. Aug. 2015 | 19:00 | 00:30 |
| 4. Aug. 2015 | 19:30 | 00:30 |
| 4. Aug. 2015 | 20:00 | 00:30 |
| 4. Aug. 2015 | 20:30 | 00:30 |
| 4. Aug. 2015 | 21:00 | 00:30 |
| 4. Aug. 2015 | 21:30 | 00:30 |
| 4. Aug. 2015 | 22:00 | 00:30 |
| 4. Aug. 2015 | 22:30 | 00:30 |
| 4. Aug. 2015 | 23:00 | 00:30 |
| 4. Aug. 2015 | 23:30 | 00:30 |
| 5. Aug. 2015 | 00:00 | 00:30 |
| 5. Aug. 2015 | 00:30 | 00:30 |
| 5. Aug. 2015 | 01:00 | 00:30 |
| 5. Aug. 2015 | 01:30 | 00:30 |
| 5. Aug. 2015 | 02:00 | 00:30 |
| 5. Aug. 2015 | 02:30 | 00:30 |
| 5. Aug. 2015 | 03:00 | 00:30 |
| 5. Aug. 2015 | 03:30 | 00:30 |
| 5. Aug. 2015 | 04:00 | 00:30 |
| 5. Aug. 2015 | 04:30 | 00:30 |
| 5. Aug. 2015 | 05:00 | 00:30 |
| 5. Aug. 2015 | 05:30 | 00:30 |
| 5. Aug. 2015 | 06:00 | 00:30 |
| 5. Aug. 2015 | 06:30 | 00:30 |
| 5. Aug. 2015 | 07:00 | 00:30 |
| 5. Aug. 2015 | 07:30 | 00:30 |
| 5. Aug. 2015 | 08:00 | 00:30 |
| 5. Aug. 2015 | 08:30 | 00:30 |
| 5. Aug. 2015 | 09:00 | 00:30 |
| 5. Aug. 2015 | 09:30 | 00:30 |
| 5. Aug. 2015 | 10:00 | 00:30 |
| 5. Aug. 2015 | 10:30 | 00:30 |
| 5. Aug. 2015 | 11:00 | 00:30 |
| 5. Aug. 2015 | 11:30 | 00:30 |
| 5. Aug. 2015 | 12:00 | 00:30 |
| 5. Aug. 2015 | 12:30 | 00:30 |
| 5. Aug. 2015 | 13:00 | 00:30 |
| 5. Aug. 2015 | 13:30 | 00:30 |

|           |       |       | T_OUT    | P_OUT  | T_IN    |
|-----------|-------|-------|----------|--------|---------|
| 1. Apr. 2015 | 00:00 | 00:30 | 104.5046 | 0.9810 | 69.1364 |
| 1. Apr. 2015 | 00:30 | 00:30 | 105.0728 | 1.0028 | 68.0000 |
| 1. Apr. 2015 | 01:00 | 00:30 | 105.0728 | 0.9810 | 69.1364 |
| 1. Apr. 2015 | 01:30 | 00:30 | 105.0728 | 1.0028 | 66.2954 |
| 1. Apr. 2015 | 02:00 | 00:30 | 104.5046 | 0.9810 | 68.0000 |
| 1. Apr. 2015 | 02:30 | 00:30 | 104.5046 | 1.0028 | 67.4318 |
| 1. Apr. 2015 | 03:00 | 00:30 | 104.5046 | 1.0028 | 68.5682 |
| 1. Apr. 2015 | 03:30 | 00:30 | 104.5046 | 1.0028 | 66.2954 |
| 1. Apr. 2015 | 04:00 | 00:30 | 105.0728 | 1.0028 | 65.1590 |
| 1. Apr. 2015 | 04:30 | 00:30 | 104.5046 | 1.0028 | 65.1590 |
| 1. Apr. 2015 | 05:00 | 00:30 | 104.5046 | 0.9810 | 69.1364 |
| 1. Apr. 2015 | 05:30 | 00:30 | 105.0728 | 1.0028 | 68.0000 |
| 1. Apr. 2015 | 06:00 | 00:30 | 105.0728 | 0.9810 | 69.1364 |
| 1. Apr. 2015 | 06:30 | 00:30 | 105.0728 | 1.0028 | 66.2954 |
| 1. Apr. 2015 | 07:00 | 00:30 | 104.5046 | 0.9810 | 68.0000 |
| 1. Apr. 2015 | 07:30 | 00:30 | 104.5046 | 1.0028 | 67.4318 |
| 1. Apr. 2015 | 08:00 | 00:30 | 104.5046 | 1.0028 | 68.5682 |
| 1. Apr. 2015 | 08:30 | 00:30 | 104.5046 | 1.0028 | 66.2954 |
| 1. Apr. 2015 | 09:00 | 00:30 | 105.0728 | 1.0028 | 65.1590 |
| 1. Apr. 2015 | 09:30 | 00:30 | 104.5046 | 1.0028 | 65.1590 |
| 1. Apr. 2015 | 10:00 | 00:30 | 104.5046 | 1.0028 | 67.4318 |
