# Exhibit 70


Ecat final documentation
M.Eng. Fulvio Fabiani
to:
JT Vaughn
02/23/2016 10:28 AM
Cc:
tdarden
Hide Details
From: "M.Eng. Fulvio Fabiani" <fulvio.fabiani@mail.com>
To: "JT Vaughn" <jvaughn@industrialheat.co>
Cc: tdarden <tdarden@industrialheat.co>
History: This message has been forwarded.

Dear JT (and Dear Tom who reads us in copy),
finally after a year of stress I have slept a full weekend (YEAAAAAHHHH)

I wanted to let you know the schedule of how to proceed for the next days.

First step: Condensation of digital data for not distracting precise analysis.
At the end I will send you a excel file with all electrical and thermal data of the system throughout the period test.
This step will keep me busy until approximately the first week of March 2016.

Then I will work on my official report to bring to light all the flaws and functional deficiencies of the system in order to have sufficient information to replicate a system with lower costs and with greater reliability.

In that report, the plant stop periods (total or partial) will be also mentioned and the reasons therefor.

This phase will use my time to the end of March 2016.

At the same time I believe it is appropriate to clarify if you are interested in the continuation of our counseling relationship maybe exchanging a draft of a contract renewal.

I am convinced that we will be able to find a point of mutual interest and useful to meet together the future development of the project.

Best regards.
M.Eng. Fulvio Fabiani
+1(919)812-7863

 Fw: Re: February 2016 invoice
M.Eng. Fulvio Fabiani
to:
JT Vaughn, tdarden
04/06/2016 01:30 PM
Cc:
"Wendy Carter Industrial Heat NC"
Hide Details
From: "M.Eng. Fulvio Fabiani" <fulvio.fabiani@mail.com>
To: "JT Vaughn" <jvaughn@industrialheat.co>, tdarden <tdarden@industrialheat.co>
Cc: "Wendy Carter Industrial Heat NC" <wcarter@industrialheat.co>

2 Attachments

 

Industrial Heat - TCA with USQL 2016 april 2016.odt    USQL 03 2016 - March Invoice to IH.pdf

Hello JT (and TOM),

thanks for your permission via sms.

I prepare the raw data for the official delivery as soon as possible.

After the certified delivery of RAW DATA, I will format all the digital media eliminating any sensitive technical information concerning our business relationship as stipulated in the contract expired April 1, 2016.

Attached to this email, copy of the March 2016 invoice relating to the contract mentioned above, I ask the favor of authorizing the payment as soon as possible.

I also attach my proposal to renew the contract that I would be happy to discuss with you and/or Tom.

Have a nice day.

Fulvio Fabiani
C.E.O. of USQL LLC
+1(919)8127863



Fulvio Fabiani   to: jvaughn                                     04/14/2016 08:34 PM

Cc: tdarden

Dear JT (and Tom in CC),

I am collecting the raw data you requested me and I will provide asap to send them to you.

In the meantime, please be informed that my invoice in March has not been processed and I did not receive any payment.

As per your proposal to talk sometime about the prolongement of the Agreement between the two of us and to continue on a monthly basis, I am not fully convinced that I would be able to perform my job in the best way I can do - which is the only way I can work.

Therefore, I would kindly ask you to consider the possibility to agree a time limited agreement that would make me comfortable in performing my activities in the interest of your company.

Thank you. Best regards,

Fulvio Fabiani
C.E.O. of USQL LLC


Check in hand
Joseph Murray
to:
Fulvio Fabiani, Fulvio Fabiani
04/26/2016 11:53 AM
Hide Details
From: Joseph Murray <jmurray@industrialheat.co>
To: Fulvio Fabiani <fulviofabiani@mail.com>, Fulvio Fabiani <fulvio.fabiani@mail.com>

Fulvio,

I understand from Barry that you are in Canada. I have your check in hand for delivery. I am more than happy to meet you somewhere and give you the check and you can give me the final report and the IH raw data. Just to make sure we are sync'ed up: You committed to delivering a final report from your efforts at the plan at the end of March-2016. You made that commitment when we met we met in March. In addition you said you would provide us with the raw data that belongs to IH. Furthermore, you indicated that you had measurements from the flow meter that you had taken from time to time.

Several weeks ago you agreed to give me the final report and the raw data once JT or Tom approved. We both received approval from JT.

I would like to give you this check as soon as possible. I am happy to fly to Miami to give you the check and to catch up on outstanding issues.

Note that it is unnecessary to use Barry as a go between. I have sent you text messages and emails. Feel free to reply.

Please advise.

Joe.

--
Joe Murray
Industrial Heat
p: 919.670.2771
e: jmurray@industrialheat.co

This communication and any attachments may contain confidential information. All unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify infosecurity@industrialheat.co immediately and destroy all copies of this communication. Thank you.


Status update
Joseph Murray
to:
Fulvio Fabiani, Fulvio Fabiani
05/16/2016 04:29 PM
Hide Details
From: Joseph Murray <jmurray@industrialheat.co>
To: Fulvio Fabiani <fulviofabiani@mail.com>, Fulvio Fabiani <fulvio.fabiani@mail.com>

Fulvio:

I still have the check made out to US Quantum Leap. If you have the raw data and your final report, I am happy to meet with you somewhere to exchange the check for the data and final report. Or if you would prefer, you can send me the data and final report, and I will that same day FedEx to you the check at whatever address you provide. But I need the data and final report in order to release the check.

Thanks,

Joe .

--
Joe Murray
Industrial Heat
p: 919.670.2771
e: jmurray@industrialheat.co

This communication and any attachments may contain confidential information. All unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify infosecurity@industrialheat.co immediately and destroy all copies of this communication. Thank you.