# Exhibit 71

| | |
|---|---|
| **From:** | Joseph Murray <jmurray@industrialheat.co> |
| **Sent:** | Friday, April 01, 2016 12:51 PM |
| **To:** | fulvio.fabiani@mail.com |
| **Subject:** | Re: Follow Up |

Fulvio,

I hope this message finds you well. A few weeks back I requested a copy of the original raw data as well as the unofficial data you recorded that included the flow meter logs. JT indicated that you were in Canada but would get back with me. Could you please pass along that information.

In addition I think your final report was to be completed by 3/31/16. Can you send that along with all of the supporting data?

Thanks and hope all is well.

B/R,

Joe.


On Tue, Mar 22, 2016 at 5:52 PM, Joseph Murray <jmurray@industrialheat.co> wrote:
Fulvio,

I hope this message finds you well. I have gone through the data that you provided and it was very helpful. I think it clarifies many things that were ambiguous with the other data sets that we were provided by Penon.

Did you have any success in finding the other log data that you were going to look for on the other computer? We were interested in your informal measurements from the flow meter.

Also, is it possible for you to send me a raw data files with the data sampled at the raw rate? This would be most helpful.

Best regards,

Joe.

--
Joe Murray
Industrial Heat
p: 919.670.2771
e: jmurray@industrialheat.co

1

CONFIDENTIAL                                                                                                    IH-00011081

--
Joe Murray
Industrial Heat
p: 919.670.2771
c: jmurray@industrialhcat.co

CONFIDENTIAL                                                                                                               IH-00011082