# Composite Exhibit 72

**From:** Joseph Murray <jmurray@industrialheat.co>
**Sent:** Monday, May 16, 2016 4:29 PM
**To:** Fulvio Fabiani; Fulvio Fabiani
**Subject:** Status update

Fulvio:

I still have the check made out to US Quantum Leap. If you have the raw data and your final report, I am happy to meet with you somewhere to exchange the check for the data and final report. Or if you would prefer, you can send me the data and final report, and I will that same day FedEx to you the check at whatever address you provide. But I need the data and final report in order to release the check.

Thanks,

Joe

--
Joe Murray
Industrial Heat
p: 919.670.2771
e: jmurray@industrialheat.co



1

CONFIDENTIAL                                                                                                    IH-00011073

| | |
|---|---|
| **From:** | Joseph Murray <jmurray@industrialheat.co> |
| **Sent:** | Tuesday, April 26, 2016 11:54 AM |
| **To:** | Fulvio Fabiani; Fulvio Fabiani |
| **Subject:** | Check in hand |

Fulvio,

I understand from Barry that you are in Canada. I have your check in hand for delivery. I am more than happy to meet you somewhere and give you the check and you can give me the final report and the IH raw data. Just to make sure we are sync'ed up: You committed to delivering a final report from your efforts at the plan at the end of March-2016. You made that commitment when we met we met in March. In addition you said you would provide us with the raw data that belongs to IH. Furthermore, you indicated that you had measurements from the flow meter that you had taken from time to time.

Several weeks ago you agreed to give me the final report and the raw data once JT or Tom approved. We both received approval from JT.

I would like to give you this check as soon as possible. I am happy to fly to Miami to give you the check and to catch up on outstanding issues.

Note that it is unnecessary to use Barry as a go between. I have sent you text messages and emails. Feel free to reply.

Please advise.

Joe.

--
Joe Murray
Industrial Heat
p: 919.670.2771
e: jmurray@industrialheat.co

CONFIDENTIAL                                                                 IH-00011074