# Exhibit 73

**From:** Fulvio Fabiani <fulviofabiani@mail.com>
**Sent:** Monday, April 25, 2016 1:01 PM
**To:** Joseph Murray
**Subject:** Re: Follow Up

sorry Joe,

but I am very upset about the behavior of both parties.

Rossi is very disappointed with me because he thinks that I'm an IH spy and IH did not pay the last invoice to me, taking me around saying (words of JT) that the check has been shipped (over 20 days ago).

These two behaviors are really bad and not reflecting the honesty with which I worked for Rossi and IH.

My data are frozen inside a certificated server,

and I will not make any use of such information except for defence myself from Rossi and IH accusations against me.

Anyway I'm ready for a beer with you, because you are the only one in my same situation (between the hammer & anvil), txt me.

Now back to my search for new customers.

Have a good day.

Fulvio


**Sent:** Wednesday, April 20, 2016 at 11:42 AM
**From:** "Joseph Murray" <jmurray@industrialheat.co>
**To:** "Fulvio Fabiani" <fulviofabiani@mail.com>, "JT Vaughn" <jvaughn@industrialheat.co>
**Subject:** Re: Follow Up

Fulvio,

Any updates on the raw data and the final report. We are approaching a month past due. Should we talk today? Should we arrange a face to face meeting to sort this out?

Thanks,

Joe.

On Thursday, April 14, 2016, Joseph Murray <jmurray@industrialheat.co> wrote:
Fulvio,

I still have not received the final report and raw data - that you indicated would be sent at the end of March, and then again more that a week ago. I wanted to make sure you did not have any issues preparing the files for transmission.

1

CONFIDENTIAL


EXHIBIT 4
2-17-17

IH-00087145

Please advise.

B/R,

Joe.

On Thu, Apr 7, 2016 at 3:39 PM, Joseph Murray <jmurray@industrialheat.co> wrote:
Fulvio,

Any updates on the report and raw data?

Thanks,

Joe.

On Wed, Apr 6, 2016 at 2:10 PM, Joseph Murray <jmurray@industrialheat.co> wrote:
Fulvio,

Great I am looking forward to the raw data files. I could really use the unofficial flow meter records when you find them. Also, please send a copy of your full report.

Best regards,

Joe.


On Wed, Apr 6, 2016 at 1:43 PM, Fulvio Fabiani <fulviofabiani@mail.com> wrote:
Hello Joseph,

I received the written consent from JT to transmit to you the RAW DATA of entire year (thermal and electrical) of which you has already received from me the xls summary for the analyzes.

Just be ready to certified transmission, I will look to send it to you.

About the unofficial data of flowmeter, Im sorry to announce that, until now, I did not find my notes about that instrument.

If I had to find this data, I will warn promptly.

Have nice day.

M.Eng. Fulvio Fabiani
C.E.O. if USQL LLC
+1(919)8127863


**Sent:** Tuesday, April 05, 2016 at 9:21 PM
**From:** "Fulvio Fabiani" <fulvio.fabiani@mail.com>
**To:** "Joseph Murray" <jmurray@industrialheat.co>
**Subject:** Re: Follow Up

Hello Joseph,

For continue some discussion about my work for IH i need writed autorization from Tom or JT.

Have nice day.

Fulvio

Sent using the mail.com mail app

On 4/1/16 at 12:51, Joseph Murray wrote:

2

CONFIDENTIAL                                                                                                       IH-00087146

```
> Fulvio,
>
> I hope this message finds you well. A few weeks back I requested a copy of
> the original raw data as well as the unofficial data you recorded that
> included the flow meter logs. JT indicated that you were in Canada but
> would get back with me. Could you please pass along that information.
>
> In addition I think your final report was to be completed by 3/31/16. Can
> you send that along with all of the supporting data?
>
> Thanks and hope all is well.
>
> B/R,
>
> Joe.
>
>
> On Tue, Mar 22, 2016 at 5:52 PM, Joseph Murray <jmurray@industrialheat.co>
> wrote:
>
> > Fulvio,
> >
> > I hope this message finds you well. I have gone through the data that you
> > provided and it was very helpful. I think it clarifies many things that
> > were ambiguous with the other data sets that we were provided by Penon.
> >
> > Did you have any success in finding the other log data that you were going
> > to look for on the other computer? We were interested in your informal
> > measurements from the flow meter.
> >
> > Also, is it possible for you to send me a raw data files with the data
> > sampled at the raw rate? This would be most helpful.
> >
> > Best regards,
> >
> > Joe.
> >
> > --
> > Joe Murray
> > Industrial Heat
> > p: 919.670.2771
> > e: jmurray@industrialheat.co
> >
>
>
>
> --
> Joe Murray
> Industrial Heat
> p: 919.670.2771
> e: jmurray@industrialheat.co


--
Joe Murray
Industrial Heat
p: 919.670.2771
e: jmurray@industrialheat.co


--
Joe Murray
Industrial Heat
p: 919.670.2771
```

3

CONFIDENTIAL

IH-00087147

e: jmurray@industrialheat.co

--
Joe Murray
Industrial Heat
p: 919.670.2771
e: jmurray@industrialheat.co

--
Joe Murray
Industrial Heat
p: 919.670.2771
e: jmurray@industrialheat.co

4

CONFIDENTIAL

IH-00087148