# Exhibit 75

# State of New Hampshire
# Department of State

CERTIFICATE

I, William M. Gardner, Secretary of State of the State of New Hampshire, do hereby certify that LEONARDO CORPORATION is a New Hampshire Profit Corporation registered to transact business in New Hampshire on April 22, 1997. I further certify that all fees and documents required by the Secretary of State's office have been received and is in good standing as far as this office is concerned.

Business ID: **270587**



IN TESTIMONY WHEREOF,
I hereto set my hand and cause to be affixed
the Seal of the State of New Hampshire,
this 21st day of March A.D. 2017.

William M. Gardner
Secretary of State