| | |
|---|---|
| **From:** | JT Vaughn <jvaughn@industrialheat.co> |
| **Sent:** | Tuesday, March 17, 2015 8:12 AM |
| **To:** | Andrea Rossi |
| **Cc:** | Tom Darden; John Mazzarino; Joe Pike; Daniel Pike; T Barker Dameron |
| **Subject:** | Re: Paper Cook Rossi |

Thanks, Andrea. Look forward to reading.

Best,
JT

On Mon, Mar 16, 2015 at 9:17 PM, Andrea Rossi <ar.123@mail.com> wrote:
Sorry, I discovered right now, for a last reading before the go, that there is a typo: at pag. 5,6,7 is repeatedly written ^15Ni^8 instead of ^15N^8
( the atom with 15 nucleons and 8 neutrons is Nitrogen, not Nickel). A typo due also to the fact that I write during the night...
Warmest Regards,
Andrea


Dear All:
Please find attached the final version, peer reviewed, of the paper Cook Rossi.
As you can see, I have changed, per your request, my reference into "Leonardo Corp" instead of "Industroial Heat".
The text has been corrected. It will be published on Journal of Physics ( so prof. Cook told me).
You can use this paper with your investors, provided under NDA until it will be published.
Warmest Regards,
Andrea, obviously from inside the plant, that is going well as usual.
Let's pray God it continues like this.




--
JT Vaughn
Industrial Heat
jvaughn@industrialheat.co

THIS ELECTRONIC TRANSMISSION IS DIRECTED TO ITS INTENDED RECIPIENT ONLY AND MAY CONTAIN INFORMATION THAT IS PROPRIETARY AND CONFIDENTIAL.  If you are not the intended recipient, you are hereby notified that any use, disclosure, distribution or copying of this communication or any attachment is strictly prohibited.  If you have received this electronic transmission in error, please delete it from your system without copying it, and notify the sender immediately by reply e-mail or by calling 919.743.5724. Thank you.

CONFIDENTIAL

IH-00018838