| | |
|---|---|
| **From:** | tfdarden@yahoo.com |
| **Sent:** | Monday, February 09, 2015 12:00 AM |
| **To:** | Daniel Pike |
| **Subject:** | Re: Theoretical paper |

I've just read the presentation and the abstract and they appear to be safe; our IP attys and we will be reading the paper tomorrow. Thanks.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Daniel Pike
**Sent:** Sunday, February 8, 2015 11:36 PM
**To:** tfdarden@yahoo.com
**Subject:** Re: Theoretical paper

Roger. Let me know when. I think this will be a helpful one to send along when u think it's ok.

Sent from my iPhone

On Feb 9, 2015, at 9:36 AM, tfdarden@yahoo.com wrote:

Pls hold off until we get a chance to digest it. Thanks for asking! We go to see the plant with WIF person, Paul Lamacraft, Tuesday.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Daniel Pike
**Sent:** Sunday, February 8, 2015 8:30 PM
**To:** Thomas F. Darden II
**Subject:** Re: Theoretical paper

Tom,
Can I send this to Mia to forward to her contacts here, or would you like me to hold off?

Sent from my iPhone

On Feb 9, 2015, at 7:40 AM, Andrea Rossi <ar.123@mail.com> wrote:

Dear All:
Please find attached in three blocks the theoretical paper that I am going to publish with Prof. Norman Cook.
Since I think this paper can be very useful for your Investors, I referenced to myself as Induatrial heat chief scientist.
This is a strictly theoretical work, nothing technological is in it, but for safety I have made of all of it a provisional patent.
Norman Cook is considered one of the most prominent scientists in nuclear science in the world.
Warmest Regards,
Andrea

1

CONFIDENTIAL                                                                                                                IH-00089665

<COOK-ROSSI(30Jan2015) FEBRUARY 1 2015.doc>
<CookRossi(4Feb2015).pdf>
<COOK ROSSI DRAFT ICCF.doc>

CONFIDENTIAL    IH-00089666