| | |
|---|---|
| **From:** | Tom Darden <tdarden@industrialheat.co> |
| **Sent:** | Friday, April 10, 2015 9:16 AM |
| **To:** | Andrea Rossi |
| **Subject:** | Re: "张健重庆"和"Mia Xie"的聊天记录 |

This is very exciting to think about. Now about 1.5 billion more people can read your paper. What a great world it is!

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Andrea Rossi
**Sent:** Friday, April 10, 2015 7:57 AM
**To:** Daniel Pike; Joe Pike; Tom Darden; JT Vaughn; John Mazzarino
**Subject:** Re: Fwd: "张健重庆"和"Mia Xie"的聊天记录

Fantastic!
Tell to your Chinese Friends that I am honoured of this!
Warmest Regards,
Andrea

> **Sent:** Friday, April 10, 2015 at 10:14 AM
> **From:** "Daniel Pike" <daniel@pike.co>
> **To:** "Thomas F. Darden II" <tfdarden@yahoo.com>, "Andrea Rossi" <ar.123@mail.com>, "JT Vaughn" <jvaughn@industrialheat.co>
> **Subject:** Fwd: "张健重庆"和"Mia Xie"的聊天记录
>
> For your records. The Rossi cook paper translated into Chinese.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> **From:** "博雅" <110242002@qq.com>
> **Date:** April 10, 2015 at 4:03:00 PM GMT+8
> **To:** "Daniel" <daniel@danielpike.com>, "xieboya" <xieboya@gmail.com>
> **Subject:** "张健重庆"和"Mia Xie"的聊天记录
>
> Dear:
>
> "张健重庆"和"Mia Xie"的聊天记录如下:
>
> 2015-4-10
>
> 张健重庆 **15:59**
> 用核机理解释E-CAT放热反应翻译.doc（可在附件中查看）

1

CONFIDENTIAL                                                                 IH-00007010

CONFIDENTIAL

IH-00007011