| | |
|---|---|
| **From:** | Andrea Rossi <ar.123@mail.com> |
| **Sent:** | Wednesday, July 30, 2014 7:30 PM |
| **To:** | JT Vaughn |
| **Subject:** | Fw: Fwd: Re: Andrea Rossi |

**Sent:** Wednesday, July 30, 2014 at 10:30 PM
**From:** "Andrea Rossi" <ar.123@mail.com>
**To:** tdarden@industrialheat.com
**Subject:** Fwd: Re: Andrea Rossi

Sent using the free mail.com iPhone App

Forwarded email

> From: "Andrea Rossi" <ar.123@mail.com>
> Date: July 30, 2014 at 4:29 PM
> To: "Andrea Rossi" <ar.123@mail.com>
> Subject: Re: Andrea Rossi
>
> Correction:
>
> the fact that my attorney is also their ceo is a guarantee for us
>
>
>
> Sent using the free mail.com iPhone App
>
>
>
> On 7/30/14 at 4:25 PM, Andrea Rossi wrote:
>
>
>
> > Dear Tom
>
> >
>
> > The Customer is JMC Chemicals which is a new company as IH was. There are no laws in the USA that forbid to a new company to make a contract like that.
>
> >
>
> > The fact that their attorney is also their CEO is also a good thing for us.
>
> >
>
> > It has been a proposal of me.
>
> >
>
> > It will mot be a problem to propose a change before to make public the Customer if necessary.
>
> >

CONFIDENTIAL                                                                                      IH-00011867

```
>
> > Andrea
>
> >
>
> >
>
> >
>
> > Sent using the free mail.com iPhone App
>
> >
>
> >
>
> >
>
> > On 7/30/14 at 3:30 PM, Tom Darden wrote:
>
> >
>
> >
>
> >
> > > Great, we will see you then. We are doing some legal analysis--there may be some legal requirements under new US laws that will force us to know more details about our customer, so we may need some more disclosure.   We are studying this and should know by next week. We were surprised to see your lawyer in the role of customer, instead of someone from JM, so this has required some added analysis.  But we are moving to figure it out.
>
> >
>
> > >
>
> >
>
> > >
>
> >
>
> > >
>
> >
>
> > > Tom Darden
>
> >
>
> >
>
> > >
>
> >
>
> > > 919 522 4095 m
>
> >
>
> >
>
> > >
>
> >
>
> > >
>
> >
```

CONFIDENTIAL                                                                                          IH-00011868

```
>
> > >
>
> >
>
> > > From: Andrea Rossi
>
> >
>
> > >
>
> >
>
> > > Sent: Wednesday, July 30, 2014 2:00 PM
>
> >
>
> > >
>
> >
>
> > > To: Tom Darden; JT Vaughn
>
> >
>
> > >
>
> >
>
> > > Subject: Andrea Rossi
>
> >
>
> > >
>
> >
>
> > >
>
> >
>
> > >
>
> >
>
> > >
>
> >
>
> > > Dear Tom, JT:
>
> >
>
> > >
>
> >
>
> > > Next Tuesday I will be in Raleigh in the factory.
>
> >
```

3

```
>
> > >
>
> >
>
> > > It is not necessary for you to email the agreement with JMC, just sign it in the version corrected by your
attorney and I will sign it too on Tuesday, then I will bring the originals to Johnson on Wednesday and will mail it
to you signed by him the same day by fast mail.
>
> >
>
> > >
>
> >
>
> > > I talked this morning with London: if the plant will go well for 3-4 month they will make the outing.
>
> >
>
> > >
>
> >
>
> > > If opportuine and necessary for us.
>
> >
>
> > >
>
> >
>
> > > God bless you,
>
> >
>
> > >
>
> >
>
> > > Andrea
```

CONFIDENTIAL                                                                                                                                    IH-00011870