| | |
|---|---|
| **From:** | Tom Darden <tdarden@industrialheat.co> |
| **Sent:** | Monday, March 23, 2015 12:31 PM |
| **To:** | Joe Pike |
| **Cc:** | Daniel Pike |
| **Subject:** | Re: Introduction |

My comments are just nuances. We definitely are producing steam for a customer. My lack of clarity is just around 1) precisely how much--we cannot definitively represent this yet; and 2) what is the nature of the customer.  But these are picky nuances, not related to the core issue.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Joe Pike
**Sent:** Monday, March 23, 2015 10:03 AM
**To:** Tom Darden
**Cc:** Daniel Pike
**Subject:** Re: Introduction

I assume you are saying you don't want to call this a commercial system putting out one megawatt.
That being said, I think it would be a big mistake to start equivocating about this not being a commercial beta site producing 1 mega watt of energy when the Chinese guy comes this week.  Let's discuss this with Daniel.  I think we stand to do much more damage if we start inferring doubt that we are producing power for a customer.


*Joseph D. Pike CEO*
*EvoMed Holdings LLC*
8910 University Center Lane
Suite 120
San Diego, CA 92122
PH: 858-550-1900 ext 103 | FX: 858-550-0119
Mobile:  858-705-2500

e-mail: jpike@evofem.com

**From:** Tom Darden <tdarden@industrialheat.co>
**Date:** Monday, March 23, 2015 at 9:54 AM
**To:** Joe Pike <jpike@evofem.com>
**Subject:** Re: Introduction

I think it was fine.   I'm torn about calling it a commercial customer (or about representing the output at this time--we only have Rossi's word so far).   But broadly thought was good.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Joe Pike
**Sent:** Monday, March 23, 2015 9:50 AM
**To:** Tom Darden
**Subject:** Re: Introduction

1

CONFIDENTIAL                                                                                                                               IH-00080561

Tom,
I hope what I sent was ok. I had asked you how to mention the system in Florida, and you said to call it a Beta site.

*Joseph D. Pike CEO*
*EvoMed Holdings LLC*
8910 University Center Lane
Suite 120
San Diego, CA 92122
PH: 858-550-1900 ext 103 | FX: 858-550-0119
Mobile: 858-705-2500

e-mail: jpike@evofem.com

---

**From:** Tom Darden <tdarden@industrialheat.co>
**Date:** Monday, March 23, 2015 at 1:16 AM
**To:** "Hong, Yoomin" <yoomin.hong@gs.com>
**Cc:** Joe Pike <jpike@evofem.com>, "Montazeri, Q" <q.montazeri@gs.com>, "Buddin, Chris" <chris.buddin@gs.com>
**Subject:** Re: Introduction

Hi, Yoomin, I actually am in SF for YPO/WPO meetings this week. Unfortunately I am pretty booked up. I will try to give you a call to discuss this. Do you have any preferred times on Monday, Tuesday or Wednesday? Thanks.

On Monday, March 16, 2015, Hong, Yoomin <yoomin.hong@gs.com> wrote:

Q – thanks again for the introduction.

Joe – it's great to meet you via email, and thank you for sharing the latest developments at Industrial Heat and the report. What you and your team have accomplished to date including the performance of the E-CAT reactor is truly impressive.

We would love to learn more about the technology and stayed tuned for ongoing progress at IH. We would be glad to set up an introductory call or meeting when appropriate. Please advise when would be good for your team.

Best regards,

Yoomin

---

**Goldman, Sachs & Co.**
555 California Street | San Francisco, CA 94104
Tel: 415-249-7007 | Fax: 415-249-7400
Email: yoomin.hong@gs.com

**Yoomin Hong**

CONFIDENTIAL                                                                                                         IH-00080562

Vice President

Investment Banking Division

---

**From:** Joe Pike [mailto:jpike@evofem.com]
**Sent:** Saturday, March 14, 2015 12:39 AM
**To:** Montazeri, Q [IBD]; Buddin, Chris [IBD]; Hong, Yoomin [IBD]
**Cc:** Tom Darden
**Subject:** Introduction

Thanks for the introduction. I enjoyed meeting you and Chuck last week at Evofem.

Chris and Yoomin, we spoke with someone at Goldman—it was just an introductory conversation—about a year ago after my business partner, Tom Darden, and I created a company, Industrial Heat, through which we acquired the rights to the LENR (*Low Energy Nuclear Reaction*) technology of Italian physicist Andrea Rossi. Subsequently, the Swedish Royal Academy of Science sponsored a study of one of the reactors we built in our facility in Raleigh, North Carolina. The study was conducted by six independent physicists, including four who are from the university department that awards the Nobel Prize for Physics.

