# EXHIBIT 7

HIGHLY CONFIDENTIAL PORTIONS-ATTORNEYS' EYES ONLY

Page 1

```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
                  MIAMI DIVISION
           CASE NO. 1:16-cv-21199-CMA

ANDREA ROSSI, et al.,

              Plaintiffs,

     v.

THOMAS DARDEN, et al.,

              Defendants.
- - - - - - - - - - - - - - - - - - - -x
INDUSTRIAL HEAT, LLC, et al.,

              Counter-Plaintiffs,

     v.

ANDREA ROSSI, et al.,

              Counter-Defendants.

     and

J.M. PRODUCTS, et al.,

              Third-Party Defendants.
- - - - - - - - - - - - - - - - - - - -x
                    600 Brickell Avenue, Suite 3300
                    Miami, Florida
                    Friday, February 24, 2016
                    10:17 a.m.- 7:56 p.m.

            CONFIDENTIAL TRANSCRIPT
     PORTIONS OF TRANSCRIPT HIGHLY CONFIDENTIAL
                ATTORNEYS' EYES ONLY

     VIDEO DEPOSITION OF LEONARDO CORPORATION
               THROUGH ANDREA ROSSI
     Taken before Edward Varkonyi, Registered
Merit Reporter and Notary Public for the State of
Florida at Large, pursuant to Notice of Taking
Deposition filed in the above cause.
```

Veritext Legal Solutions

800-726-7007                                    305-376-8800

HIGHLY CONFIDENTIAL PORTIONS-ATTORNEYS' EYES ONLY

Page 262

1   A. No, through a bypass. Yes, through a
2 bypass that -- yes, in any case, yes, the steam
3 arrived -- this is the steam that run inside these
4 pipes arrived from the Leonardo -- Leonardo's plant,
5 yes, sir.
6   Q. So the cylinders you were just referring
7 to or the reactors, can we see where in the piping --
8 just where in the piping they would be here? Can you
9 tell me which pipe they would be in?
10   A. All the insulated pipes that you can see.
11   Q. Okay. So there is reactors on four
12 levels of pipes that show up --
13      MR. ANNESSER: Object to form.
14      MR. LEON DE LA BARRA: Join.
15      THE WITNESS: When this photos has been
16   taken, yes.
17 BY MR. PACE:
18   Q. Okay. In those reactors were containers,
19 they might have graphene in them or they might have
20 platinum sponge in them?
21      MR. ANNESSER: Object to form.
22      THE WITNESS: There was only -- there was
23   only a couple of them with the platinum sponge
24   and --
25 BY MR. PACE:

Page 263

1   Q. How many of them with graphene?
2      MR. ANNESSER: Object to form.
3      MR. LEON DE LA BARRA: Join in that
4   objection.
5      THE WITNESS: Around 30.
6 BY MR. PACE:
7   Q. And you removed -- you removed and
8 checked at least the platinum sponge containers but
9 for the cylinders that had the graphene in them, is
10 it the same situation, which is every so often you
11 had to pull them out of this tubing and check them?
12   A. Yes.
13   Q. All right. And to do that did anyone
14 ever assist you in checking the cylinders?
15   A. No.
16   Q. Was anyone ever in the container with you
17 when you checked the cylinders?
18      MR. ANNESSER: Object to form.
19      MR. LEON DE LA BARRA: Object to form.
20      THE WITNESS: No.
21 BY MR. PACE:
22   Q. How did you turn off the steam coming
23 over to J.M. Products so you could check the
24 cylinders?
25      MR. ANNESSER: Object to form.

Page 264

1      MR. LEON DE LA BARRA: Object to form.
2      THE WITNESS: Can you repeat the
3   question?
4 BY MR. PACE:
5   Q. Sure. You couldn't physically go in
6 there and remove the cylinders while what you have --
7 you are saying is 103 or 100 degree Celsius steam
8 coming through those pipes, you can't reach in there
9 and take a cylinder out of it and then put it back
10 in, can you?
11   A. Yes.
12   Q. The steam -- so --
13   A. No, the steam was bypassed.
14   Q. Bypassed how?
15   A. It was bypassed. We had a bypass.
16   Q. There was a bypass located up where the
17 steam was coming into the container?
18   A. Yes. The bypass was located in -- just
19 behind the wall there was a bypass.
20   Q. Behind -- if we look at Exhibit 12 --
21   A. Yes.
22   Q. -- behind the gray wall?
23   A. Yes, behind this we had a bypass and the
24 bypass allowed the steam in part or in total to the
25 plant or all the steam out from the plant.

