CONFIDENTIAL TRANSCRIPT

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                    MIAMI DIVISION
 3           CASE NO. 1:16-cv-21199-CMA
 4
     ANDREA ROSSI, et al.,
 5
                    Plaintiffs,
 6
         v.
 7
     THOMAS DARDEN, et al.,
 8
                    Defendants.
 9   - - - - - - - - - - - - - - - - - - - -x
     INDUSTRIAL HEAT, LLC, et al.,
10
                    Counter-Plaintiffs,
11
         v.
12
     ANDREA ROSSI, et al.,
13
                    Counter-Defendants.
14
         and
15
     J.M. PRODUCTS, et al.,
16
                    Third-Party Defendants.
17   - - - - - - - - - - - - - - - - - - - -x
18                    600 Brickell Avenue, Suite 3300
                      Miami, Florida
19                    Wednesday, March 1, 2017
                      10:14 a.m.- 5:46 p.m.
20
                   CONFIDENTIAL TRANSCRIPT
21         PORTIONS OF TRANSCRIPT HIGHLY CONFIDENTIAL
                     ATTORNEYS' EYES ONLY
22
           VIDEO DEPOSITION OF J.M. PRODUCTS, INC.
23                  THROUGH ANDREA ROSSI
24         Taken before Edward Varkonyi, Registered
     Merit Reporter and Notary Public for the State of
25   Florida at Large, pursuant to Notice of Taking
     Deposition filed in the above cause.
```

Veritext Legal Solutions

800-726-7007                                    305-376-8800

# EXHIBIT 8

Page 114

 1    instruct him not to answer.
 2  BY MR. PACE:
 3    Q.  And Dr. Rossi, you are going to follow
 4  that instruction?
 5    A.  Yes.
 6    Q.  I want to start off talking a little bit
 7  about the heat exchanger we were discussing earlier
 8  today.  I want to start by just laying a little bit
 9  of groundwork.
10         (The document referred to was thereupon
11  marked Deposition Exhibit 8 for Identification, a
12  copy of which is attached hereto.)
13  BY MR. PACE:
14    Q.  I am handing you what is marked as
15  Deposition Exhibit 8.
16         Do you recognize Exhibit 8 as a picture
17  of the Doral warehouse taken from the Leonardo side
18  of that warehouse?
19    A.  Yes.
20    Q.  All right.  Can you tell just by looking
21  at the picture any time period when it was taken?
22    A.  After -- I can take that this has been
23  taken after the closing of the plants.
24    Q.  After the closing.  Now, you just said
25  plants.  So let's just make sure we're defining that

Page 115

 1  correctly or we're on the same page.  Sorry, I
 2  shouldn't say defining correctly.  That we're on the
 3  same page.
 4         Plants means -- ones of those plants is
 5  the -- is the E-Cat plant by Leonardo, correct?
 6    A.  Yes, it is correct.
 7    Q.  And this picture that we have as Exhibit
 8  8, that's reflected in the small piece of the red
 9  container that we can see on the right-hand side of
10  the picture?
11    A.  Yes, it is correct.
12    Q.  All right.  And the other plant is the
13  J.M. Products plant and that we can see in this
14  picture is the -- the top of the black box that we
15  see on the right-hand side of the picture; is that
16  correct?
17    A.  Yes, it is correct.
18    Q.  All right.  Between those two plants --
19  I'm sorry, I may sometimes call them containers
20  instead of plants.  Is that okay with you?
21    A.  No problem.
22    Q.  That's because both of these, the E-Cat
23  plant -- yeah, the E-Cat plant is in like a shipping
24  container; is that correct?
25    A.  Yes, the red shipping container.

Page 116

 1    Q.  And the J.M. Products plant is also in a
 2  shipping container that is just wrapped in
 3  insulation?
 4    A.  Yes, sir.
 5    Q.  So the black we see there is actually the
 6  insulation?
 7    A.  Yes, sir.
 8    Q.  All right.  And between the two is a --
 9  is a gray wall that looks like it's probably in the
10  range of, you know, six, seven feet high.  Is there a
11  name you are comfortable referring to that wall?
12    A.  Absolutely, okay.
13    Q.  As contrasting the large walls that go up
14  to the roof in this warehouse, what can we call this
15  small wall?  Can we call it a dividing wall?
