# EXHIBIT 9


To:
Cc:
Bcc:
Subject: Fw: Supplemental Documents to Disclosure of Joe Murray

| | |
|---|---|
| From: | Michael Maugans/JonesDay |
| To: | "John W. Annesser" <jannesser@pbyalaw.com>, "Brian W. Chaiken" <bchaiken@pbyalaw.com>, pturner@pbyalaw.com, pevans@pbyalaw.com, "Samantha A. Gillett" <sgillett@pbyalaw.com>, faran@acg-law.com, fleon@acg-law.com, rnunez@acg-law.com |
| Cc: | Christopher R Pace/JonesDay@JONESDAY, bellb <bellb@millerfriel.com>, Christopher M Lomax/JonesDay@JONESDAY, Erika Handelson/JonesDay@JONESDAY, Christina Mastrucci/JonesDay@JONESDAY |
| Date: | 02/16/2017 05:28 PM |
| Subject: | Supplemental Documents to Disclosure of Joe Murray |

Good evening,

Attached please find supplemental documents in connection with the Expert Disclosure of Joe Murray. An email with additional images shall follow.

 
Flow Analysis 1.pdf  Video Simulation 2-100kw-view-line-line-48 .mp4


Video Simulation 1-100kw-view-line-line-48.mp4

Michael Maugans
Attorney at Law
**JONES DAY® - One Firm Worldwide℠**
Brickell World Plaza
600 Brickell Avenue
Miami, FL 33131
Office +1.305.714.9769

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========

| GPI TM075 Flow Rate [lpm] | Test Duration [s] | MWN-130-80-NC Reported Flow Rate [lpm] | Penon Conversion [kg/day] |
|---|---|---|---|
| 4.05 | 4074 | 21.8 | 31392 |
| 5.17 | 3606 | 25.4 | 36576 |
| 6.63 | 3599 | 29.8 | 42912 |
| 8.50 | 3594 | 35.3 | 50832 |
| 12.51 | 3593 | 42.0 | 60480 |
| 14.03 | 3604 | 48.2 | 69408 |
| 19.00 | 3600 | 59.4 | 85536 |
| 26.20 | 3600 | 79.4 | 114336 |
| 26.53 | 3549 | 80.1 | 115344 |

**CONFIDENTIAL**



**CONFIDENTIAL**

2



**CONFIDENTIAL**

3



To:
Cc:
Bcc:
Subject:   Fw: Supplemental Documents to Disclosure of Joe Murray-Part 2

| | |
|---|---|
| From: | Michael Maugans/JonesDay |
| To: | "John W. Annesser" <jannesser@pbyalaw.com>, "Brian W. Chaiken" <bchaiken@pbyalaw.com>, pevans@pbyalaw.com, pturner@pbyalaw.com, "Samantha A. Gillett" <sgillett@pbyalaw.com>, faran@acg-law.com, fleon@acg-law.com, rnunez@acg-law.com |
| Cc: | Christopher R Pace/JonesDay@JONESDAY, bellb <bellb@millerfriel.com>, Christopher M Lomax/JonesDay@JONESDAY, Erika Handelson/JonesDay@JONESDAY, Christina Mastrucci/JonesDay@JONESDAY |
| Date: | 02/16/2017 05:31 PM |
| Subject: | Supplemental Documents to Disclosure of Joe Murray-Part 2 |

The second batch of thermal image documents are attached.



layout2-0.jpg   layout2-10.jpg   layout2-20.jpg   layout1-30.jpg   layout1-0.jpg   layout1-48.jpg

layout2-40.jpg   layout2-48.jpg   layout2-30.jpg

layout1-40.jpg   layout1-20.jpg   layout1-10.jpg

Michael Maugans
Attorney at Law
**JONES DAY® - One Firm Worldwide**℠
Brickell World Plaza
600 Brickell Avenue
Miami, FL 33131
Office +1.305.714.9769

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========