# EXHIBIT 14

```
                                                              Page 1

 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2
 3       CASE NO. 1:16-cv-21199-CMA/O'SULLIVAN
 4
     ANDREA ROSSI, ET AL.,
 5
             Plaintiffs,
 6
     vs.
 7
     THOMAS DARDEN, ET AL.,
 8
             Defendants.
 9   _____/
10                          Casa de Campo
                            Resort & Villas
11                          La Romana, D.R.
                            Wednesday, February 22, 2017
12                          9:06 a.m. - 7:42 p.m.
13
14
             VIDEOTAPED DEPOSITION OF FABIO PENON
15
16
17
18
19
20
21        Taken on behalf of the Plaintiffs before
22   Diana Santos, Shorthand Reporter and Notary Public
23   in and for the State of Florida at Large, pursuant
24   to Notice of Taking Deposition filed in the above
25   cause.
```

Page 162

1  Q   If you go for me two paragraphs down do
2  you see the one starting with "following my
3  request"?  Do you see that paragraph?
4  A   Uh-huh.
5  Q   Am I understanding this correctly, that
6  you had discussed with Dr. Rossi and Dr. Rossi had
7  agreed to include a condensed steam collector at the
8  bottom of the -- at the bottom of the steam pipe?
9      MR. ANNESSER:  Object to the form.
10     THE WITNESS:  Okay.
11 BY MR. PACE:
12 Q   Do you recall having that conversation
13 with Dr. Rossi?
14 A   In this very moment I don't remember, but
15 I think having written that...
16 Q   You would not have written that in the
17 e-mail, if the conversation didn't occur; is that
18 correct?
19     THE INTERPRETER:  Correct.  Exactly what
20 he was saying.
21     MR. ANNESSER:  Object to the form.
22 BY MR. PACE:
23 Q   If we could just ask him the question.
24 A   He must apply.  He has to apply.
25 Q   I understand.  I am just -- if you wrote

Page 163

1  in the e-mail that you had made a request to
2  Dr. Rossi and Dr. Rossi had agreed with your request
3  to apply a condensed steam collector, you believe
4  your e-mail is accurate?
5  A   I did the request and Rossi accepted to
6  apply.
7  Q   The next paragraph says "during the visit
8  I will check the amount of the water present".  Is
9  that a reference to the condensed steam collector?
10 A   Can you quote again which sentence?
11 Q   Yes.  Dr. Penon, the very next paragraph
12 says "During my visit I will check the amount of the
13 water present."  Do you see that paragraph?  That's
14 a reference to checking the amount of water in the
15 condensed steam collector; correct?
16 A   The demand is if I verify the
17 installation, right, the question is?
18 Q   No.  My question is because it has visits
19 as plural, I'm understanding this to say that -- are
20 you saying that during your visits -- your later
21 visits to the Doral warehouse you would check the
22 amount of water in the condensed steam collector?
23     MR. ANNESSER:  Object to the form.
24     THE WITNESS:  Yes.  During my visits,
25 during my visits I intended to verify the

Page 164

1  steam -- the water present, if any.
2      MR. PACE:  Understood.
3  BY MR. PACE:
4  Q   If I can, we only have a couple of more
5  minutes in this tape, but let me see if I can ask
6  this:  If you can turn to the prior page, page 27.
7  Right above your typed name do you see --
8  A   On the top of the page?
9  Q   No, it is more towards the bottom.  Do you
10 see a paragraph that starts with "If we move away
11 from the exit point"?
12     THE INTERPRETER:  Yes.
13 BY MR. PACE:
14 Q   "If we move away from the exit point it is
15 possible the formation of small amounts of water
16 which will be collected in the collector."  Am I
17 understanding correctly, that's the same condensed
18 steam collector that you -- that we were just
19 talking about on the prior page?
20     MR. ANNESSER:  Object to the form.
21     THE WITNESS:  Yes.
22 BY MR. PACE:
23 Q   Are you aware of whether there was any
24 steam collect -- any such condensed steam collector
25 actually installed at the plant in Doral?

Page 165

1  A   Another collector?
2  Q   Any collector?  Was there a steam -- was
3  there a condensed steam collector on the exit pipe
4  from the E-Cat heading over to the customer side?
5  A   In this moment I don't remember.
6  Q   All right.
7      MR. PACE:  Let's take a break, because
8  he's got to change the tape and I think you
9  have to hop to a phone call because it is
10 exactly 6:00 o'clock.
11     MR. LUKACS:  It is 5:00 o'clock in Miami
12 right now.
13     MR. PACE:  Oh, 6 o'clock.  I'm sorry.  I'm
14 sorry.
15     THE VIDEOGRAPHER:  Going off the record.
16 The same is 6 o'clock p.m.
17     (Thereupon, a recess was taken from 6:00
18 p.m. - 6:05 p.m., after which the following
19 proceedings were had:)
20     THE VIDEOGRAPHER:  All right.  We are now
21 back on the record.  The time is 6:05.  Media
22 number six.
23 BY MR. PACE:
24 Q   Dr. Penon, if I can keep you on the same
25 page that we were looking at for number -- we were

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.