# EXHIBIT 39

| | |
|---|---|
| **From:** | Andrea Rossi <ar.123@mail.com> |
| **Sent:** | Thursday, February 19, 2015 11:57 PM |
| **To:** | Tom Darden |
| **Cc:** | Daniel Pike; John Mazzarino; Joe Pike; JT Vaughn |
| **Subject:** | Re: Update |

Dear Tom and All:
I totally agree.
Warmest Regards
Andrea

Sent using the free mail.com iPhone App

On 2/19/15 at 10:25 PM, Tom Darden wrote:

> Yes, the address of the plant, as well as that the plant is even operating, or that it works.   All this is confidential. If people perceive we are running, they will find us one way or the other, like by following your car! I fear for your safety, and although much less so, even for ours!
>
>
>
> I am still dealing with the problems of the recent radiation inspection (which found none, of course!) but it continues to expand and cause other problems for us. All this happened because of the bloggers discussing our activity.
>
>
>
> But enough about that mess at a time of celebration. I just wanted to remind the whole group we need absolute secrecy about the location and the operation of this world-changing plant!
>
>
>
> Tom Darden
>
> 919 522 4095 m
>
>
>
> From: Andrea Rossi
>
> Sent: Thursday, February 19, 2015 10:09 PM
>
> To: Tom Darden
>
> Cc: JT Vaughn; Joe Pike; John Mazzarino; Daniel Pike
>
> Subject: Re: Update
>

CONFIDENTIAL

IH-00011231

> 
> 
> Dear Tom:
> 
> Thank you, very appreciated your words.
> 
> I totally agree, the address of JM must remain a very coveted secret. If it becomes food for trolls the damages could be devastating.
> 
> God bless you all,
> 
> Andrea
> 
> 
> 
> 
> 
> 
> 
> Sent: Friday, February 20, 2015 at 4:00 AM
> 
> From: "Tom Darden" <tdarden@industrialheat.co>
> 
> To: "Andrea Rossi" <ar.123@mail.com>, "JT Vaughn" <jvaughn@industrialheat.co>, "Joe Pike" <jpike@evofem.com>, "John Mazzarino" <jmazzarino@industrialheat.co>, "Daniel Pike" <daniel@pike.co>
> 
> Subject: Re: Update
> 
> 
> 
> Wow, what news!
> 
> 
> 
> To the whole team -- mostly to Andrea, of course -- congrats!
> 
> 
> 
> Also, a reminder to all of us that we need to increase our confidentiality and silence now.   We must keep this important news private so as to protect ourselves, Johnson Matthey and the secrecy of the plant location!   The various internet trolls and industrial spies will be all over us now.
> 
> 
> 
> God bless, Andrea.
> 
> 
> 
> Tom Darden
> 
> 919 522 4095 m
> 

CONFIDENTIAL                                                                                                    IH-00011232

\>
\>
> From: Andrea Rossi
>
> Sent: Thursday, February 19, 2015 9:04 PM
>
> To: Tom Darden; JT Vaughn; Joe Pike; John Mazzarino; Daniel Pike
>
> Subject: Update
>
>
>
>
>
> Dear All:
>
> Today we have started the energy production of the  plant . Industrial Heat's plant has produced the first MWh of thermal power.
>
> We still have problems to fix, but we already have got a success.
>
> The Customer told me they received the steam and their production is starting well. In particular, their director told me they are consuming a very low amount of electricity respect the usual. I am not yet able to give a precise number of the COP, but we have very long periods of self sustained mode.
>
> Surprisingly, the " Frankiestein" ( the big units) that we thought were more problematic , are going very well, while we have problems with several small units, which are yielding much less than expected, but, thanks to the big units, we are performing well globally. So far most of the job is mad by the Frankiestiens.
>
> Your invoicing will start from today at 7 p.m., when we reached the full power. I think the COP is very high, but I will be able to compute a solid number not before a tenth of days.
>
> This night I will stay here on the plant.
>
> Obviously, maybe in the next days something will have to be fixed, the situation is not stabilized, but by March, when you will accompany here your Investors we'll be all set, with the help of God.
>
> Warmest Regards to all,
>
> Andrea

CONFIDENTIAL IH-00011233