# COMPOSITE EXHIBIT 40

**J.M. PRODUCTS, INC.**
7900 GLADES ROAD, SUITE #530
BOCA RATON, FLORIDA 33434

HENRY W. JOHNSON

TELEPHONE (561)672-7264
TELECOPIER (561)235-5416

March 3, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention: J.T. Vaughn
Vice President

Dear Mr. Vaughn:

Your plant has produced during the month of February a total of 24MWh per day starting Friday, February 20, 2015 through Sunday, February 28, 2015. On the basis of our Agreement dated April 29, 2013, please send me your invoice for the total amount of $10,000.00 along with your wire instructions.

Sincerely,

J.M. Products, Inc.

Henry W. Johnson
President

DEPOSITION
EXHIBIT
32
1/27/17

HJ000216

| | |
|---|---|
| **From:** | Andrea Rossi |
| **To:** | Colette Sauer |
| **Subject:** | Andrea Rossi |
| **Date:** | Wednesday, July 01, 2015 4:57:41 PM |
| **Attachments:** | LETTERA COLETTE JM A IH.rtf |
| | Certification .htm |

Dear Colette,
Please find attached the letter to send corected.
Warmest Regards,
Andrea



**J.M. Products, Inc.**
"Advanced Derivatives of Johnson Matthew Platinum Sponges"
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON                                                    TELEPHONE   (786)631-4676
mailto:hjohnson@hwjlaw.net TELECOPIER   (786)631-4741

July 1, 2015

Industrial Heat
8025 Triangle   Drive
Raleigh,   NC 27617

Attention:         J.T. Vaughn
                Vice President

Dear Mr. Vaughn:

During the month of June in our Doral factory we received from your plant the amount of energy of 1 MWh/h, for a total of 624 MWh for 26 days, while for 4 days we received 750 kWh/h, for a total of 72 MWh   Please forward your invoice for the agreed daily amount of $1,000.00 per day for 26 days = $26,000.00 $ plus 750$/day for 4 days= 3,000.00$, for a total of 29,000.00$.

                        Sincerely,

                        J.M. Products, Inc.

                        Henry W. Johnson
                        President

HWJ:ck

| | |
|---|---|
| **From:** | Andrea Rossi |
| **To:** | Colette Sauer |
| **Subject:** | Letter to IH |
| **Date:** | Tuesday, August 04, 2015 11:55:39 AM |
| **Attachments:** | LETTERA COLETTE JM A IH.rtf |
| | Certification .htm |

Dear Colette:
Here is the letter for IH this month: just cancel from the head the phrase " Advanced catalysts with Johnson Matthey etc.."
Please send me it for a last check before sending to IH.
Warmest Regards,
Andrea



DEPOSITION EXHIBIT
35
1/27/17 e

**J.M. Products, Inc.**
"Advanced Derivatives of Johnson Matthew Platinum Sponges"
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON                                         TELEPHONE   (786)631-4676
mailto:hjohnson@hwjlaw.net  TELECOPIER   (786)631-4741


August 01, 2015


Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:         J.T. Vaughn
                   Vice President

Dear Mr. Vaughn:

    During the month of July in our Doral factory we received from your plant the amount of energy of 1 MWh/h, for a total of 624 MWh for 26 days, while for 4 days we received 750 kWh/h, for a total of 72 MWh   Please forward your invoice for the agreed daily amount of $1,000.00 per day for 26 days = $26,000.00 $ plus 750$/day for 4 days= 3,000.00$, for a total of 29,000.00$.

                              Sincerely,

                              J.M. Products, Inc.


                              Henry W. Johnson
                              President

HWJ:ck

**From:** Colette Sauer
**To:** "Andrea Rossi"
**Subject:** RE: Letter to IH
**Attachments:** IH Letter August.docx

Sincerely,



Colette K. Sauer
Legal Assistant to Henry W. Johnson
Law Office Henry W. Johnson
7900 Glades Road, Suite 530
Boca Raton, FL 33434
(Phone) 561-672-7264
(Fax) 561-235-5416
www.hwjlaw.net

**From:** Andrea Rossi [mailto:ar.123@mail.com]
**Sent:** Tuesday, August 04, 2015 11:56 AM
**To:** Colette Sauer
**Subject:** Letter to IH

Dear Colette:
Here is the letter for IH this month: just cancel from the head the phrase " Advanced catalysts with Johnson Matthey etc.."
Please send me it for a last check before sending to IH.
Warmest Regards,
Andrea

