# EXHIBIT 41



J. M. Products, Inc

James A. Bass

Director of Engineering

7861 N. W. 46th St
Doral, Florida 33166
786-631-4676



DEPOSITION EXHIBIT 28 2/2/17