# EXHIBIT 42

| | |
|---|---|
| **From:** | Andrea Rossi |
| **To:** | Colette Sauer; Hank Johnson |
| **Subject:** | Andrea Rossi |
| **Date:** | Monday, March 16, 2015 9:01:56 AM |

Dear Attorney Johnson, Esq, Dear Colette:
Please change the official address of JM, putting it in the factory where JM is manufacturing its product:
So the updated address becomes, instead of Boca Raton, as follows:
JM Products- Advanced derivates of Johnson Matthey Platinum Sponge
7861 46th Street
Doral, Florida 33166
phone 786 631 4676   fax 786 631 4741

Warmest Regards,
Rossi, Andrea Rossi



DEPOSITION EXHIBIT
18
1/27/17

Please Send This letter To

INDUSTRIAL HEAT
6025 TRIANGLE DRIVE
RALEIGH, NH 27617

to the Attention of: J.T. VAUGHN
(Vice President)

Dear Sirs:
Your plant has produced During the Month of February a total of 54 MWh/Day starting from Friday 20 to Sunday 28 ~~Please Send~~

On the base of our Agreement dated . . . . , please send us your invoice for the total Amount of 10,000 US $ ~~the At receipt of your invoice will Best Regards~~

Please put in the receipt all the instructions necessary to wire you the sum

(margin note: MWh)

DEPOSITION EXHIBIT 33 1/27/17

HJ000217