# COMPOSITE EXHIBIT 50

From: Andrea Rossi
To: Jim Bass
Subject: Re: Power
Date: Tuesday, March 24, 2015 6:35:22 PM

The answer is very simple: "we need 1 MWh/h for our production.
Obviously we measure the energy input".
You are not supposed to give more information.
You for sure are not supposed to show them anything about the plant of JM. Exactly as you did with the IH persons.
Warmest Regards,
Andrea

> Sent: Tuesday, March 24, 2015 at 10:52 PM
> From: "Jim Bass" <jimbass@bellsouth.net>
> To: "'Andrea Rossi'" <ar.123@mail.com>
> Subject: Power
>
> Andrea,
>
> How do you measure the output? If they ask me, I need an answer for them. Simply telling them would not be sufficient (I think). I am assuming you measure the power returned, but we should be able to demonstrate on our side a measurement system.
>
> Regards,
>
> Jim



DEPOSITION EXHIBIT 25  2/2/17

**From:** Andrea Rossi
**To:** JIM BASS
**Subject:** Re: Power
**Date:** Tuesday, March 24, 2015 11:28:41 PM

ok

Sent using the free mail.com iPhone App

On 3/24/15 at 7:37 PM, JIM BASS wrote:

> Andrea, all understood. I wanted to be sure.   Jim
>
>
> From my Android phone on T-Mobile. The first nationwide 4G network.
>
> -------- Original message --------
> From: Andrea Rossi <ar.123@mail.com>
> Date:03/24/2015  6:43 PM  (GMT-05:00)
> To: Jim Bass <jimbass@bellsouth.net>
> Subject: Re: Power
>
> They , as IH, are interested about how is measured the power produced from the plant of IH; what JM does of this energy and how JM measures it is absolutely not their turf. JM is paying for that energy and can do with it whatever JM wants. All the rest is just espionage.
> Warmest Regards,
> Andrea
>
> Sent: Tuesday, March 24, 2015 at 10:52 PM
> From: "Jim Bass" <jimbass@bellsouth.net>
> To: "'Andrea Rossi'" <ar.123@mail.com>
> Subject: Power
> Andrea,
>
>
>
> How do you measure the output?  If they ask me, I need an answer for them.  Simply telling them would not be sufficient (I think).  I am assuming you measure the power returned, but we should be able to demonstrate on our side a measurement system.
>
>
>
> Regards,
>
> Jim

DEPOSITION EXHIBIT 26  2/2/17

JB000323

From: Andrea Rossi
To: Jim Bass
Subject: Re: RE: RE: Andrea Rossi
Date: Monday, February 15, 2016 8:41:44 PM

Jim:
You will meet them 5 minutes and they are friends.
We will talk 10 minutes before you meet them.
Sleep well!.
Warmest regards
Andrea

Sent using the free mail.com iPhone App

On 2/15/16 at 8:36 PM, Jim Bass wrote:

> Andrea,
>
>
>
> Are they interested in the JM side only, or the Leonardo side (which I know nothing about!)?
>
>
>
> What do you want me to say as regards to what we are doing on the JM side? For example, will they ask me anything at all about the platinum?
>
>
>
> I only want to be prepared.
>
>
>
> Thank You.
>
>
>
> Jim
>
>
>
>
>
>
> From: Andrea Rossi [mailto:ar.123@mail.com]
>
> Sent: Monday, February 15, 2016 9:14 AM
>
> To: Jim Bass
>
> Subject: Re: RE: Andrea Rossi
>
>
>

DEPOSITION EXHIBIT 27  2/2/17

>
>
>
>
> Absolutely not, he will just ask you if you are satisfied with the plant. No thechnical questions will be put.
>
>
>
> Warmest Regards,
>
>
>
> Andrea
>
>
>
>
>
>
> Sent: Monday, February 15, 2016 at 3:11 PM
>
> From: "Jim Bass" <jimbass@bellsouth.net>
>
> To: "'Andrea Rossi'" <ar.123@mail.com>
>
> Subject: RE: Andrea Rossi
>
>
>
> Andrea,
>
>
>
>
>
>
> When we met with some people last year (I do not remember who it was), one of them asked me how does Johnson – Matthey heat their platinum in other plants. At that time I didn't know you were cooking platinum sponge, and I didn't know what process they were using in other US operations, so I was very uncomfortable answering.
>
>
>
>
>
>
> My question is: will the people I meet tomorrow want to know anything technical?
>
>
>
>
>
>

> Saluti e grazie.
>
>
>
> Jim
>
>
>
>
>
>
>
>
>
>
> From: Andrea Rossi [mailto:ar.123@mail.com]
>
> Sent: Sunday, February 14, 2016 9:48 PM
>
> To: Jim Bass
>
> Subject: Andrea Rossi
>
>
>
>
>
>
>
> Dear Jim:
>
>
>
> I need yu to be in the factory of Doral on Tuesday Feb 16th from 10 a.m. to noon, to present you important persons.
>
>
>
> Please in tis occasion a suit with a tie will be proper.
>
>
>
> Thank you for your help,
>
>
>
> Andrea