# EXHIBIT 51

# EXHIBIT 19

---------- Forwarded message ----------
From: **eon333@libero.it** <eon333@libero.it>
Date: Mon, Jul 13, 2015 at 12:26 PM
Subject: R: Re: Andrea Rossi
To: jvaughn@industrialheat.co

Hi, JT!
OK for the address to send from now on the patent papers.
About the meeting of Tuesday, you obviously can come when you want, while Joe Murray cannot enter in the factory of JM because, as I have explained to Tom during the visit with Brian Mc Laughlin, I do not allow anybody, except for the personnel already reciprocally authorized, to approach the plant before the tests on course will have been completed.
Warm Regards,
Andrea Rossi

>	----Messaggio originale----
>	Da: jvaughn@industrialheat.co
>	Data: 13/07/2015 15.10
>	A: "eon333@libero.it"<eon333@libero.it>
>	Cc: "Trista Balmer"<tbalmer@industrialheat.co>
>	Ogg: Re: Andrea Rossi
>
>	Thanks, Andrea. We'll try to get this processed.
>
>	Also, I would like to introduce you to one of our new team members, Joe Murray. He and I have booked a flight down on Tuesday afternoon and will depart Wednesday afternoon. I hope we can come see you at the plant on Tuesday afternoon, then we'll go get cleaned up at the hotel and plan to do dinner with you on Tuesday evening, and then spend some time at the plant on Wednesday morning through lunch or so--does that work? I am looking forward to seeing you, Barry and Fulvio and also introduce you guys to Joe.
>
>	Separately, concerning the provisional applications--rather than mailing to the shop, could you please mail the receipts and a copy of the applications to me at 111 E. Hargett St., Suite 300, Raleigh, NC 27601? Alternatively, you can scan and email if you like--feel free to encrypt the email and/or attachments (we use Virtru for this purpose, but not sure if it works with your email).
>
>	Best,
>	JT
>
>	On Mon, Jul 13, 2015 at 8:48 AM, eon333@libero.it <eon333@libero.it> wrote:
>	  Dear Tista, JT:

Please find attached the invoice # 29-2015.
Warmest Regards,
Andrea


--
JT Vaughn
Industrial Heat
jvaughn@industrialheat.co

THIS ELECTRONIC TRANSMISSION IS DIRECTED TO ITS INTENDED RECIPIENT ONLY AND MAY CONTAIN INFORMATION THAT IS PROPRIETARY AND CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any use, disclosure, distribution or copying of this communication or any attachment is strictly prohibited. If you have received this electronic transmission in error, please delete it from your system without copying it, and notify the sender immediately by reply e-mail or by calling 919.743.5724. Thank you.