# Composite Exhibit 35



December plant visit
JT Vaughn
to:
Andrea Rossi, Andrea Rossi, Hank Johnson, Colette Sauer
12/09/2015 11:51 AM
Cc:
Tom Darden, Joseph Murray, T Barker Dameron
Hide Details
From: JT Vaughn <jvaughn@industrialheat.co>
To: Andrea Rossi <eon333@libero.it>, Andrea Rossi <ar.123@mail.com>, Hank Johnson <hjohnson@hwjlaw.net>, Colette Sauer <cksauer@hwjlaw.net>
Cc: Tom Darden <tdarden@industrialheat.co>, Joseph Murray <Jmurray@industrialheat.co>, T Barker Dameron <tdameron@industrialheat.co>
History: This message has been forwarded.

Dear Andrea and Henry,

Pursuant to the Term Sheet dated August 13, 2014 between Industrial Heat, LLC, Leonardo Corporation and JM Chemical Products, Inc., we are writing to schedule a visit to the Miami production facility. Pursuant to Paragraphs 13, 14 and 17 of the Term Sheet, the purpose of our visit is to inspect the 1MW Plant, to evaluate the monitoring and control measures currently in place, and to obtain copies of records of the operation of the 1MW Plant. Please provide us with your availability for a visit over the next two weeks and we will make plans accordingly. We look forward to hearing from you soon.

Best,
JT

--
JT Vaughn
Industrial Heat
p: 919.670.2811
e: jvaughn@industrialheat.co



DEPOSITION EXHIBIT 40  1/27/17

**J.M. Products, Inc.**
7861 46TH STREET
DORAL, FLORIDA 33166

HENRY W. JOHNSON
mailto:hjohnson@hwjlaw.net

TELEPHONE (786)631-4676
TELECOPIER (786)631-4741

December 9, 2015

J.T. Vaughn
Industrial Heat
111 East Hargett Street
Suite 300
Raleigh, NC 27601

Mr. Vaughn:

    J.M. Products, Inc. has been informed by Leonardo Corporation's attorney, John Annesser, Esq., that he believes that Industrial Heat is in breach of the License Agreement pertaining to the E-Cat Plant and the related intellectual property. For security purposes, attorney Annesser has requested that J.M. Products, Inc. not permit anyone other than those working at the plant to access the facility or the E-Cat Plant. As you know, J.M. Products, Inc., Industrial Heat, LLC and Leonardo Corporation are all parties to the "Term Sheet" regarding the operation of the E-Cat Plant at the J.M. Products, Inc. facility. It is neither the intent or desire of J.M. Products, Inc. to interfere or become entangled in any dispute between your company and Leonardo Corporation. As such, please have your attorney contact Mr. Annesser to coordinate any visits to the plant.

    J.M. Products, Inc. will be happy to comply with any agreement between Industrial Heat, LLC and Leonardo Corporation regarding access to the J.M. Products facility to inspect the E-Cat Plant. It is our hope that you can resolve any differences between your company and Leonardo Corporation so that we may all continue to enjoy a mutually beneficial business relationship.

Sincerely,

Henry W. Johnson
President

HWJ:ck

DEPOSITION EXHIBIT
41
1/27/17

HJ000043