## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| ANDREA ROSSI and LEONARDO CORPORATION, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO. 1:16-cv-21199-CMA<br>) |
| THOMAS DARDEN; JOHN T. VAUGHN; INDUSTRIAL HEAT, LLC; IPH INTERNATIONAL B.V.; and CHEROKEE INVESTMENT PARTNERS, LLC, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |
| INDUSTRIAL HEAT, LLC and IPH INTERNATIONAL B.V., | ) **STIPULATION OF DISMISSAL**<br>)<br>) |
| Counter-Plaintiffs, | )<br>) |
| v. | )<br>) |
| ANDREA ROSSI and LEONARDO CORPORATION, | )<br>)<br>) |
| Counter-Defendants, | )<br>) |
| and | )<br>) |
| J.M. PRODUCTS, INC.; HENRY JOHNSON; UNITED STATES QUANTUM LEAP, LLC; FULVIO FABIANI; and JAMES A. BASS, | )<br>)<br>)<br>) |
| Third-Party Defendants. | )<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Andrea Rossi, Leonardo Corporation, Industrial Heat, LLC, IPH International B.V., Cherokee Investment Partners, LLC, Thomas Darden, John T. Vaughn, J.M. Products, Inc., Henry Johnson, United States Quantum Leap, LLC, Fulvio Fabiani, and James Bass hereby stipulate to the dismissal with prejudice of all claims, counterclaims and third-party claims asserted in the above-captioned action, as so acknowledged by the parties in open court on July 5, 2017, and as so ordered by the Court on July 6, 2017 [D.E. 333].

Dated: July 19, 2017            Respectfully submitted,

/s/ Christopher R.J. Pace
Christopher R.J. Pace (FBN 721166)
cpace@jonesday.com
Christopher M. Lomax (FBN 56220)
clomax@jonesday.com
Erika S. Handelson (FBN 91133)
ehandelson@jonesday.com
JONES DAY
Brickell World Plaza
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel: 305-714-9700
Fax: 305-714-9799

Bernard P. Bell (*admitted pro hac vice*)
Miller Friel, PLLC
1200 New Hampshire Ave., NW, Suite 800
Washington, D.C. 20036
Tel.: 202-760-3158
Fax: 202-459-9537
Email: bellb@millerfriel.com

*Counsel for Defendants/Counter-Plaintiffs*

/s/ Brian W. Chaiken
Brian W. Chaiken, Esq. (FBN 118060)
bchaiken@aclaw-firm.com
John W. Annesser, Esq. (FBN 98233)
jannesser@aclaw-firm.com

ANNESSER & CHAIKEN, PLLC
2525 Ponce De Leon Blvd., Suite 625
Coral Gables, FL 33134
Tel: 786-600-7446
Fax:  786-607-3022

John C. Lukacs, Sr. (FBN 362767)
jlukacs@hinshawlaw.com
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Tel: 305-428-5117
Fax: 305-577-1063

*Counsel for Plaintiffs/Counter-Defendants*

*/s/ Francisco J. León de la Barra*
Francisco J. León de la Barra, Esq. (FBN 105327)
Fernando S. Arán, Esq. (FBN 349712)
Arán Correa & Guarch, P.A.
2100 Salzedo St, Suite 303
Coral Gables, Florida 33134
Tel: 305-665-3400
Fax: 305-665-2250

*Counsel for J.M. Products, Johnson, and Bass*

*/s/ Rodolfo Nunez*
Rodolfo Nunez, Esq. (FBN 16950)
225 University Drive
Coral Gables, Florida 33143
Tel: 305-443-2440
Fax: 305-443-2334
rnunez@acg-law.com

*Counsel for Fabiani and USQL*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 19, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

*/s/ Christopher R.J. Pace*
Christopher R.J. Pace