| 1. Apr. 2015 | 10:30 | 00:30 | 104.5046 | 0.9810 | 68.0000 |
| 1. Apr. 2015 | 11:00 | 00:30 | 105.0728 | 0.9810 | 67.4318 |
| 1. Apr. 2015 | 11:30 | 00:30 | 104.5046 | 1.0028 | 67.4318 |
| 1. Apr. 2015 | 12:00 | 00:30 | 104.5046 | 1.0028 | 66.2954 |
| 1. Apr. 2015 | 12:30 | 00:30 | 104.5046 | 0.9810 | 66.8636 |
| 1. Apr. 2015 | 13:00 | 00:30 | 104.5046 | 0.9810 | 66.8636 |
| 1. Apr. 2015 | 13:30 | 00:30 | 104.5046 | 0.9810 | 63.4544 |
| 1. Apr. 2015 | 14:00 | 00:30 | 104.5046 | 1.0028 | 64.0226 |
| 1. Apr. 2015 | 14:30 | 00:30 | 104.5046 | 0.9810 | 64.0226 |
| 1. Apr. 2015 | 15:00 | 00:30 | 104.5046 | 1.0028 | 64.5908 |
| 1. Apr. 2015 | 15:30 | 00:30 | 103.9364 | 1.0028 | 64.5908 |
| 1. Apr. 2015 | 16:00 | 00:30 | 104.5046 | 1.0028 | 64.5908 |
| 1. Apr. 2015 | 16:30 | 00:30 | 104.5046 | 1.0028 | 64.5908 |
| 1. Apr. 2015 | 17:00 | 00:30 | 103.9364 | 0.9810 | 64.5908 |
| 1. Apr. 2015 | 17:30 | 00:30 | 104.5046 | 0.9810 | 64.5908 |
| 1. Apr. 2015 | 18:00 | 00:30 | 104.5046 | 0.9810 | 64.5908 |
| 1. Apr. 2015 | 18:30 | 00:30 | 104.5046 | 1.0028 | 65.1590 |
| 1. Apr. 2015 | 19:00 | 00:30 | 103.9364 | 1.0028 | 65.1590 |
| 1. Apr. 2015 | 19:30 | 00:30 | 104.5046 | 0.9810 | 65.1590 |
| 1. Apr. 2015 | 20:00 | 00:30 | 104.5046 | 0.9810 | 65.1590 |
| 1. Apr. 2015 | 20:30 | 00:30 | 104.5046 | 1.0028 | 67.4318 |
| 1. Apr. 2015 | 21:00 | 00:30 | 103.9364 | 1.0028 | 65.7272 |
| 1. Apr. 2015 | 21:30 | 00:30 | 104.5046 | 0.9810 | 65.7272 |
| 1. Apr. 2015 | 22:00 | 00:30 | 104.5046 | 1.0028 | 65.1590 |
| 1. Apr. 2015 | 22:30 | 00:30 | 103.9364 | 1.0028 | 66.8636 |
| 1. Apr. 2015 | 23:00 | 00:30 | 103.9364 | 0.9810 | 65.1590 |
| 1. Apr. 2015 | 23:30 | 00:30 | 103.9364 |        |         |
| 2. Apr. 2015 | 00:00 | 00:30 | 103.9364 |        |         |
| 2. Apr. 2015 | 00:30 | 00:30 | 103.9364 |        |         |
| 2. Apr. 2015 | 01:00 | 00:30 | 103.9364 |        |         |
| 2. Apr. 2015 | 01:30 | 00:30 | 103.9364 |        |         |
| 2. Apr. 2015 | 02:00 | 00:30 | 103.9364 |        |         |
| 2. Apr. 2015 | 02:30 | 00:30 | 103.9364 |        |         |

Aprile 2015



| Date | Time | Interval | Val1 | Val2 | Val3 |
|---|---|---|---|---|---|
| 2. Apr. 2015 | 03:00 | 00:30 | 104.5046 | | |
| 2. Apr. 2015 | 03:30 | 00:30 | 105.0728 | | |
| 2. Apr. 2015 | 04:00 | 00:30 | 105.0728 | | |
| 2. Apr. 2015 | 04:30 | 00:30 | 105.0728 | | |
| 2. Apr. 2015 | 05:00 | 00:30 | 104.5046 | | |
| 2. Apr. 2015 | 05:30 | 00:30 | 104.5046 | | |
| 2. Apr. 2015 | 06:00 | 00:30 | 104.5046 | | |
| 2. Apr. 2015 | 06:30 | 00:30 | 104.5046 | | |
| 2. Apr. 2015 | 07:00 | 00:30 | 105.0728 | | |
| 2. Apr. 2015 | 07:30 | 00:30 | 104.5046 | | |
| 2. Apr. 2015 | 08:00 | 00:30 | 105.0728 | | |