The professors ran the reactor for 32 days. It was charged with one gram of fuel, and over the 32 day period, it operated at between 1260 and 1400 degrees Celsius, producing 1.5 MWh of net energy.

On October 8th, the Royal Academy released the report on Sofferkoll, a Scandinavian web site:

http://www.sifferkoll.se/sifferkoll/wp-content/uploads/2014/10/LuganoReportSubmit.pdf

While the report is very technical, page 30 is the summary page where it says the results were unequivocal and these results could not have happened without a nuclear reaction within the cylinder.

Since then we have installed our first Beta commercial device which is producing 1 megawatt of power for a customer in Florida.

CONFIDENTIAL  IH-00080563

We are fully capitalized, and will need no additional investors until we decide to float the company's shares sometime in the future. However, at some point in the near future we will begin working to identify and establish an investment banking relationship to engage Global 500 companies interested in partnering with IH to license and further develop its technology.

As things proceed, we would be pleased to share further information about our progress should you be interested.

Sincerely,

*Joseph D. Pike* CEO

*EvoMed Holdings LLC*

3910 University Center Lane

Suite 120

San Diego, CA 92122

PH: 858-550-1900 ext 103 | FX: 858-550-0119

Mobile: 858-705-2500

e-mail: jpike@evofem.com

---

**From:** <Montazeri>, Q <q.montazeri@gs.com>
**Date:** Tuesday, March 10, 2015 at 3:17 PM
**To:** Joe Pike <jpike@evofem.com>, "Buddin, Chris" <chris.buddin@gs.com>, "Hong, Yoomin" <yoomin.hong@gs.com>
**Subject:** Introduction

Joe, Chris and Yoomin:

Please allow me to introduce by way of email.

CONFIDENTIAL                                                                                      IH-00080564

<u>Joe</u>, please meet my colleagues Chris Buddin and Yoomin Hong. Chris and Yoomin are investment bankers from the Goldman Sachs Clean Technology & Renewables group and are located in San Francisco.

<u>Chris and Yoomin</u>, as discussed, Joe is a lead investor in Industrial Heat.

I trust you will take it from here and arrange a meeting.

All the best,

Q.

+++++

**Joe's Contact Information:**

*Joseph D. Pike* | CEO

Evomed | 8910 University Center Lane | Suite 120 | San Diego, CA 92122

PH: 858-550-1900 ext 103 | FX: 858-550-0119

Mobile: 858-705-2500

e-mail: <u>jpike@evofem.com</u>

**Chris and Yoomin's Contact Information:**

Chris Buddin

Managing Director

415-249-7245

Yoomin Hong

CONFIDENTIAL                                                                                                   IH-00080565

Vice President

415-249-7007


+++++


---

Goldman, Sachs & Co.

2121 Avenue of the Stars | 26th Floor | Los Angeles, CA 90067

Tel:  310-407-5920 | Fax: 212-902-3000

E-mail:  q.montazeri@gs.com


Q. Montazeri

Vice President

Investment Banking Division

---

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unintended recipients are prohibited from taking action on the basis of information in this e-mail.
E-mail messages may contain computer viruses or other defects, may not be accurately replicated on other systems, or may be intercepted, deleted or interfered with without the knowledge of the sender or the intended recipient. If you are not comfortable with the risks associated with e-mail messages, you may decide not to use e-mail to communicate with Goldman Sachs.
Goldman Sachs reserves the right, to the extent and under circumstances permitted by applicable law, to retain, monitor and intercept e-mail messages to and from its systems. See the http://www.gs.com/disclaimer/afg/ for important information regarding this message and your reliance on information contained in it.

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unintended recipients are prohibited from taking action on the basis of information in this e-mail.

CONFIDENTIAL                                                                                                                       IH-00080566

E-mail messages may contain computer viruses or other defects, may not be accurately replicated on other systems, or may be intercepted, deleted or interfered with without the knowledge of the sender or the intended recipient. If you are not comfortable with the risks associated with e-mail messages, you may decide not to use e-mail to communicate with Goldman Sachs.

Goldman Sachs reserves the right, to the extent and under circumstances permitted by applicable law, to retain, monitor and intercept e-mail messages to and from its systems. See the http://www.gs.com/disclaimer/afg/ for important information regarding this message and your reliance on information contained in it.

--
Tom Darden
Industrial Heat
919 522 4095
tdarden@industrialheat.co

CONFIDENTIAL          IH-00080567