Page 265

1   Q. So the steam would be bypassed, it would
2 either just be released into the warehouse or it
3 would be circled back into the --
4      MR. LEON DE LA BARRA: Object to form.
5      MR. ANNESSER: Object to form.
6      THE WITNESS: No, it could not be
7   released in the warehouse. The steam was sent
8   to the heat exchanger that we had, that I
9   explained to you the last time when I -- in my
10  former deposition.
11     So we had a bypass there that could
12  either allow part or total -- on total the steam
13  because I did not know how much -- how much
14  steam it could be necessary in the various
15  phases so we had a bypass that --
16 BY MR. PACE:
17   Q. Who?
18   A. Sorry.
19   Q. Who built the bypass?
20   A. We did it, because the bypass is made by
21 pipes with a butterfly.
22   Q. But who is we?
23   A. I, with the help of contractors.
24   Q. And are they the same contractors who
25 built the heat exchanger?

HIGHLY CONFIDENTIAL PORTIONS-ATTORNEYS' EYES ONLY

Page 266

1  A.  You know, there was not the same
2  contractors because sometime we had some contractor
3  that -- that we call it from outside, but in that
4  industrial area mainly in that period every day
5  arrived guys with trucks that were ambulant --
6  ambulant workshops, you know, with welders, et
7  cetera.
8       And they knocked at the door saying you
9  need help, et cetera, et cetera and I use it many,
10 many times those guys because they are very well
11 skilled, very good and I -- and also the advantage is
12 they were not curious.  They just wanted to work.  So
13 under -- I myself, I work with them and we made this
14 piping system.  I bought pipes and we made all the
15 connections.
16     Q.  And pipes as well as fans, correct?  You
17 had fans for your heat exchanger?
18     A.  Yes.
19     Q.  You had to have the heat exchangers
20 themselves, correct?
21     A.  Yes.
22     Q.  Who paid for that?
23     A.  Leonardo Corporation.
24     Q.  Leonardo Corporation?
25     A.  Yes.

Page 267

1      Q.  Are there records reflecting those
2  purchases by Leonardo Corporation?
3          MR. ANNESSER:  Object to the form.
4          THE WITNESS:  I suppose so, yes.
5  BY MR. PACE:
6      Q.  So there is records you assume that
7  reflect purchasing heat exchangers?
8      A.  No, the heat exchangers are pipes.  I
9  bought pipes.
10     Q.  How about the fans, are there records
11 reflecting the fans?
12     A.  Yes.
13     Q.  Because those would have to be pretty big
14 fans that were done, correct?
15     A.  I had two fans with a total capacity
16 of -- within the fan of the heat exchanger.
17     Q.  The fans for the heat exchanger, those
18 would be pretty bag fans?
19     A.  They had the capacity necessary to move
20 the air that had to be moved.
21     Q.  And did you testify before that the way
22 of getting the heat out was through the second story
23 office?
24     A.  No, it was not an office.
25         MR. ANNESSER:  Object to form.

Page 268

1  BY MR. PACE:
2      Q.  Office.  Second story space?
3      A.  Now it's becoming an office.  Then was
4  a -- basically was a pretty big -- pretty big, I
5  would say workshop that we had in the second level.
6      Q.  You said we had.  We had being that
7  second level?
8      A.  We is --
9      Q.  Is there no distinction really in this
10 context between Leonardo and J.M. Products --
11         MR. LEON DE LA BARRA:  Object to form.
12 BY MR. PACE:
13     Q.  -- just space you worked?
14         MR. ANNESSER:  Object to form.
15         THE WITNESS:  No, no.  When I say we is
16 because I worked with the contractors with, you
17 know, when I -- I was not alone there.  So when
18 I say we, it's because it was -- there was not
19 only me.  I was with contractors, et cetera.
20         And Jim Bass also sometimes for other
21 things, et cetera, et cetera.  So I say we for
22 my -- it is my custom to say we and not I.
23 BY MR. PACE:
24     Q.  And up in this second story your
25 testimony I think was that to get the heat out you --