16    A.  Very good.
17    Q.  Okay.  So there is a dividing wall
18  between the Leonardo container and the J.M. Products
19  container?
20    A.  It is correct.
21    Q.  And you said that this picture was --
22  what you can conclude from this picture in terms of
23  timing is it was taken after the operations of J.M.
24  Products had ended.
25         Why -- what about this picture shows that

Page 117

 1  to you?
 2    A.  Because there is not the steam pipe.
 3  From this perspective we should necessarily see
 4  between the red container that is in the right of
 5  this photography and the black container that looms
 6  up on the top of the dividing wall at the left of the
 7  red ship container.  We should see the pipe of the
 8  steam that brought -- that conveyed the steam
 9  produced in the red container that is the E-Cat, to
10  the black container that is the J.M. plant.  Here is
11  not that pipe and obviously the plants were not in
12  operation.
13    Q.  I am going to mark here as actually
14  Exhibit 9 and 10, because we're going to have one --
15  I am going to start with 9, and 10 is going to be the
16  exact same version but I am going to let you draw on
17  10, which is why I am doing the difference, the
18  distinction.
19         (The document referred to was thereupon
20  marked Deposition Exhibit 9 for Identification, a
21  copy of which is attached hereto.)
22         (The document referred to was thereupon
23  marked Deposition Exhibit 10 for Identification, a
24  copy of which is attached hereto.)
25  BY MR. PACE:

Page 118

1  Q. Handing you what's marked as Exhibit 9
2  and 10. Actually, give one each to everybody because
3  I've got a couple of extra in case any get messed
4  up.
5      One of these I am going to ask, the
6  Exhibit 9, that we not draw on and then Exhibit 10 I
7  am going to let you draw on. This is by no means to
8  scale. I am not trying to claim it's to scale.
9  A. Okay.
10 Q. What I have tried to do is kind of create
11 a simple diagram that has -- it's almost like an
12 overview of the Doral warehouse.
13     It doesn't have everything in it but it's
14 meant to show that there is a portion of the Doral
15 warehouse that is for J.M. Products, that's the
16 square that is the upper right corner of this diagram
17 and then there is the area where Leonardo was
18 operating, which is the bottom part of the Exhibit
19 9.
20     I tried to draw in the little hallway we
21 see in Exhibit 8 that takes you back to the bathroom
22 in the back and then I put a box in here to represent
23 the J.M. Products plant.
24 A. Okay.
25 Q. Again, not drawn to scale, but is that

Page 119

1  position wise roughly correct?
2  A. Yes, but I do not -- sorry, I miss the
3  difference between the Exhibit 9 and the Exhibit 10.
4  Q. Absolutely none.
5  A. They look absolutely the same.
6  Q. They are the exact same.
7  A. Okay.
8  Q. The reason I gave you both of them is I
9  want you then to put Exhibit 9 to the side because
10 that way we know if you draw on Exhibit 10, we will
11 be able to show the difference --
12 A. I understand.
13 Q. -- here is what Dr. Rossi drew because
14 look at the difference between 9 and 10. So let's
15 take 9 away from you so that you don't have an
16 incentive to draw on 9. We will just put it under
17 the pile, but we're not taking it away.
18 A. Okay.
19 Q. I actually -- if we need additional ones
20 I actually have a few extra copies, we can create
21 additional exhibits.
22     I want to talk to you -- if you can keep
23 Exhibit 10 with you, I want to see if I can set
24 something up here. I am going to give you pictures
25 you have seen before in a second. I am going to mark

Page 120

1  here as Exhibit 11 and 12.
2      (The document referred to was thereupon
3  marked Deposition Exhibit 11 for Identification, a
4  copy of which is attached hereto.)
5      (The document referred to was thereupon
6  marked Deposition Exhibit 12 for Identification, a
7  copy of which is attached hereto.)
8  BY MR. PACE:
9  Q. This is getting a little on the
10 interactive side. This is Exhibit 11.
11 A. Thank you.
12 Q. This is Exhibit 12. You have seen each
13 of these photographs before fairly recently?
14 A. Yes, I have seen these photographies
15 during my -- I think my first deposition or the
16 second. I don't remember exactly. One of the two.
17 Q. Right. It might even have been both. I
18 don't remember now either.