## J.M. Products, Inc.
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON
mailto:hjohnson@hwjlaw.net

TELEPHONE   (786)631-4676
TELECOPIER  (786)631-4741

August 1, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:   J.T. Vaughn
             Vice President

Dear Mr. Vaughn:

During the month of July in our Doral factory we received from your plant the amount of energy of 1 MWh/h, for a total of 624 MWh for 26 days, while for 4 days we received 750 kWh/h, for a total of 72 MWh    Please forward your invoice for the agreed daily amount of $1,000.00 per day for 26 days = $26,000.00 $ plus $750/day for 4 days=$3,000.00, for a total of $29,000.00.

Sincerely,

J.M. Products, Inc.

Henry W. Johnson
President

HWJ:ck

| | |
|---|---|
| **From:** | Colette Sauer |
| **To:** | "Andrea Rossi" |
| **Subject:** | RE: Colette Sauer |
| **Attachments:** | IH Letter September.docx |

Sorry about that, here is the correct one.

Sincerely,

Colette K. Sauer
Legal Assistant to Henry W. Johnson
Law Office Henry W. Johnson
7900 Glades Road, Suite 530
Boca Raton, FL 33434
(Phone) 561-672-7264
(Fax) 561-235-5416
www.hwjlaw.net

---

**From:** Andrea Rossi [mailto:ar.123@mail.com]
**Sent:** Monday, October 05, 2015 10:08 AM
**To:** cksauer@hwjlaw.net
**Subject:** Re: Colette Sauer

OK, please send it to me Monday.
Warmest Regards,
Andrea

> **Sent:** Monday, October 05, 2015 at 4:07 PM
> **From:** "cksauer@hwjlaw.net" <cksauer@hwjlaw.net>
> **To:** "Andrea Rossi" <ar.123@mail.com>
> **Subject:** Re: Colette Sauer
>
> I am on vacation returning Monday.
>
> Colette
> Sent from my iPhone
>
> On Oct 5, 2015, at 10:05 AM, Andrea Rossi <ar.123@mail.com> wrote:
>
>> No, Colette: this is not what I asked for, I need the monthly letter you mail them indicating the sum they can invoice for.
>> Warmest Regards,
>> Andrea
>>
>>> **Sent:** Monday, October 05, 2015 at 3:48 PM
>>> **From:** "Colette Sauer" <cksauer@hwjlaw.net>
>>> **To:** "'Andrea Rossi'" <ar.123@mail.com>
>>> **Subject:** Colette Sauer
>>>
>>> Dear Andrea:
>>>
>>> Attached is the letter that you asked for.
>>>
>>> Sincerely,


DEPOSITION EXHIBIT 37
1/27/17

Colette K. Sauer
Legal Assistant to Henry W. Johnson
Law Office Henry W. Johnson
7900 Glades Road, Suite 530
Boca Raton, FL 33434
(Phone) 561-672-7264
(Fax) 561-235-5416
www.hwjlaw.net

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6140 / Virus Database: 4435/10763 - Release Date: 10/05/15

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

**HENRY W. JOHNSON**
mailto:hjohnson@hwjlaw.net

**TELEPHONE (786)631-4676**
**TELECOPIER (786)631-4741**

September 8, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:   J.T. Vaughn
             Vice President

Dear Mr. Vaughn:

During the month of August in our Doral factory we received from your plant the amount of energy of:

15 days @ 1 MWh/h
16 days @ .75 MWh/h

Please invoice to us as follows:

$ 1,000.00 x 15, total    $ 15,000.00
$   750.00 x 16, total    $ 12,000.00
Total amount:             $ 27,000.00

Sincerely,

J.M. Products, Inc.

Henry W. Johnson
President

HWJ:ck



**From:** Andrea Rossi
**To:** cksauer@hwjlaw.net
**Subject:** Letter to IH
**Date:** Monday, October 12, 2015 11:32:40 AM
**Attachments:** JM MONTHLY REPORT TO IH.docx
Certification .htm

Dear Colette:
Here is attached the letter ready to be mailed.
Warmest Regards,
Rossi, Andrea Rossi



DEPOSITION EXHIBIT 38 7/27/17

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON  TELEPHONE (786)631-4676 mailto:hjohnson@hwjlaw.net
TELECOPIER (786)631-4741

October 12, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention: J.T. Vaughn
Vice President

Dear Mr. Vaughn:

During the month of September in our Doral factory we received from your plant the amount of energy of:

15 days @ 1 MWh/h
15 days @ .75 MWh/h

Sincerely,

J.M. Products, Inc.