| 2. Apr. 2015 | 08:30 | 00:30 | 105.0728 | | |
| 2. Apr. 2015 | 09:00 | 00:30 | 105.0728 | | |
| 2. Apr. 2015 | 09:30 | 00:30 | 104.5046 | | |
| 2. Apr. 2015 | 10:00 | 00:30 | 104.5046 | | |
| 2. Apr. 2015 | 10:30 | 00:30 | 104.5046 | | |
| 2. Apr. 2015 | 11:00 | 00:30 | 104.5046 | 1.0028 | 66.2954 |
| 2. Apr. 2015 | 11:30 | 00:30 | 105.0728 | 1.0028 | 65.1590 |
| 2. Apr. 2015 | 12:00 | 00:30 | 104.5046 | 1.0028 | 65.1590 |
| 2. Apr. 2015 | 12:30 | 00:30 | 104.5046 | 1.0028 | 67.4318 |
| 2. Apr. 2015 | 13:00 | 00:30 | 105.0728 | 1.0028 | 66.2954 |
| 2. Apr. 2015 | 13:30 | 00:30 | 104.5046 | 0.9810 | 68.0000 |
| 2. Apr. 2015 | 14:00 | 00:30 | 104.5046 | 1.0028 | 67.4318 |
| 2. Apr. 2015 | 14:30 | 00:30 | 104.5046 | 0.9810 | 69.1364 |
| 2. Apr. 2015 | 15:00 | 00:30 | 105.0728 | 1.0028 | 68.0000 |
| 2. Apr. 2015 | 15:30 | 00:30 | 105.0728 | 0.9810 | 69.1364 |
| 2. Apr. 2015 | 16:00 | 00:30 | 105.0728 | 1.0028 | 66.2954 |
| 2. Apr. 2015 | 16:30 | 00:30 | 104.5046 | 0.9810 | 68.0000 |
| 2. Apr. 2015 | 17:00 | 00:30 | 104.5046 | 1.0028 | 67.4318 |
| 2. Apr. 2015 | 17:30 | 00:30 | 104.5046 | 1.0028 | 68.5682 |
| 2. Apr. 2015 | 18:00 | 00:30 | 104.5046 | 1.0028 | 66.2954 |
| 2. Apr. 2015 | 18:30 | 00:30 | 105.0728 | 1.0028 | 65.1590 |
| 2. Apr. 2015 | 19:00 | 00:30 | 104.5046 | 1.0028 | 65.1590 |
| 2. Apr. 2015 | 19:30 | 00:30 | 104.5046 | 1.0028 | 67.4318 |
| 2. Apr. 2015 | 20:00 | 00:30 | 104.5046 | 0.9810 | 68.0000 |
| 2. Apr. 2015 | 20:30 | 00:30 | 104.5046 | 1.0028 | 67.4318 |
| 2. Apr. 2015 | 21:00 | 00:30 | 104.5046 | 1.0028 | 68.5682 |
| 2. Apr. 2015 | 21:30 | 00:30 | 104.5046 | 1.0028 | 66.2954 |
| 2. Apr. 2015 | 22:00 | 00:30 | 105.0728 | 1.0028 | 65.1590 |
| 2. Apr. 2015 | 22:30 | 00:30 | 104.5046 | 1.0028 | 65.1590 |
| 2. Apr. 2015 | 23:00 | 00:30 | 104.5046 | 1.0028 | 67.4318 |
| 2. Apr. 2015 | 23:30 | 00:30 | 104.5046 | 1.0028 | 68.5682 |
| 3. Apr. 2015 | 00:00 | 00:30 | 104.5046 | 0.9810 | 68.0000 |
| 3. Apr. 2015 | 00:30 | 00:30 | 105.0728 | 0.9810 | 67.4318 |
| 3. Apr. 2015 | 01:00 | 00:30 | 104.5046 | 1.0028 | 67.4318 |
| 3. Apr. 2015 | 01:30 | 00:30 | 104.5046 | 1.0028 | 66.2954 |
| 3. Apr. 2015 | 02:00 | 00:30 | 104.5046 | 0.9810 | 66.8636 |
| 3. Apr. 2015 | 02:30 | 00:30 | 104.5046 | 0.9810 | 66.8636 |
| 3. Apr. 2015 | 03:00 | 00:30 | 104.5046 | 0.9810 | 63.4544 |
| 3. Apr. 2015 | 03:30 | 00:30 | 104.5046 | 1.0028 | 64.0226 |
| 3. Apr. 2015 | 04:00 | 00:30 | 104.5046 | 0.9810 | 64.0226 |
| 3. Apr. 2015 | 04:30 | 00:30 | 104.5046 | 1.0028 | 64.5908 |
| 3. Apr. 2015 | 05:00 | 00:30 | 103.9364 | 1.0028 | 64.5908 |
| 3. Apr. 2015 | 05:30 | 00:30 | 104.5046 | 1.0028 | 64.5908 |
| 3. Apr. 2015 | 06:00 | 00:30 | 104.5046 | 1.0028 | 64.5908 |

Aprile 2015