Page 269

1  you or somebody knocked out the window on the second
2  story?
3      A.  Yes, the second floor we had big windows
4  and we had to remove it completely one.  Now we have
5  reset everything because we're making offices there.
6      Q.  So Leonardo paid for the piping --
7      A.  Yes.
8      Q.  -- that was used for the heat exchanger?
9  Leonardo paid for the workers that did the work?
10     A.  Yes.
11         MR. ANNESSER:  Object to the form.
12 BY MR. PACE:
13     Q.  Leonardo paid for the fans that were used
14 for the heat exchanger system?
15         MR. ANNESSER:  Object to form.
16         THE WITNESS:  Yes.
17 BY MR. PACE:
18     Q.  And this heat exchanger, the bypass, I am
19 just trying to understand.  We have both a bypass --
20 I'm sorry.
21         Is it your testimony -- is the testimony
22 that the piping for this heat exchanger ran along the
23 side of the wall where the -- essentially this wall
24 here that we see in Exhibit 12, but just on the J.M.
25 Products side?

Page 270

1   A. Yes.
2   Q. Did it go straight up and then straight
3 over to the --
4   A. It's impossible --
5   Q. -- loft?
6   A. -- to answer this way because there was a
7 design and the bypass was run along the -- if we look
8 at this wall from the side of Leonardo, if we look
9 from here on, this run through the right -- yeah.
10   Q. So if we're looking at Exhibit 10 now?
11   A. Yeah, this run along the -- this run down
12 and then along the right side of the plant of J.M.,
13 with the transmissions to the bypass. To the bypass
14 that was on the flank and also -- and also there was
15 the frontal connection for the inlet of the steam.
16   Q. So by this picture that you have there
17 that is Exhibit 10, is this after the heat exchanger
18 was removed from the warehouse or before?
19   A. I cannot -- I cannot say from this
20 photos. It could be -- no, this photo has been made
21 before.
22   Q. Before the heat exchanger was put into
23 place?
24   A. No.
25       MR. ANNESSER: Object to the form.

Page 271

1       THE WITNESS: No, this photo has been
2   made before it has been dismantled. This photo
3   has been made -- this photo has been made when
4   the heat exchanger was in operation.
5 BY MR. PACE:
6   Q. So the heat exchanger was in operation
7 when that photo was made. You recognize that photo
8 having been made when?
9       MR. ANNESSER: Object to form.
10       THE WITNESS: I don't know, you did it.
11 BY MR. PACE:
12   Q. How do you know the heat exchanger was in
13 place then? That's what I don't understand.
14   A. Because we had the plant in operation
15 because when the plant stopped to be in operation all
16 this piping has been removed.
17   Q. I understand. I will actually come to
18 that in just a second. Simply because the pipe is
19 there --
20   A. I suspect that this photos have been made
21 the last day of the test. I suspect.
22   Q. You understand the last day of the test
23 the heat exchanger was still there?
24   A. Of course.
25   Q. Who removed that piping?

Page 272

1   A. I did.
2   Q. When did you remove that piping?
3   A. After the end of the test.
4   Q. Where is that piping now?
5   A. We use it to make other things. I
6 recovered all the pieces that were not -- no more
7 necessary to make other things and the heat
8 exchanger -- all the pipes of the heat exchanger have
9 been recovered to make other things and that space
10 now is becoming offices.
11   Q. Let's see if I understand. You are
12 looking there at Exhibit 10, there is a pipe there in
13 Exhibit 10 that we see that is the pipe you are
14 saying was carrying the output of the E-Cats over to
15 the J.M. Products side of the Doral warehouse,
16 correct?
17       MR. ANNESSER: Object to the form.
18 BY MR. PACE:
19   Q. That's what we see there?
20   A. You should repeat speaking if possible a
21 little bit slower.
22   Q. Sure, certainly will. There in Exhibit
23 10 we see insulated pipe --
24   A. Yeah.
25   Q. -- that is carrying the output of the

Page 273

1 E-Cat plant over to the J.M. Products side of the
2 Doral warehouse, correct?
3   A. Yes.
4   Q. That has now been -- you removed that
5 pipe after -- sometime after February 16 of 2016,
6 correct?
7       MR. ANNESSER: Object to form.
8       THE WITNESS: Correct.
9 BY MR. PACE:
10   Q. And you have repurposed that piping or
11 you now are using that piping for another purpose?
12       MR. ANNESSER: Object to the form.
13       THE WITNESS: It's correct.
14 BY MR. PACE:
15   Q. And you didn't maintain the pipe, you
16 didn't maintain the insulation, it's been put to
17 another use?
18       MR. ANNESSER: Object to form.
19       THE WITNESS: (Nods head.)
20 BY MR. PACE:
21   Q. The heat exchanger no longer exists at
22 the Doral location, correct?
23   A. Correct.
24   Q. The piping that was used for the heat
25 exchanger you have now put to another use, you didn't