19 A. Yeah.
20 Q. These are pictures of the inside of what
21 you have identified as the J.M. Products plant or
22 container, correct?
23 A. Yes, it is correct.
24 Q. And if I understand it correctly, if we
25 put these pictures side by side, if you put Exhibit

Page 121

1  11 to your left and Exhibit 12 to your right, that
2  kind of -- that's the way they would appear in the
3  container, correct?
4      If you came into the container from the
5  door we see in Exhibit 11, you would see these pipes
6  in Exhibit 11 closest to that door, and then as you
7  kept looking down or walking down the container, you
8  would then see the equipment that is shown in Exhibit
9  12?
10 A. No.
11 Q. Can you explain to me how I got that
12 wrong?
13 A. Here is a missing -- there is a gap.
14 Q. There is a gap between them?
15 A. Yes, between 11 and the 12 you should
16 need an 11-B because as you can really see, you can
17 easily see, they don't combine.
18 Q. Right. I'm sorry, I wasn't trying to say
19 that and you said that previously, so let me just do
20 this again.
21     Which is, if you came in the door that we
22 see on the left side of Exhibit 11 --
23 A. Okay. That's the entrance, okay.
24 Q. The first thing you would see are these
25 pipes that are shown in Exhibit 11?

CONFIDENTIAL TRANSCRIPT

Page 122

1  A. Yes, it is correct.
2  Q. Then you would see some additional space
3 and additional equipment in between the picture in
4 Exhibit 11 and the picture in Exhibit 12?
5  A. Correct.
6  Q. And then on the far side of the container
7 you would see the equipment we see in Exhibit 12?
8  A. Yes, it is correct.
9  Q. Okay. At the top of Exhibit 12 we see a
10 pipe that's got some blue and looks like silver tape
11 around it; is that correct?
12  A. You mean this?
13  Q. Yes, a tan colored pipe.
14  A. Yes, it is correct.
15  Q. That pipe is carrying the heated fluid
16 from the Leonardo plant over -- into the J.M.
17 Products plant, correct?
18  A. Correct.
19  Q. And that -- is that the same pipe as the
20 one we see on the top of Exhibit 11? Recognizing
21 there is a gap between them.
22  A. Yes, there is a gap between them and --
23 yes. In any case, yes.
24  Q. Okay. And you're familiar with the
25 equipment that was in the J.M. Products container

Page 123

1 from your work for J.M. Products, correct?
2  A. Yes.
3  Q. Okay. I'm just making sure that you're
4 knowledgeable about what we're looking at here.
5  A. I am.
6  Q. Okay. So looking at Exhibit 11, the way
7 this system operated, the heated fluid coming from
8 Leonardo -- coming from the E-Cat container would
9 flow into these pipes, the first four pipes that we
10 see here on Exhibit 11, the top four pipes we see on
11 Exhibit 11?
12  A. The insulated pipes, yes.
13  Q. And I believe your testimony was very
14 clear that that's steam that's coming through those
15 pipes, correct?
16  A. Yes, sir.
17  Q. And so it remains steam as it's going
18 through these four pipes?
19  A. Yes, sir.
20  Q. And then between Exhibit 11 and Exhibit
21 12 there is a -- we will get into more detail on it
22 but there is a mechanism in place to carry the heated
23 fluid out of the container -- out of the J.M.
24 Products container to a heat exchanger; is that
25 correct?

Page 124

1  A. Yes, there is a bypass.
2  Q. There is a bypass, okay.
3  A. Yes.
4  Q. And then after the heated fluid goes into
5 the heat exchanger, it comes back as cooled fluid?
6  A. The cold fluid, yes.
7  Q. The cold fluid. And it comes into the
8 pipe that we see on Exhibit 12, which is the -- it
9 looks like it's a pipe wrapped in white insulation
10 with some tan tape on it?
11  A. Yes.
12  Q. Okay. And, I'm sorry, just to be clear,
13 it comes into this pipe somewhere on -- outside of
14 the image, but on the left-hand side of Exhibit 12?
15  A. Can you repeat?
16  Q. Yes. When the -- when the cold fluid
17 comes back into the container after it has gone
18 through the heat exchanger, it would come into the
19 pipe that is wrapped in white insulation with tan
20 tape somewhere on the left-hand side of Exhibit 12,
21 or what's not seen on the left-hand side of Exhibit
22 12?