Henry W. Johnson
President

HWJ:ck

HJ000251

**J.M. Products, Inc.**
7861 40TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON
mailto:hjohnson@hwjlaw.net

TELEPHONE (786)631-4676
TELECOPIER (786)631-4741

January 4, 2016

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention: J.T. Vaughn
Vice President

Dear Mr. Vaughn:

During the month of December in our Doral factory we received from your plant the amount of energy of:

20 days @ 1 Mwh/h, 24 hours /day
11 days @ 750 kWh/h, 24 hours/day ( upon our request the power has been reduced due to our technical problems)

Sincerely,

J.M. Products, Inc.

Henry W. Johnson
President

HWJ:ck

DEPOSITION
EXHIBIT
39
1/27/17

# EXHIBIT 18



DEFENDANT'S EXHIBIT 21   2·10·17

# J.M. Products, Inc.
## "Advanced Derivatives of Johnson Matthew Platinum Sponges"
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON
mailto:hjohnson@hwjlaw.net

TELEPHONE   (786)631-4676
TELECOPIER  (786)631-4741

July 1, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:   J.T. Vaughn
             Vice President

Dear Mr. Vaughn:

During the month of June in our Doral factory we received from your plant the amount of energy of 1 MWh/h, for a total of 624 MWh for 26 days, while for 4 days we received 750 kWh/h, for a total of 72 MWh   Please forward your invoice for the agreed daily amount of $1,000.00 per day for 26 days = $26,000.00 plus $750/day for 4 days=$3,000.00, for a total of $29,000.00.

Sincerely,

J.M. Products, Inc.

Henry W. Johnson
President

HWJ:ck

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON
mailto:hjohnson@hwjlaw.net

TELEPHONE (786)631-4676
TELECOPIER (786)631-4741

August 1, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:   J.T. Vaughn
             Vice President

Dear Mr. Vaughn:

During the month of July in our Doral factory we received from your plant the amount of energy of 1 MWh/h, for a total of 624 MWh for 26 days, while for 4 days we received 750 kWh/h, for a total of 72 MWh.   Please forward your invoice for the agreed daily amount of $1,000.00 per day for 26 days = $26,000.00 $ plus $750/day for 4 days=$3,000.00, for a total of $29,000.00.

Sincerely,

JM Products, Inc.

Henry W. Johnson
President

HWJ:ck

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON
mailto:hjohnson@hwjlaw.net

TELEPHONE (786)631-4676
TELECOPIER (786)631-4741

October 12, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:   J.T. Vaughn
             Vice President

Dear Mr. Vaughn:

During the month of September in our Doral factory we received from your plant the amount of energy of:

15 days @ 1 MWh/h
15 days @ .75 MWh/h

Sincerely,

J.M. Products, Inc.

Henry W. Johnson
President

HWJ:ck

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON
mailto:hjohnson@hwjlaw.net

TELEPHONE (786)631-4676
TELECOPIER (786)631-4741

September 8, 2015

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention:   J.T. Vaughn
             Vice President

Dear Mr. Vaughn:

During the month of August in our Doral factory we received from your plant the amount of energy of:

15 days @ 1 MWh/h
16 days @ .75 MWh/h

Please invoice to us as follows:

$ 1,000.00 x 15, total   $ 15,000.00
$   750.00 x 16, total   $ 12,000.00
Total amount:            $ 27,000.00

Sincerely,

J.M. Products, Inc.

Henry W. Johnson
President

HWJ:ck

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON
mailto:hjohnson@hwjlaw.net

TELEPHONE (786)631-4676
TELECOPIER (786)631-4741

January 4, 2016

Industrial Heat
8025 Triangle Drive
Raleigh, NC 27617

Attention: J.T. Vaughn
Vice President

Dear Mr. Vaughn:

During the month of December in our Doral factory we received from your plant the amount of energy of:

20 days @ 1 Mwh/h, 24 hours /day
11 days @ 750 kWh/h, 24 hours/day ( upon our request the power has been reduced due to our technical problems)

Sincerely,

J.M. Products, Inc.

Henry W. Johnson
President

HWJ:ck