HIGHLY CONFIDENTIAL PORTIONS-ATTORNEYS' EYES ONLY

Page 310

1  do it.
2  BY MR. PACE:
3     Q.  Okay.
4     A.  Never happened that they told me to pay a
5  tax and I did not pay for it.  Never happened.
6        You know, I can understand him because
7  when it comes to accounting to get bored is normal.
8     Q.  Ten minutes left.  I have a variety of
9  wrap-up questions.  I may have asked you this before
10 but I am not sure I did, so I want to make sure I got
11 it clear.
12       I know you testified that the E-Cat 1000
13 were the big Frankies?
14    A.  Yes.
15    Q.  The E-Cat 100s are the smaller E-Cat
16 units?
17       MR. ANNESSER:  Object to form.
18       THE WITNESS:  You know, all this, there
19   is not a precise definition.  Usually, yes, yes,
20   we say the 1000 was the big ones.  I don't
21   remember to have defined 100 maybe.
22       Usually I defined E-Cats by the photo or
23   the smaller units, while the big ones were
24   either big Frankies.  The correct denomination
25   should be 250 E-Cats, because it's the rating.

Page 311

1  BY MR. PACE:
2     Q.  That's how many kilowatts the big Frankie
3  can put out?
4     A.  It's the rating.
5        MR. ANNESSER:  Object to form,
6    mischaracterization.
7  BY MR. PACE:
8     Q.  You testified earlier today that there is
9  an ability to regulate the power output of the big
10 Frankie by regulating the amount of electricity or
11 the amount of water that goes into the big Frankie.
12       But am I correct that there is no way --
13 that you didn't have a way of -- let me rephrase
14 this.  That you never attempted to regulate or modify
15 the COP of one of the big Frankies?
16    A.  Can you just either split the question?
17    Q.  Break apart?
18    A.  Yes.
19    Q.  I am trying to separate between power and
20 COP.  You testified earlier today that the amount of
21 power that a big Frankie puts out or an E-Cat unit
22 puts out can be regulated by controlling the amount
23 of water that would go in there or the amount of
24 electricity, correct?
25    A.  Yes.

Page 312

1     Q.  Okay.  And then at times at least in
2  connection with some of the big Frankies you would do
3  that, you would regulate the amount of water or
4  electricity going into them.
5        But do I understand correctly that in
6  terms of the COP being created by one of the E-Cat
7  units, you never took any methods to regulate that,
8  to lower that or to increase it above, like you kind
9  of tried to get the best you could, the best COP you
10 could out of each unit all the time; is that
11 correct?
12       MR. ANNESSER:  Object to form.
13       THE WITNESS:  Yes.
14 BY MR. PACE:
15    Q.  Okay.  I am talking about the difference
16 between the power output.  So you can regulate the
17 power output but you didn't regulate the COP?
18    A.  COP is -- it's still a known harnessed
19 horse.  A known harnessed horse.  To harness.
20       MR. LEON DE LA BARRA:  Harness.
21 BY MR. PACE:
22    Q.  A hard to harness horse?
23    A.  Yes.
24    Q.  Wow.  At the end of a deposition you
25 should try for much easier phrases like hello kitty.

Page 313

1  It's hard to regulate the COP of an E-Cat?
2     A.  If not impossible.
3     Q.  If not impossible?
4     A.  In good and in bad.
5     Q.  I think my only other questions are
6  during the course of the testing that was being done
7  in Doral, Florida, did you ever change the fuel or
8  charge in any of the E-Cat reactors?
9     A.  I made tests.  I did.
10    Q.  You changed the fuel in some of the
11 reactors?
12    A.  Not changed but made some test, some
13 injections.
14    Q.  I'm not quite sure what that means.  Does
15 that mean you took samples of it or did you make --
16    A.  No, the contrary.  The contrary.  I have
17 injected some materials to make tests, to make
18 experiments.
19    Q.  You have extracted some of the fuel from
20 the E-Cat reactors to run other experiments?
21       MR. ANNESSER:  Object to form.
22       THE WITNESS:  No.
23 BY MR. PACE:
24    Q.  I'm missing it.  I'm sorry.
25    A.  The contrary.  I have injected.  To

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.