23  A. Yes, it is -- yes, relatively cold.
24 Relatively respect the steam, because it was still
25 warm, but yes.

Page 125

1  Q. Then it would flow through this pipe
2 that's covered in white insulation and tan tape out
3 through the -- what we see here on the right-hand
4 side of Exhibit 12?
5  A. Uh-huh.
6  Q. And that would then flow back to the
7 Leonardo side of the Doral warehouse?
8  A. Yes.
9  Q. Okay. Just so I understand also, then I
10 want to talk about our diagram that's Exhibit 10.
11     Just so I understand, the heat -- the
12 bypass that you referenced, the bypass goes out
13 the -- how does the bypass carry the steam out from
14 the J.M. Products -- out from the J.M. Products
15 container? Is there a device that pushes the steam
16 out or does it just flow naturally?
17  A. I did not understand the question.
18  Q. It was not a very good question by me.
19 You testified that between Exhibit 11 and Exhibit 12
20 there is a -- there is a bypass and that takes the
21 steam over to the heat exchanger, correct?
22  A. Yes.
23  Q. All right. What does that bypass look
24 like?
25  A. A bypass is -- is a sort of a Y. So

Page 138

1  was an experiment. And so I put the things in a way
2  that I could have wheels in my hands.
3      The famous violin, I wanted to play any
4  cord, any possible cord to have any possible tuning.
5  So I could -- I could modulate the amount of steam
6  that I was sending inside this. Why these pipes are
7  insulated while, for example, this area was designed
8  to cool down in some particular cases?
9      When I put insulating means I need heat.
10  So why I needed heat here? Because inside here I had
11  the reactors. I needed the heat here. How much
12  heat, I did not know. I did not know. So basically
13  I have made so that I could regulate.
14      Q. Can we be clear for the record, what you
15  were just talking about was Exhibit 11?
16      A. Yes.
17      Q. You are talking about the pipes we see in
18  Exhibit 11?
19      A. Yes, sir.
20      Q. Just doing it for the record.
21      A. This one.
22      Q. Understood.
23      A. So regulating this bypass, because the
24  bypass as I -- which this kind of bypass is called --
25  in the jargon of this kind of technology it's called

Page 139

1  a butterfly. Why butterfly? Because it is like a
2  wing. It is like a wing.
3      When you turn the wing in one sense it
4  closes the pipe. You turn it 90 degrees in the
5  other -- you turn it clockwise, for example, it
6  becomes open. You turn it counterclockwise, it
7  becomes closed.
8      Being a wing, it call it butterfly. So
9  we had a butterfly here and butterfly here, so that
10  we could modulate the steam. Why we foresaw a
11  powerful heat exchanger at the end? Because I did
12  not know how much heat I was going to consume, but I
13  knew that I had to produce one megawatt power per
14  hour for the performance test, so at that point I
15  made that system. And foreseeing that the excess
16  heat were going to be dumped in the -- dump heat in
17  our jargon means to cool down without work, just to
18  cool down. And this is it.
19      Q. And so the first bypass, what you have
20  labeled as BP-1 --
21      A. Yeah.
22      Q. -- it would take the heated fluid from the
23  pipe over to the exact same -- over to the same
24  piping that is -- that is bypassed -- that bypass 2
25  led into?

Page 140

1      A. Yes.
2      Q. Then from there they would run against
3  the far -- run against the wall to what I am calling
4  the back of the warehouse? I don't know if you call
5  it the back or the front of the warehouse. The part
6  of the warehouse where the second story was?
7      A. Correct.
8      Q. Okay.
9      A. Sorry.
10      Q. Who purchased the butterfly bypasses?
11      A. No, we did it. We did it.
12      Q. You created it yourself?
13      A. Yes, because it is just -- please
14  remember that I have very big experience in making
15  this kind of stuff because I started when I was 22
16  years old to make incinerators with heat recovery,
17  manufacturing them in my factory. In fact, also
18  manufacturing using also my hands.
19      I had 20 years of experience in that
20  plant. A butterfly valve can be easily made with
21  very few money. It's just a pipe with a disk inside,
22  a shaft in the middle and outside a lever to maneuver
23  it counterclockwise or clockwise, and that is a
24  butterfly.
25      Q. I understand.

Page 141

1      A. If you buy a butterfly you spend $5,000.
2  If I make a butterfly for you it cost $100.
3      Q. Understood. You may have been kind of
4  using the royal plural, but you said we made the
5  butterfly pass.
6      A. Yes.
7      Q. Did you make it or did you make it with
8  somebody else?
9      A. I needed the help of some contractor.
10      Q. Do you know the name of that contractor?
11      A. No, I don't remember because as I told
12  you in a former deposition of mine I don't remember
13  it's the first or the second, I used -- there was --
14  there were always around contractors in that area.
15      Also because under my direction it's easy
16  because it's just a matter of cutting and welding,
17  so.
18      Q. Would you do any of the cutting and
19  welding?
20      A. No, I did not cutting and welding with my
21  hands specifically. I am able to but I did not.
22      Q. Right. I didn't think so. So the
23  contractor was the person who did the cutting and
24  welding. And the equipment used for the cutting and
25  welding, was that equipment that the contractor

Page 142

1 brought with him or her?
2    A.  The welder, yes, because we do not have a
3 welder.  For the cutting we have -- we have the tools
4 necessary to cut.
5    Q.  Aside from the bypass was there any --
6 was there any diverter pump that was used in
7 connection with the heat exchanger?
8        Was there any pump in let's say in the
9 J.M. Products container to push the heated fluid out?
10   A.  We had a recirculator.
11   Q.  Yes, a recirculator.
12   A.  Which is a pump.
13   Q.  And who bought the recirculator?
14   A.  I bought it.  Leonardo bought it.
15   Q.  If I concentrate hard I can actually
16 write okay with my left hand now.
17       Where did you buy the recirculator?
18   A.  I don't remember.
19   Q.  Did you save any purchase receipts from
20 buying the recirculator?
21   A.  Can you repeat the question?
22   Q.  Did you save any receipts from buying the
23 recirculator?
24   A.  I don't take the accounting, so I am not
25 able to answer.  I did not take the accounting but

Page 143

1 yes, I should have it.
2    Q.  Okay.  In fact, when you say you should
3 have it, your accountant should have it?
4    A.  Yes.  Yes.
5    Q.  The heat exchanger on the J.M. Products
6 side, that was one that you designed?
7    A.  Can you kindly repeat?
8    Q.  Yes.  The heat exchanger that you have
9 been drawing in these diagrams there on Exhibit 10,
10 and it doesn't show all the heat exchanger --
11   A.  Here I design nothing.
12   Q.  That's what I was going to ask you.  The
13 heat exchanger has pipes that carry -- that carry the
14 heated fluid from let's just say in the case of when
15 you are using bypass number 2, out of the J.M.
16 Products container --
17   A.  Yes.
18   Q.  -- up to the second story --
19   A.  Yes.
20   Q.  -- of the Doral warehouse --
21   A.  Yes.
22   Q.  -- and then the cooled fluid --
23   A.  Yes.
24   Q.  -- relatively speaking comes back?
25   A.  Yes.

Page 144

1    Q.  Who created that design?
2    A.  I did.
3    Q.  Okay.  And for that design you needed a
4 lot of pipe, correct?
5        MR. CHAIKEN:  Object to form.
6        THE WITNESS:  I don't know what you mean
7    by a lot.  I needed about 100 and something
8    meters of pipe.
9 BY MR. PACE:
10   Q.  Fair enough.  I was going to say over 100
11 meter of pipe?
12   A.  Over 100 meters of pipe.  A lot --
13   Q.  Relative concept, it depends on who you
14 are, right?
15   A.  100 meters is very small respect, you
16 know.
17   Q.  If you're building a skyscraper a hundred
18 meters is not very much.
19   A.  Correct.  Exactly.
20   Q.  So the heat exchanger that you designed
21 and built involved over a hundred meters worth of
22 pipe.
23       From where did you buy that hundred
24 meters worth of pipe?
25   A.  From Home Depot and from -- because there

Page 145

1 were two different kinds of pipes.  I bought them
2 from Home Depot and from a supplier I don't remember
3 the name of.  A supplier of steel pipes.  I don't
4 remember the name of him.
5        Was some -- it was a company in New
6 Jersey, if I were remember or something like that or
7 in Florida.  I don't remember, sir, but for sure I
8 have accounting of that.
9    Q.  And would that be accounting -- is that
10 J.M. -- were they bought -- was it bought by J.M.
11 Products or was it bought by Leonardo, the pipes?
12   A.  As far as I recall they have bought by
13 Leonardo along the compensation agreement that
14 Leonardo had with J.M.,.  But maybe, again, by
15 default it is Leonardo.
16       I don't remember particular situations
17 for which J.M. could have bought, but I think it was
18 Leonardo.
19   Q.  Okay.  And the --
20   A.  You know, when I prepared for this
21 deposition, attorney, I did not go to find for
22 distinction about this invoice, because for me it was
23 one bundle.
24   Q.  You didn't look for a distinction between
25 J.M. Products and Leonardo?

37 (Pages 142 - 145)

Page 150

1  Q. I'm sorry, Dr. Rossi, you had -- you took
2  a look at some notes to identify the model of the
3  fans that were used in the heat exchanger you have
4  been testifying about. What was the model?
5  A. No, the manufacturer is Multifan.
6  Q. I'm sorry?
7  A. M-U -- Multifan, M-U-L-T-I-F-A-N.
8  Q. Multifan?
9  A. Multifan.
10 Q. And I forget if I asked you this
11 already. Where did you buy the fans?
12 A. From Multifan.
13 Q. Directly, you bought it directly from --
14 Multifan is the manufacturer?
15 A. Yes.
16 Q. And you bought them directly from the
17 manufacturer?
18 A. Yes.
19 Q. Is it safe to say you don't recall
20 whether you bought them on behalf of Leonardo or J.M.
21 Products?
22 A. Most likely Leonardo, but could be -- I
23 think Leonardo.
24 Q. And you believe that your -- your
25 accountant would have the records of the purchase of

Page 151

1  those fans?
2  A. Yes.
3  Q. And how many fans did you buy?
4  A. Two.
5  Q. Do you still have those fans?
6  A. They have been modified. They have been
7  modified because I had used them for another purpose
8  now.
9  Q. Without getting into the detail, can you
10 explain to me what the other purpose is of the fans?
11     MR. ARAN: Objection to the extent --
12 BY MR. PACE:
13 Q. What's the purpose you are using the
14 fans?
15 A. Can you repeat?
16 Q. Sure. You just said that you still have
17 the fans but you are -- they have been modified
18 because you are using them for another purpose,
19 correct?
20 A. Yes.
21 Q. Are the fans being used in connection
22 with the container, the J.M. Products container?
23 A. Yes, but for a completely different
24 purpose because the kind of technology we have there
25 is a completely different thing.

Page 152

1  Q. How have the fans been modified?
2  A. Can you repeat?
3  Q. How have the fans been modified?
4  A. I deem this confidential information
5  because the modification of those fans reenters in
6  this new technology.
7      So if you are more specific and ask me
8  something. How have been modified is too generic to
9  answer. Because I should have to explain things that
10 I deem not information to give to my competitor
11 and -- but --
12 Q. Were the fans modified by somebody on
13 behalf of J.M. Products or somebody on behalf of
14 Leonardo Corporation?
15 A. Leonardo Corporation.
16 Q. Who made -- who modified the fans?
17 A. I did.
18 Q. To modify the fans did you have to
19 disassemble them?
20 A. Yes.
21 Q. Do they still operate as fans?
22 A. Fan is a very generic -- anything that
23 moves a fluid -- anyway, yes. I would say yes.
24 Q. Are they still used to move air?
25 A. Yes.

Page 153

1  Q. Do they operate inside the container, the
2  J.M. Products container?
3  A. Yes.
4      MR. ARAN: Objection to form.
5  BY MR. PACE:
6  Q. This heat exchanger that you have been
7  testifying about, when was it put into place at the
8  Doral warehouse?
9  A. Kindly can you repeat? I was distracted.
10 Q. Okay.
11 A. I was thinking to something. Sorry, it's
12 my fault.
13 Q. I believe you have already testified that
14 this heat exchanger about which you are testifying
15 was removed sometime between mid February and very
16 early April of 2016, correct?
17 A. Correct.
18 Q. All right. When was it installed?
19 A. It has been installed before the
20 beginning of the test.
21 Q. If the test that you are describing was
22 in late February of 2015 --
23 A. Correct.
24 Q. -- can you tell me was it installed by
25 January of 2015? Was it installed in mid --

39 (Pages 150 - 153)

Page 154

1    A.  I would say the end.  Has been made at
2 the very end, so I would say half February.
3    Q.  The middle of February 2015?
4    A.  Yes, just -- we completed it just before
5 the start-up of the plant.  Has been the last thing
6 we made.
7    Q.  And when you say we made, it was you and
8 independent contractors, correct?
9    A.  Yes.  As I told you during I think my
10 first deposition, I never say I.  I always say we.
11       It is also -- it is because I have been
12 told when I was a child never say I because it's a
13 concentric, et cetera.  Always we because everything
14 is merit of everybody, so I have this attitude.  I
15 tend to say always we.
16    Q.  That's why I'm asking.  When you say we,
17 I want to make sure that you are not referring to
18 just yourself, that there is somebody else involved.
19    A.  Yes.
20    Q.  So in this case to install the heat
21 exchanger how many people were involved?
22    A.  I don't remember.  Maybe one, two
23 because -- I don't remember exactly.
24    Q.  How long did it take to install the heat
25 exchanger?

Page 155

1    A.  15 days.
2    Q.  Okay.  If it was completed before the
3 test -- before the end of February when the test you
4 have described began --
5    A.  Yes.
6    Q.  -- you must have begun work on it by the
7 early part of February?
8    A.  Maybe, yes.  I believe makes sense.
9    Q.  Okay.  So 15 days for the installation,
10 approximately.
11    A.  Yeah.
12    Q.  How much were you paying the workers, if
13 you recall?
14    A.  I don't remember.  I absolutely don't
15 remember.
16    Q.  Did you pay them --
17    A.  You know, usually they were paid by the
18 day cash because that's how things go there.  And --
19 so I have not recall of this.
20    Q.  It sounds like you would be paying
21 several hundred dollars a day though to these workers
22 or are they less expensive than that?
23    A.  Might be, yes.  I would say yes.
24    Q.  And there is -- there is an element of
25 this bypass -- I'm sorry.  There is an element of

Page 156

1 this heat exchanger that you've described that we
2 have not addressed yet, which is the -- these pipes
3 that go up to the second floor are laid out in kind
4 of a serpentine pattern on the second floor, a back
5 and forth pattern?
6    A.  Can you kindly rephrase?
7    Q.  Yes.
8    A.  Thank you.
9    Q.  For the heat exchanger that goes up --
10 the pipes that are on the second floor --
11    A.  Yes.
12    Q.  -- those are laid in kind of a serpentine
13 pattern, correct, a back and forth pattern?
14    A.  You know, the part of pipe that goes up
15 to the heat exchanger is just straight.
16    Q.  Right.  I am talking about the pipes that
17 are in the heat exchanger.
18    A.  That was confusing.  The pipe inside is a
19 serpentine, yes.
20    Q.  And those serpentine pipes were -- your
21 testimony has been that those serpentine pipes were
22 contained within a wooden -- some kind of wooden
23 enclosure?
24    A.  Yes, we made -- to make it very fast and
25 very cheap we made a wooden frame to sustain the

Page 157

1 serpentine and frame and the box even wooden, with a
2 particular technique that I learned in my past to
3 also to eliminate the acoustic energy and that's it.
4    Q.  Who built the wooden box?
5    A.  Carpenters.  Carpenters that I got,
6 contractors.
7    Q.  Same answer, which is these are people
8 who you don't have the names of any?
9    A.  The same people.  The same people.
10    Q.  You don't know their names?
11    A.  No, I don't.
12    Q.  And you paid them in cash?
13    A.  Yes.  Mostly, not always.  Some of them
14 has been -- has made -- because some contractor that
15 work with me in all the plant made invoice and I paid
16 by invoice.
17       Now I don't remember if the ones that
18 worked in the second floor, if among them there was
19 somebody.  No, I don't think so.  The ones that came
20 to work there were just people that were there around
21 with their trucks and I paid them cash.
22    Q.  Okay.  Where did you buy the wood for
23 this enclosure box?
24    A.  There was -- there is a shop that's Home
25 Depot part and some wood also from -- from a wood

40 (Pages 154 - 157)

CONFIDENTIAL TRANSCRIPT

Page 158

1  seller that is not far from our factory.  I don't
2  remember the name of it.
3      Q.  If you look at exhibit -- what we have
4  here marked as Exhibit 14 and these are photographs
5  that Dr. Wong took and submitted with his expert
6  report.
7      A.  Okay, yes.
8      Q.  Exhibit A-1 --
9      A.  Yes.
10     Q.  -- is the second story of the Doral
11 warehouse, correct?
12     A.  Yes, it is correct.
13     Q.  This is a picture that was taken sometime
14 this past month of February 2017?
15     A.  This photo has been taken by Dr. Wong
16 when he visited our plant.
17     Q.  And that was in February of -- February
18 of this year, correct?
19     A.  Yes.
20     Q.  All right.  The serpentine pipes would be
21 laid on the floor, this kind of concrete floor we see
22 here?
23     A.  Yes.  Yes, upon a frame of wood, yes.
24     Q.  That was one of the things I was going to
25 ask.  So the pipes were on top of a wood frame,

Page 159

1  correct?
2      A.  Yes, we have put kind of lumbers, upon
3  the lumbers the pipe, the steam pipes.
4      Q.  And then --
5      A.  So the steam pipes were not in contact
6  with the floor.
7      Q.  Understood.  And then the wood would
8  also -- this was a box, so it would actually also
9  cover up the steam pipes, correct?
10     A.  Yes, not in contact with them through the
11 frame because there had to be some distance between
12 the wood cover and pipes, and the steam pipes.
13     Q.  So how tall was the box?
14     A.  The tall was -- I get the dimensions.
15 The dimensions should be in the report.
16     Q.  Actually, I don't have Wong's.  You
17 provided the dimensions to Dr. Wong?
18     A.  Yes, I provided the dimensions to
19 Dr. Wong and more or less you make about one meter of
20 it, more or less.  One meter is three feet.
21     Q.  And then the -- were the fans -- were the
22 fans inside the box?
23     A.  The fans were outside the box blowing air
24 inside the box at a rate such that we had very
25 consistent exchange of air inside the box, inside the

Page 160

1  box, not to allow the air to heat up too much.
2      Q.  And the -- so the fans are drawing air
3  from outside --
4      A.  Yes.
5      Q.  -- into the second story of the Doral
6  warehouse and then they are going over these pipes,
7  if I understand how the system works, because the
8  pipes are warm, that air is getting warmed up and it
9  has to be circulated back out of the second story?
10     A.  Right.
11     Q.  And it circulates back out of the second
12 story through the windows?
13     A.  Yes.
14     Q.  So if you look at Exhibit A-1, when we
15 look on -- we can see light coming through two
16 openings here.  Are those both windows or am I
17 looking somehow at doors?
18     A.  No, are both windows.
19     Q.  Was the air being pushed out of both
20 those windows or just one?
21     A.  No, just one.  The one with the two guys
22 there because we were substituting the -- we were
23 making substitution of -- of the glasses there.  The
24 second one has been the window that we used.
25     Q.  Okay.  So A-2, is that the -- is it your

Page 161

1  testimony that's the window that was used to push the
2  air out?
3      A.  I think so, yes.
4      Q.  Okay.  And just so I understand --
5      A.  I think so.  Sorry to interrupt.  I think
6  so because, you know, I am not -- I don't remember
7  exactly looking out of that window, if this is the
8  panorama.
9          In any case, yes, I think so.  Because
10 this window is equal to another -- there are three
11 windows basically.  Yes, three windows there are and
12 we used for this purpose the central one.
13     Q.  So just so I understand that too, if you
14 are walking into J.M. Products there is a window
15 right above the door for J.M. Products?
16     A.  Sorry, I do not understand what you are
17 saying.
18     Q.  Sure.  When you walk into the J.M.
19 Products building, the side of the Doral warehouse,
20 there is a window above the door that you come in,
21 correct?
22     A.  Correct.  And that is -- yes, correct.
23     Q.  And then there is two -- if you are
24 facing the building, to your left there is another
25 set of second story windows?

41 (Pages 158 - 161)

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.